# APPENDIX A



# Mountain West
# Handbook
# 2024-25

**United States Air Force Academy**

**Boise State University**

**California State University, Fresno**

**Colorado College** *(Women's Soccer)*

**Colorado State University**

**University of Hawai`i, Manoa (***Football***)**

**University of Nevada, Reno**

**University of New Mexico**

**San Diego State University**

**San José State University**

**University of Nevada, Las Vegas**

**Utah State University**

**University of Wyoming**

**Washington State University (***Baseball and Women's Swimming and Diving***)**

# Table of Contents

Philosophy Statement ........................................................................................................... i

Gender Equity Statement ..................................................................................................... i

Commitment to Diversity ...................................................................................................... i

Conference Organizational Chart ........................................................................................ ii

Conference Governance ................................................................................................ Rule 1-1

NCAA Governance ........................................................................................................ Rule 2-1

Eligibility ......................................................................................................................... Rule 3-1

Sportsmanship ............................................................................................................... Rule 4-1

Compliance Procedures ................................................................................................ Rule 5-1

Interpretive Policies ...................................................................................................... Rule 6-1

Awards ........................................................................................................................... Rule 7-1

Handbook Amendment Process .................................................................................... Rule 8-1

Television and Radio Policies ........................................................................................ Rule 9-1

Sport Regulations ..................................................................................................... Sport Regs -1

    General Regulations ............................................................................................ Regulation 1-1

    Baseball ................................................................................................................ Regulation 2-1

    Men's Basketball .................................................................................................. Regulation 3-1

    Women's Basketball ............................................................................................. Regulation 4-1

    Cross Country ....................................................................................................... Regulation 5-1

    Football ................................................................................................................. Regulation 6-1

    Men's Golf ............................................................................................................ Regulation 7-1

    Women's Golf ....................................................................................................... Regulation 8-1

Women's Gymnastics ......................................................................................... Regulation 9-1

Women's Soccer ............................................................................................. Regulation 10-1

Softball ........................................................................................................ Regulation 11-1

Swimming and Diving ...................................................................................... Regulation 12-1

Men's Tennis ................................................................................................. Regulation 13-1

Women's Tennis ............................................................................................. Regulation 14-1

Track and Field ............................................................................................... Regulation 15-1

Volleyball ..................................................................................................... Regulation 16-1

Appendices .................................................................................................... Appendix A-1

Conference Bylaws ...................................................................................... Conference Bylaws -1

# PHILOSOPHY OF THE MOUNTAIN WEST

The Mountain West is an association of universities dedicated to excellence in their primary missions in teaching, research and service to their publics. The Mountain West has identified with the following goals:

1.   To foster intercollegiate athletics programs in a manner that will enhance the academic advancement, character development, athletics potential and well-being of student-athletes;
2.   To commit to integrity and equity in intercollegiate athletics;
3.   To contend for national championships in all conference-sanctioned sports;
4.   To enhance the financial position of the Conference;
5.   To strengthen the participation and commitment of fans and friends of Mountain West institutions;
6.   To be a leading voice in national governance; and
7.   To be innovative and visionary in the approach to intercollegiate athletics.

The Mountain West will actively monitor progress toward the stated goals, evaluating the Conference and its member institutions by using numerous categories of assessment and various measuring mechanisms. The results will shape the activities and direction of the Conference relative to its philosophy and goals. *(Revised June 2007)*

# MOUNTAIN WEST GENDER EQUITY STATEMENT

The Mountain West affirms the value of gender equity in its intercollegiate athletics programs.  Gender equity is the fair distribution of overall athletics opportunities, supported by equitable benefits and resources available to all men's and women's teams. *(Adopted April 2005, Editorial Revision, December 2023)*

# MOUNTAIN WEST COMMITMENT TO DIVERSITY

In a sincere and committed effort to diversify the coaching and athletics departments leadership ranks, each institution's chief executive officer will annually certify that any head coach, director of athletics or senior athletics department leadership search processes that took place during the previous academic year were conducted with an intentional and deliberate effort to include a diverse pool of candidates. Diversity shall be defined by the institution's state law and in compliance with the federal definitions set forth by the Department of Education.  Recognizing the importance of confidentiality, the demographics of candidates (gender, race, ethnicity) will be required to be retained and may be subject to review by the Conference. *(Adopted July 2021)*

# Mountain West Conference Organizational Chart



<u>Rule 1</u>
# CONFERENCE GOVERNANCE

**1.1 Governance.** The Mountain West has three governance components: The Board of Directors, the Joint Council and the Conference Commissioner.

**1.2 Board of Directors.**

    **1.2.1 Composition.** The Board of Directors shall consist of fourteen representatives: one representative from each member institution and two non-voting, ex officio student-athlete representatives from the Mountain West Student-Athlete Advisory Committee. The Board of Directors representative of each member institution shall be the chief executive officer of the institution. *(Revised June 2014; Clarified September 2017)*

    **1.2.2 Duties.** The authority and responsibility of managing the business and affairs of the Mountain West shall rest with the Board of Directors and it shall decide all policy.

    **1.2.3 Terms**. A member of the Board of Directors shall hold office until such time that he or she no longer is the chief executive officer of the respective institution.

    **1.2.4 Board of Directors Executive Committee.**

        **1.2.4.1 Composition.** The Board of Directors Executive Committee shall consist of four members: the current chair, the incoming chair, the preceding year's chair and the Conference representative to the NCAA Board of Directors. *(Revised June 2003)*

        **1.2.4.2 Terms.** Unless otherwise stated, three representatives shall rotate every two years in accordance with the rotation of the chair, while the fourth representative shall be determined by the term of the Conference representative to the NCAA Board of Directors. In the event a member's rotation onto the Executive Committee coincides with his or her term(s) on the NCAA Board of Directors, the next person in the chair rotation shall serve on the Executive Committee to ensure a four-person composition is maintained. *(Revised June 2003, Revised March 2022)*

        **1.2.4.3 Duties.** Except for major policy issues, the Board of Directors Executive Committee shall act on behalf of the Board of Directors, in the interim between meetings of the Board of Directors, on issues normally addressed by the Board of Directors. The committee also shall hear appeals of Mountain West institutions related to penalties assessed following the violation of a Mountain West rule(s). The committee shall communicate throughout the year as appropriate and serve as frequent counsel to the Commissioner, particularly the current chair. *(Revised June 2003, January 2009)*

    **1.2.5 Chair of the Board of Directors and Board of Directors Executive Committee**. The President of a Mountain West institution shall serve as the chair of the Board of Directors and Board of Directors Executive Committee each academic year and shall rotate as set forth in Appendix B.  A president new to the Mountain West shall not serve as chair of the Board of Directors until his or her respective institution has been a member of the Mountain West for at least one academic year. A president newly appointed to their institution shall not serve as chair of the Board of Directors

until at least one academic year has passed since the beginning of his or her tenure at their institution. If a new president's tenure begins during a year in which the former president of that institution was scheduled to rotate onto the Board of Directors Executive Committee (and ultimately into the Board of Directors chair position), the Board of Directors shall adjust the rotation accordingly to allow the new president sufficient time to acclimate. In the event the current chair is unable to complete his or her term as chair, the incoming chair shall move into the chair position and the remainder of the rotation shall be moved upward for that academic year. At the conclusion of that academic year, the Board of Directors shall review the Board of Directors Executive Committee composition and the chair position to determine the Board of Directors Executive Committee and chair rotation for the next and subsequent academic years. (*Adopted June 2011, revised March 2022*)

### 1.2.6 Board of Directors Legal and Finance Committee.

**1.2.6.1 Composition.** The Board of Directors Legal and Finance Committee shall consist of four Board members. *(Adopted June 2014, Revised March 2022)*

**1.2.6.2 Duties.** The Board of Directors Legal and Finance Committee shall have direct oversight on all matters related to the evolving legal environment, lawsuits, Mountain West Operating Budget and Reserve Fund, and annual audits. The Committee also shall manage issues involving television contracts and the Mountain West Network. The Committee will report to the Board of Directors. *(Adopted September 2014)*

### 1.2.7 Board of Directors Strategic Vision Committee.

**1.2.7.1 Composition.** The Board of Directors Vision Committee shall consist of four Board members. *(Adopted March 2022)*

**1.2.7.2 Duties.** The Board of Directors Strategic Vision Committee shall develop strategic initiatives for the Conference in areas specified by the Board of Directors. The committee will report to the Board of Directors. *(Adopted March 2022)*

**1.3 Joint Council.** The Joint Council shall develop recommendations and policy initiatives that shall be presented to the Board of Directors for action.

**1.3.1 Composition.** The Joint Council shall consist of three representatives from each member institution: a director of athletics, senior woman administrator, and faculty athletics representative; and three student-athlete representatives from the Mountain West Student-Athlete Advisory Committee who shall serve in a nonvoting, ex officio capacity. *(Revised May 2015)*

**1.3.2 Designation of Representatives.** Representatives shall be named by the chief executive officer of each member institution. Each chief executive officer shall provide to the Conference office a written statement containing the names of the individuals who shall represent the institution.

**1.3.3 Substitute Representatives.** A chief executive officer may appoint substitutes for his or her representatives on the Joint Council without revoking the appointment of the representative. The chief executive office shall give written or telephonic notification of the substitution to the Commissioner prior to the Joint Council meeting. The substitute shall then act as the institutional representative only at the designated meeting.

**1.3.4 Organization.** The Joint Council shall conduct its business through four designated governance groups: the Joint Council Executive Committee, Faculty Athletics Representatives, Directors of Athletics and Senior Woman Administrators and, when necessary, ad hoc committees formed of members of the Joint Council. The chair of the Joint Council shall be a faculty athletics representative and the chair shall name a parliamentarian. *(Revised April 2006)*

**1.3.5 Purpose and Functions.** The primary function of the Joint Council shall be to consider matters of significance to the Conference and its members and to make recommendations as to the resolution of those matters to the Mountain West Board of Directors. The four designated governance groups and ad hoc committees shall have defined functions and shall bring recommendations to the Joint Council for its deliberation (a description of the designated governance groups and their functions is contained in <u>Rule 1.3.7</u> – Designated Governance Groups). Questions within the purview of the groups shall constitute the business of the Joint Council. The membership of the ad hoc committees shall be recommended by the Joint Council Executive Committee and approved by the Joint Council. Conference staff and individuals who are not members of the Joint Council may be appointed as ex officio members of the standing and ad hoc committees as approved by the Joint Council Executive Committee. The Mountain West commitment to the principle of academic integrity in all of its activities, as stated in the Conference Statement of Philosophy, will be supported by its governance structure. *(Revised April 2006)*

**1.3.6  Joint Council Meeting Protocol.** Meetings of the Joint Council shall be conducted as follows:

**1.3.6.1 Roberts Rules of Order**. Conference meetings shall be conducted under the parliamentary rules contained in the current edition of Robert's Rules of Order, Newly Revised.

**1.3.6.1.1 Conference Calls.** To reconsider an issue determined on a conference call, six affirmative votes (including the institution seeking reconsideration) are required to present the issue for reconsideration. The institution seeking reconsideration shall obtain and present (in writing) to the Conference office the six affirmative votes. *(Adopted April 2007)*

**1.3.6.2  Quorum.** Seventy-five percent or more of the member institutions constitutes a quorum. If a quorum is not present, no official business shall be conducted.

**1.3.6.3 Voting.** Each member institution shall have one vote. The chief executive officer of each member institution shall determine the individual who casts the vote on behalf of the institution. If no institutional representatives are present, the institution forfeits its vote.

**1.3.6.4 Regular Meeting**. The Joint Council shall hold a minimum of one regular meeting each year. At each regular meeting, the Joint Council shall establish a time and place for the next regular meeting(s).

**1.3.6.5 Notice of Meeting.** Notice of a regular meeting shall be given to each member in writing at least forty-five days prior to the meeting. Notice of special meetings shall be given in writing at least ten days prior to the meeting or with forty-eight hours of notice by

telephone. Notice of any meeting, regular or special, may be waived by unanimous consent of the member institutions.

**1.3.6.6 Special Meeting.** Special meetings or telephone conferences may be called by the chair of the Joint Council or the Commissioner.

**1.3.6.7 Agenda.**

**1.3.6.7.1 Date for Agenda Items.** The chair of the Joint Council, in consultation with the Commissioner, shall set the agenda. All agenda items (with the appropriate rationale and intent) for a regular meeting shall be submitted to the Commissioner at least 30 days prior to the meeting.

**1.3.6.7.2 Alteration of Agenda.** Additions or changes to the meeting agenda shall be permitted at the beginning of meetings. If an objection to an addition or change is raised, a vote of 75 percent of the member institutions present is required to make the addition or change.

**1.3.6.7.3 Classification of Agenda Items.** Items forwarded to the Joint Council for action shall be classified into three groups: information items, consent package action items, and action items for separate consideration. Any Joint Council member may request that an item be removed from the consent package and placed on the agenda with items for separate consideration. No discussion of items remaining in the consent package shall be permitted. A single vote shall be taken on all items remaining in the consent package.

**1.3.6.8 Changes to Conference Rules**. Amended or newly adopted Conference rules shall remain in place for a minimum of two years. If new information becomes available or changes to NCAA rules impact the original determination on the issue, the rule could be changed prior to the two-year time period. *(Adopted April 2007)*

**1.3.7 Designated Governance Groups.** The Joint Council shall consist of four designated governance groups: Joint Council Executive Committee, Faculty Athletics Representatives, Directors of Athletics and Senior Woman Administrators. Each group shall have duties as specified below. *(Revised April 2006)*

**1.3.7.1 Joint Council Executive Committee.**

**1.3.7.1.1 Composition.** The Joint Council Executive Committee shall consist of five members: a faculty athletics representative (chair), director of athletics, senior woman administrator, and two non-voting, ex officio members – the incoming chair and the Conference Commissioner (or designee). (See Appendix C.)

**1.3.7.1.2 Terms.** Unless otherwise stated, the representative of each group shall rotate annually in alphabetical order of the member institutions (see Appendix C). The chair of the Joint Council also shall serve as chair of the Joint Council Executive Committee.

**1.3.7.1.3 Duties.** The Joint Council Executive Committee voting members shall present the recommendations of the Joint Council to the Board of Directors at its annual

meeting. The Joint Council Executive Committee also shall recommend to the Joint Council individuals for membership on Joint Council ad hoc committees and task forces to address specific issues not assigned to one of the other designated governance groups. The Joint Council Executive Committee shall act on behalf of the Joint Council, in the interim between Joint Council meetings, on issues normally addressed by the Joint Council (the Joint Council retains authority to approve all actions of the Joint Council Executive Committee) and communicate throughout the year as appropriate. *(Revised April 2006)*

**1.3.7.1.3.1 Mountain West Sportsmanship**. The Joint Council Executive Committee shall recommend to the Joint Council a code of conduct for student-athletes, coaches and athletics department personnel. The committee shall pursue alleged violations and implement procedures and penalties. The committee also shall hear appeals of sportsmanship decisions. *(Revised April 2006)*

**1.3.7.2 Faculty Athletics Representatives.**

**1.3.7.2.1 Composition**. The faculty athletics representatives' designated governance group shall consist of each institution's faculty athletics representative and one student-athlete representative from the Mountain West Student-Athlete Advisory Committee who shall serve in a nonvoting, ex officio capacity. The chair of the Joint Council (and Joint Council Executive Committee) shall be the chair of the faculty athletics representatives' designated governance group. *(Revised April 2006, May 2015)*

**1.3.7.2.2 Terms**. A member of the faculty athletics representatives' designated governance group shall hold office until such time that he or she no longer is the faculty athletics representative of the respective institution. *(Revised April 2006)*

**1.3.7.2.3 Core Tasks**. The primary duties of the faculty athletics representatives are in the areas of academics, eligibility, Conference and NCAA legislation, compliance, coaches' certification (recruiting) examination and maintaining the Mountain West Handbook. *(Revised April 2006, April 2017)*

**1.3.7.2.3.1 Academics and Eligibility**. The faculty athletics representatives shall review all matters affecting the academic eligibility status of Conference student-athletes, including waivers of Mountain West eligibility rules and NCAA waivers administered by the Conference (e.g., hardship waivers, medical absence waivers and international competition waivers). *(Revised April 2006)*

**1.3.7.2.3.2 Conference and NCAA Legislation**. The faculty athletics representatives shall review proposed NCAA legislation and Conference rule changes and forward recommendations to the Joint Council. In the case of NCAA legislation, institutional legislative positions shall be forwarded to the Conference Division I governance representative(s). *(Revised April 2006)*

**1.3.7.2.3.3 Compliance**. The faculty athletics representatives shall monitor Conference and NCAA rules violations. Such violations shall be reviewed quarterly and findings shall be reported to the Joint Council. When necessary, the faculty

athletics representatives shall review requests for appeals to rulings on specified Handbook provisions. *(Revised April 2006)*

**1.3.7.2.3.4 Mountain West Handbook**. The faculty athletics representatives shall update and revise Conference rules consistent with Conference and NCAA actions. *(Revised April 2006)*

**1.3.7.2.4 Shared Tasks**. The faculty athletics representatives shall have shared tasks in the areas of championships and sports administration, gender/minority equity, sportsmanship and student-athlete well-being. *(Revised April 2006)*

**1.3.7.2.4.1 Championships and Sports Administration**. The faculty athletics representatives shall review recommendations on regular season and championship management when such recommendations affect a student-athlete's academic progress/eligibility. *(Revised April 2006)*

**1.3.7.2.4.2 Gender/Minority Equity**. All designated governance groups shall monitor and review matters pertaining to issues related to the gender and minority equity efforts of the Conference and the Conference office. These may include, but are not limited to, an annual review of access, diversity and inclusiveness of minorities and women at all levels of the athletics programs of member institutions. The designated governance groups also shall advocate processes and proposals to foster equity in the athletics programs of the Conference. *(Revised April 2006)*

**1.3.7.2.4.3 Sportsmanship**. All designated governance groups shall monitor sportsmanship issues that affect the Conference and the respective institutions.

**1.3.7.2.4.4 Student-Athlete Well-Being**. All designated governance groups shall examine problems and issues that affect the academic, athletics and campus life environments of all student-athletes. *(Revised April 2006)*

**1.3.7.3 Directors of Athletics**.

**1.3.7.3.1 Composition**. The directors of athletics' designated governance group shall consist of each institution's director of athletics and one student-athlete representative from the Mountain West Student-Athlete Advisory Committee who shall serve in a nonvoting, ex officio capacity. The directors of athletics representative to the Joint Council Executive Committee shall be the chair of the director of athletics' designated governance group. *(Revised April 2006, May 2015)*

**1.3.7.3.2 Terms**. A member of the directors of athletics' designated governance group shall hold office until such time that he or she no longer is the director of athletics of the respective institution. *(Revised April 2006)*

**1.3.7.3.3 Core Tasks**. The primary duties of the directors of athletics are in the areas of College Football Playoff (CFP) and postseason football bowl games, television, revenue and championships and sports administration. *(Revised April 2006)*

**1.3.7.3.3.1 CFP/Postseason Football Bowl Games**. The directors of athletics shall be responsible for all decisions related to the CFP and postseason football bowl games. *(Revised April 2006)*

**1.3.7.3.3.2 Television**. The directors of athletics shall evaluate Conference television contracts, policies and operations and provide leadership in the development of new television contracts and policies. *(Revised April 2006)*

**1.3.7.3.3.3 Revenue**. The directors of athletics shall be responsible for formulating revenue distribution formulas for review by the Board of Directors. *(Revised April 2006)*

**1.3.7.3.3.4 Championships and Sports Administration**. The directors of athletics shall review recommendations on regular season and championship management issues in the sports of football and men's and women's basketball. The directors of athletics also shall review proposals to amend Conference and/or NCAA legislation relative to the administration of regular season and championship competition in men's and women's basketball and regular season and postseason competition in football. *(Revised April 2006)*

**1.3.7.3.4 Shared Tasks**. The directors of athletics shall have shared responsibilities in the areas of student-athlete well-being, gender/minority equity and sportsmanship. *(Revised April 2006)*

**1.3.7.3.4.1 Gender/Minority Equity**. All designated governance groups shall monitor and review matters pertaining to issues related to the gender and minority equity efforts of the Conference and the Conference office. These may include, but are not limited to, an annual review of access, diversity and inclusiveness of minorities and women at all levels of the athletics programs of member institutions. The designated governance groups also shall advocate processes and proposals to foster equity in the athletics programs of the Conference. *(Revised April 2006)*

**1.3.7.3.4.2 Sportsmanship**. All designated governance groups shall monitor sportsmanship issues that affect the Conference and the respective institutions. *(Revised April 2006)*

**1.3.7.3.4.3 Student-Athlete Well-Being**. All designated governance groups shall examine problems and issues that affect the academic, athletics and campus life environments of all student-athletes. *(Revised April 2006)*

**1.3.7.3.5 Directors of Athletics Competition Committee**.

**1.3.7.3.5.1 Composition**. The Competition Committee shall consist of six directors of athletics. *(Adopted January 2014)*

**1.3.7.3.5.2 Duties**. The Competition Committee shall address competitive concerns of the Mountain West while focusing on maximizing postseason participation opportunities in all sports. *(Adopted January 2014)*

**1.3.7.3.6 Directors of Athletics Media Rights Committee**.

**1.3.7.3.6.1 Composition**. The Media Rights Committee shall consist of six directors of athletics. *(Adopted January 2014)*

**1.3.7.3.6.2 Duties**. The Media Rights Committee shall address all matters related to media rights for the Mountain West. The Committee shall function as a sounding board for the Commissioner, legal counsel and television consultants/partners, providing necessary feedback from the membership and generating recommendations on pertinent matters. The Committee also shall monitor contractual matters related to the Mountain West's media rights agreements with its national, regional and digital network partners. *(Adopted January 2014)*

**1.3.7.4 Senior Woman Administrators**.

**1.3.7.4.1 Composition**. The senior woman administrators' designated governance group shall consist of each institution's senior woman administrator and one student-athlete representative from the Mountain West Student-Athlete Advisory Committee who shall serve in a nonvoting, ex officio capacity. The senior woman administrator representative to the Joint Council Executive Committee shall be the chair of the senior woman administrators' designated governance group. *(Revised April 2006, May 2015)*

**1.3.7.4.2 Terms**. A member of the senior woman administrators' designated governance group shall hold office until such time that she no longer is the senior woman administrator of the respective institution. *(Revised April 2006)*

**1.3.7.4.3 Core Tasks**. The primary duties of the senior woman administrators are in the areas of championships and sports administration and television. *(Revised April 2006)*

**1.3.7.4.3.1 Championships and Sports Administration**. The senior woman administrators shall review recommendations on regular season and championship management issues for all sports except football and men's and women's basketball. The senior woman administrators also shall review proposals to amend Conference and/or NCAA legislation relative to the administration of regular season and championship competition in all sports except football and men's and women's basketball. *(Revised April 2006)*

**1.3.7.4.3.2 Television**. The senior woman administrators shall have responsibilities in matters related to the televising of sports other than football and men's and women's basketball. *(Revised April 2006)*

**1.3.7.4.4 Shared Tasks**. The senior woman administrators shall have shared responsibilities in the areas of student-athlete well-being, gender/minority equity and sportsmanship. *(Revised April 2006)*

**1.3.7.4.4.1 Gender/Minority Equity**. All designated governance groups shall monitor and review matters pertaining to issues related to the gender and

minority equity efforts of the Conference and the Conference office. These may include, but are not limited to, an annual review of access, diversity and inclusiveness of minorities and women at all levels of the athletics programs of member institutions. The designated governance groups also shall advocate processes and proposals to foster equity in the athletics programs of the Conference. *(Revised April 2006)*

**1.3.7.4.4.2  Sportsmanship**. All designated governance groups shall monitor sportsmanship issues that affect the Conference and the respective institutions. *(Revised April 2006)*

**1.3.7.4.4.3 Student-Athlete Well-Being**. All designated governance groups shall examine problems and issues that affect the academic, athletics and campus life environments of all student-athletes. *(Revised April 2006)*

## 1.3.7.5 Nomination Committee.

**1.3.7.5.1 Composition.** The Nominating Committee shall consist of six representatives: the current Joint Council Executive Committee (four members) and the incoming chair of the director of athletics and incoming chair of the senior woman administrators. (Adopted January 2019)

**1.3.7.5.2 Duties**.  The Nominating Committee, in consultation with the Commissioner, shall recommend to the Joint Council the representatives to the Division I governance councils and cabinets, Division I sport committees and association-wide committees. (Adopted January 2019)

## 1.3.7.6 Recognition Committee.

**1.3.7.6.1 Composition.** The Recognition Committee shall consist of six representatives: two faculty athletics representatives, two directors of athletics and two senior woman administrators. (See Appendix E for committee terms and rotation.) *(Revised April 2006)*

**1.3.7.6.2 Duties.** The Recognition Committee shall review applications and recommend award recipients for the Albert C. Yates, Commissioner's, Scholar-Athlete of the Year, Sportsmanship and Student-Athlete of the Year awards.  Additionally, the committee is charged with reviewing applications and recommending Conference nominees for the NCAA Woman of the Year and Sportsmanship awards. *(Revised April 2006)*

## 1.3.7.7 Student-Athlete Advisory Committee.

**1.3.7.7.1 Composition.** The Student-Athlete Advisory Committee shall consist of twenty-four members: two student-athlete representatives from each member institution, the Mountain West representative to the Division I National SAAC and one faculty athletics representative. *(Revised April 2006, May 2008; Clarified September 2017)*

**1.3.7.7.2 Duties.** The Student-Athlete Advisory Committee shall review and react to legislation and other topics referred to it from Conference governance groups or

committees related to the student-athlete experience. The recommendations of the committee shall be forwarded to the appropriate governance group. *(Revised April 2006)*

### 1.3.7.8 Student-Athlete Health and Safety Committee.

**1.3.7.8.1 Composition.** The Student-Athlete Health and Safety Committee shall consist of thirteen members: one athletic trainer from each member institution and one team physician (with a Sports Medicine Fellowship) who serves in an advisory capacity. *(Adopted May 2014)*

**1.3.7.8.2 Duties.** The Student-Athlete Health and Safety Committee shall research, compile data, and present data/recommendations on topics under the purview of institutional athletic training programs. The committee shall report to the senior woman administrators' designated governance group. If topics or recommendations involve the sports of football or men's or women's basketball, those items shall be forwarded to the directors of athletics' designated governance group. *(Adopted May 2014)*

**1.3.7.9 Mountain West Committee Service**. Mountain West members selected for service on Conference committees shall abide by Mountain West and NCAA rules and policies related to the Conference committee service. The Mountain West may require the resignation of Mountain West representatives to Conference committees for violations of Mountain West and/or NCAA rules/policies or when a Conference member provides notice to the Mountain West of its intent to resign from the Conference. An institution that delivers a notice of their intent to resign from the Conference shall forfeit all seats and representation on all Conference committees. (See Mountain West Bylaw 1.04, Appendix A.) *(Revised August 2012)*

**1.4 Commissioner.** The Commissioner is the chief administrative officer of the Conference and shall report directly to the Board of Directors. The Commissioner shall have the responsibility and authority to execute Conference policy, shall facilitate communication between the Joint Council, the Joint Council Executive Committee, Board of Directors and Board of Directors Executive Committee and shall serve as an ex officio member of the Joint Council Executive Committee.

**1.5 Revenue Sharing.** Revenue sharing documentation shall be retained in the Conference office.

Rule 2
# NCAA GOVERNANCE

**2.1 NCAA Governance Issues.** The Mountain West shall adhere to the following principles related to the NCAA Division I Board of Directors, related NCAA governance committees and NCAA Association-Wide committees. Diversity shall be considered when selecting persons to nominate for NCAA positions.

**2.1.1 Division I Board of Directors.** The Mountain West Board of Directors will select the Conference representative to the Division I Board of Directors.

**2.1.2 NCAA Committee Service.** Select Mountain West Conference staff, in consultation with the Commissioner, shall submit nominations to the NCAA for consideration for vacancies on NCAA association-wide and Division I committees. Nominees may be a member of the Joint Council, other institutional or coaching staff members or Conference office staff members. *(Revised May 2008, January 2019, May 2022)*

**2.1.2.1 Committee Service Requirements**. Mountain West members selected for service on NCAA committees shall abide by Mountain West and NCAA rules and policies related to the NCAA committee service. The Mountain West may require the resignation of Mountain West representatives to NCAA committees for violations of Mountain West and/or NCAA rules/policies or when a Mountain West member provides notice to the Mountain West of its intent to resign from the Conference. [See Mountain West Rule 1.04, Appendix A.] *(Revised August 2012)*

**2.1.3 Voting.** Each institution shall determine a process to review and arrive at a position on NCAA legislation. Thereafter, each institution's president (or designee) shall submit to the Conference office, by a specified date, its position on legislation to be considered by the Division I Council. A majority vote of the institutions shall determine the Conference voting position by the Division I Council representative. In the case of a tie, the Commissioner shall cast the deciding vote. *(Revised April 2006, May 2008)*

**2.1.4 Communication.** Mountain West representatives to NCAA governance committees shall update the Conference office and the MW Joint Council on issues being discussed in the respective councils, cabinets and committees. *(Adopted May 2008)*

**2.2 Legislative Review Process.** The Conference shall review NCAA legislative proposals, Division I governance committee meeting material and Board of Directors meeting material as follows: *(Adopted April 2006; Revised April 2006, May 2008)*

a. Each institution's faculty athletics representative shall communicate with institutional personnel on NCAA legislative issues.

b. The Conference office shall inform each institution's faculty athletics representative of NCAA legislative mailings and, when necessary, forward NCAA legislative packages to the faculty athletics representative.

c. A series of conference calls shall be conducted to review NCAA legislative proposals prior to the legislative and Board of Directors meetings.

d. Prior to each Division I legislative/Board of Directors meeting, the Conference office shall provide the faculty athletics representative with electronic vote/comment forms to submit the institution's position on legislative/Board of Directors agenda items.

e. The faculty athletics representative shall review the legislative material and applicable governance meeting material with the appropriate individuals on campus (e.g., President, Director of Athletics, Senior Woman Administrator, compliance coordinator, coaches, etc.).

f. Each institution shall submit electronically its votes and comments to the Conference office by specified dates. The Conference staff shall compile the information and forward it to Mountain West representatives to NCAA governance committees.

g. In the event of close votes on certain legislative proposals/issues, a conference call shall be conducted to discuss the proposals/issues.

**2.3 Mountain Pacific Sports Federation.** Select Mountain West Conference staff, in consultation with the Commissioner, shall identify the MW liaison to the Mountain Pacific Sports Federation. The liaison may be a member of the Joint Council, a representative from an institution that participates in the Mountain Pacific Sports Federation or Conference office staff member. The costs associated with participation in Mountain Pacific Sports Federation meetings shall be incurred by the institution of the representative or, in the case of a Conference staff member, the Conference office. Diversity shall be considered when making the selection. The term shall be for one year and a representative may be re-appointed. (Revised January 2019, May 2022)

## Rule 3
# ELIGIBILITY

**3.1 Student-Athlete.** The term "student-athlete" is the same as defined by NCAA Bylaw 12.02.14.

**3.2 Eligibility for Regular Season Competition and NCAA Championships**. Except where this Handbook establishes additional requirements or standards, Mountain West rules governing financial aid, recruiting, and transfers are consistent with those of NCAA Bylaws 13-15.

**3.2.1 Nonqualifiers.** The provisions in this section shall apply to Mountain West and non-Mountain West sports. A nonqualifier, as defined by the NCAA, whose initial full-time enrollment occurs at a Mountain West institution shall be permanently ineligible for practice and competition at any Mountain West institution. Exceptions within NCAA Bylaw 14 regulations do not take precedent over Mountain West Rule 3 regulations. *(Adopted June 2002; Revised November 2002, June 2003, June 2019; Clarified September 2016)*

**3.2.1.1 NCAA Academic Redshirts**. A student-athlete who is classified as an academic redshirt in accordance with NCAA rules shall not be subject to the Mountain West nonqualifier rule. *(Adopted January 2013)*

**3.2.1.2 Partial Approval of NCAA Initial-Eligibility Waivers.** A student-athlete who is granted partial approval of an NCAA initial-eligibility waiver shall be permitted to compete for a Mountain West institution after all NCAA initial-eligibility waiver requirements and applicable progress-toward-degree requirements are met. *(Adopted October 2007)*

**3.2.1.3 Male Practice Player Exception.** Male students may engage in practice sessions with women's teams pursuant to NCAA Bylaw 12.7.5 (Eligibility Requirements for Male Students to Practice with Women's Teams) and are not subject to Rule 3.2.1 (Nonqualifiers). *(Adopted November 2016)*

**3.3 Eligibility Forms and Procedures.**

**3.3.1 Historical Information.** Historical information shall be prepared by each member institution for every first-time freshman, transfer or re-entering student-athlete prior to the time the student-athlete first reports for practice. The following information must be completed and on file: *(Revised April 2017)*

a.  Educational history from ninth grade year of high school, or equivalent grade level for international student-athletes, to initial full-time enrollment at the certifying institution (including collegiate enrollment status of each collegiate semester or quarter);

b.  Amateurism information since the date of final NCAA amateurism certification;

c.  Athletics history since high school graduation date (as determined by the NCAA Eligibility Center);

    d.   Eligibility for athletics aid, practice and competition during each collegiate semester or quarter;

    e.   National Letter of Intent information;

    f.   All scholarship information;

    g.   Employment information at the time of initial full-time enrollment at the certifying institution; and

    h.   For transfers, transfer information used to determine satisfaction of transfer requirements.

Required information shall be retained by the member institution and shall be available to the Conference upon request.

**3.3.2 Squad List.** A squad list shall be compiled prior to the first date of competition for each team the member institution sponsors as a part of its intercollegiate athletics program and shall be signed by the director of athletics (or his or her designee, who may not be a coaching staff member) and the head coach of the applicable sport. Squad lists shall be revised to cover any changes made to a squad prior to the competition of any student-athlete whose eligibility status changed or any student-athlete added to the list and shall be signed by the aforementioned institutional officials. Squad lists shall be forwarded to the Conference office twice a year: once prior to a team's first competition and once at the end of the academic year or the completion of the season, whichever is later. *(Clarified September 2016, August 2017)*

**3.4 Minimum Grade-Point Average for Competition.** To be eligible for competition, a Mountain West student-athlete shall meet the grade-point average requirements set forth by the NCAA. *(Revised June 2005)*

**3.4.1 Eligibility Between Terms.** Certification of a student-athlete's eligibility between terms shall take place in accordance with applicable NCAA rules. Student-athletes participating in football bowl contests between terms must be certified in accordance with applicable NCAA rules prior to being permitted to compete on behalf of the institution in the football bowl contest. *(Revised July 2003, August 2003, June 2005)*

**3.5 Medical Hardship Waivers.** A student-athlete may request and be granted an additional season of competition by the Conference for injury or illness in accordance with NCAA Bylaw 12.8.4. The request for a medical hardship waiver shall be submitted to the Conference office by a staff member (i.e., faculty athletics representative, director of athletics, senior woman administrator, compliance administrator) of the member institution at which the illness or injury occurred. In the case of a transfer, if the member institution the student-athlete was attending at the time of the injury or illness refuses to pursue a medical hardship waiver, the institution to which the student-athlete transferred may submit the medical hardship waiver and all supporting documentation to the Conference office. The Conference office shall review the request and make a determination based on legislated NCAA criteria. The Conference office shall report to the faculty athletics representatives' designated governance group the outcome on all medical hardship waiver requests on a bi-annual basis. The faculty athletics representatives' designated governance group shall report the actions taken to the Joint Council on a bi-annual basis. *(Revised April 2006)*

**3.5.1 Appeals.** Appeals of Conference medical hardship waiver decisions shall be reviewed by the NCAA Committee on Student-Athlete Reinstatement. All such appeals shall be submitted by member institutions. A member institution that would like to submit an appeal of a medical hardship waiver decision to the NCAA shall submit such a request to the faculty athletics representatives' designated governance group. The faculty athletics representatives shall review the request and make a determination as to whether it should be submitted to the NCAA. *(Revised April 2006; Clarified August 2018)*

Rule 4
# SPORTSMANSHIP

**4.1 Conference Statement on Sportsmanship.** All aspects of intercollegiate athletics contests shall be conducted in a sporting manner. It is the responsibility of each member institution in the Mountain West to ensure that all individuals associated with its athletics program conduct themselves in an appropriate fashion. All members of the Conference shall exhibit ethical behavior at all NCAA competition, Conference competition, and competition with institutions outside of the conference. Conference members shall conduct themselves in accordance with the rules of the NCAA and Conference and the playing rules of the respective sports. Each member institution shall create a healthy environment for competition. Administrators, coaches, student-athletes and spectators, as well as others involved in intercollegiate athletics in the Conference, share this responsibility. *(Revised October 2004, October 2006)*

> **4.1.1 Annual Institutional Meeting.** Annually, each institution shall conduct a meeting at the beginning of the academic year to discuss ethics and sportsmanship. The meeting shall include all athletics administrators and staff, all coaches, all spirit group advisors, the band director and other appropriate individuals. The institution's president shall deliver a message outlining the Conference and institutional philosophy on ethics and sportsmanship. *(Revised October 2006)*

**4.2 Acts in Violation of Sportsmanship Policy.** Athletes, coaches and other institutional athletics personnel who act in an unsporting manner will be subject to sanction. Violations of the Conference sportsmanship policy shall include, but are not limited to, the following: *(Revised October 2006, August 2021)*

> a.  Striking, attempting to strike or otherwise physically abusing an official, coach, spectator or student-athlete;
>
> b.  Intentionally inciting participants or spectators to inappropriate action;
>
> c.  Using obscene gestures or unduly provocative language or action toward a game official, Conference personnel, another institution, a student-athlete or personnel of another institution, coach or spectator;
>
> d.  Ejection from a contest; and
>
> e.  Publicly criticizing or disparaging a game official, the Conference or its personnel, another institution, a student-athlete or personnel of another institution.
>
> f.  A student-athlete feigning injury in a football contest.

**4.3 Processing Alleged Violations.** Allegations of misconduct generally shall be reported to the Commissioner (or designee) within 24 hours of the incident. Within 72 hours of learning of an alleged violation of this section, the Commissioner (or designee), in consultation with the institution, shall establish a timetable and investigate the alleged violation. Within the same 72-hour period, unless extenuating circumstances exist and/or the involved parties agree to an adjusted timeframe, the Commissioner (or designee) shall determine an appropriate penalty, which may be the acceptance of the institution's action. *(Revised October 2006)*

The institution may appeal the Commissioner's (or designee)'s findings and decision to the Joint Council Executive Committee (JCEC). All decisions to appeal must have the written approval of the institution's president. The decision to appeal shall be made immediately and in no case shall the time to make such decision exceed 24 hours. The JCEC then shall hear the appeal as expeditiously as possible. Telephone conference calls are an acceptable means for the parties involved to process the alleged violations. The decision of the JCEC may be appealed to the full Joint Council. The decision of the full Joint Council may be appealed to the Board of Directors, which shall be the final authority on all such matters. All such appeals shall be processed as expeditiously as possible, and the enforcement of any penalties shall be held in abeyance until a final resolution to the case is achieved. *(Revised October 2006, May 2009)*

**4.4 Penalties**. Below are the penalties for acts in violation of the Mountain West sportsmanship policy. The Commissioner or their designee, at their discretion, may impose alternatives to the sanctions listed below if he deems it warranted. *(Revised October 2004, October 2006, April 2007)*

**4.4.1 Physical Abuse.** An individual who strikes, attempts to strike or otherwise physically abuses an official, coach, spectator or student-athlete shall be subject to the following penalties:

**4.4.1.1 First Offense.** Suspension for at least one contest and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.1.2 Subsequent Offenses.** Suspension for at least two contests and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.1.3 Statute of Limitations.** An individual penalized for physical abuse shall have that offense retained on the permanent record for the duration of their time in the Mountain West, thus subjecting that individual to cumulative penalties for future offenses.

**4.4.2 Incitement to Inappropriate Action.** An individual who intentionally incites participants or spectators to inappropriate action shall be subject to the following penalties:

**4.4.2.1 First Offense.** Suspension for at least one contest and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.2.2 Subsequent Offenses.** Suspension for one season of competition and public announcement through standard Conference channels.

**4.4.2.3 Statute of Limitations.** An individual penalized for incitement to inappropriate action shall have that offense retained on the permanent record for the duration of their time in the Mountain West, thus subjecting that individual to cumulative penalties for future offenses.

**4.4.3 Obscene Gestures and Language.** An individual who uses obscene gestures or unduly provocative language or action toward a game official, Conference personnel, another institution, a student-athlete or personnel of another institution, coach or spectator shall be subject to the following penalties:

**4.4.3.1 First Offense.** Public reprimand.

**4.4.3.2 Subsequent Offenses.** Suspension for at least two contests and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.3.3 Statute of Limitations.** An individual penalized for obscene gestures or language shall have their record expunged one calendar year from the date of the latest offense, provided that individual has no further offenses during that time period.

**4.4.4 Ejection from a Contest.** An individual who is ejected from a contest shall be subject to the following penalties: *(Adopted October 2006; Revised April 2007, June 2007)*

**4.4.4.1 First Offense.** Private reprimand, unless aggravating circumstances require a more stringent penalty. *(Adopted October 2006)*

**4.4.4.2 Second Offense.** Suspension for at least one contest and public announcement through standard Conference channels. The penalty shall not exceed one season of competition. *(Revised June 2007)*

**4.4.4.3 Subsequent Offenses.** Suspension for at least two contests and public announcement through standard Conference channels. The penalty shall not exceed one season of competition. *(Adopted October 2006; Revised April 2007, June 2007)*

**4.4.4.4 Baseball and Softball Ejections.** In baseball and softball, the Commissioner, or designee, has the sole discretion in determining if an offense is a standard or unsporting ejection, and shall consider the umpire's report, box score, video evidence, coach submission, and any other relevant information available when making that determination. Once the determination is made, the individual is subjected to the following penalties: *(Adopted November 2019)*

**4.4.4.4.1 Standard Ejection.** In standard ejections, the ejection will be recorded, but will not trigger a private reprimand, nor will the ejection start the individual's statute of limitations clock (as defined in 4.4.4.5 below). *(Adopted November 2019)*

**4.4.4.4.2 Unsporting Ejection.** In unsporting ejections, the ejection will generate a private reprimand and start the individual's statute of limitations clock (as defined in 4.4.4.5 below). If the individual is subjected to another standard or unsporting ejection before the statute of limitations has completely run, the individual may be suspended. *(Adopted November 2019)*

**4.4.4.5 Statute of Limitations**. An individual penalized for an ejection from a contest shall have their record expunged one calendar year from the date of the latest offense, provided that individual has no further offenses during that time period. *(Adopted October 2006; Revised June 2007)*

**4.4.4.5.1 Exception – Baseball and Softball.** In baseball and softball, a head coach penalized for an ejection from a contest shall have their record expunged at the end of the playing season. *(Adopted December 2018)*

**4.4.4.5.2 Exception – Women's Soccer.** In women's soccer, an individual ejected from a contest for a non-violent denial of goal-scoring opportunity (per NCAA Soccer Rules 12.7.4.4, 12.7.4.5 and 12.7.4.6) penalty will not be subject to the one calendar year statute of limitations. Similarly, ejections due to a second caution in a match shall not be subject to the one calendar year statute of limitations. *(Adopted December 2013; Revised December 2014, June 2018)*

**4.4.5  Public Criticism.** An individual affiliated with (e.g., over whom the institution and/or Conference has jurisdiction) a member institution or the Mountain West who publicly criticizes or disparages a game official, the Conference or its personnel, another institution, student-athlete or personnel of another institution shall be subject to the following penalties:

**4.4.5.1  First Offense.** Private reprimand for student-athletes and public reprimand for all others. *(Revised June 2018)*

**4.4.5.2  Second Offense.** Suspension for at least one contest and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.5.3 Subsequent Offenses.** Suspension for at least two contests and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.5.4 Statute of Limitations.** An individual penalized for public criticism shall have they record expunged one calendar year from the date of the latest offense, provided that individual has no further offenses during that time period.

**4.4.6 Suspension from a Contest.** Suspension from a contest(s) shall be imposed beginning with the next regular or postseason contest(s), shall be served in consecutive contests, and may be carried over from one season to the next, to include postseason competition. The individual suspended may be banned from attending a contest(s) during the period of the suspension. In the case of a student-athlete or coach, if the individual is permitted to attend a contest, he or she shall not be permitted to travel with the team to the contest and must make (and pay for) their own transportation and admission arrangements. A suspended coach or player may not be in the team bench area, may not participate in pre-game warm-ups or other game-related on-court/on-field activities and must stay at least 100 feet away from the team locker room. A suspended coach may participate in practice activities at home or on a road trip while suspended. A suspended student-athlete may participate in practice activities with the team for a home contest and while the team is at home prior to its departure for an away-from-home contest, but may not participate in practice activities on a road trip. In cases involving a multiple-contest road trip that exceeds the length of the suspension, parameters for the suspended individual's travel and activities shall be determined on a case-by-case basis, considering the unique circumstances involved and prior precedent (if applicable). *(Revised October 2006, February 2008)*

**4.4.7 Feigning Injuries in a Football Contest**.  Following a review by the Conference office of all available evidence, should it be determined that an injury was feigned by a student-athlete during  a football contest, the head football coach will be subject to the following penalties (Adopted August 2021):

**4.4.7.1 First Offense.**  Public reprimand for the head football coach and football program.

**4.4.7.2 Second Offense**. Suspension for at least one contest and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**4.4.7.3 Subsequent Offenses.** Suspension for at least two contests and public announcement through standard Conference channels. The penalty shall not exceed one season of competition.

**Mountain West Sportsmanship Rule 4 Enforcement Procedures**



bg-4/19/06

Rule 5

# COMPLIANCE PROCEDURES

**5.1 Institutional Responsibility.** Each member institution shall enforce eligibility rules and regulations of the NCAA and the Conference. Each member institution shall inform student-athletes, coaches, staff, institutional personnel, fans, spectators and all other individuals associated with or working on behalf of the athletics program of current rules, regulations and policies. The institution shall have the primary responsibility for the conduct of its intercollegiate athletics program. This responsibility shall include institutional control, budget control, institutional staff-member control, student-athlete control, and control of representatives of the institution's athletics interests. Each member institution shall investigate, document and self-report any institutional infractions. Each institution shall act on inquiries and cooperate fully with the NCAA and the Conference on issues related to alleged rules infractions. Member institutions also shall follow compliance procedures and guarantee due process to those persons affected. Last, member institutions shall enforce the rulings imposed upon the institution by the NCAA or the Mountain West Board of Directors.

**5.2 Administration of Conference Enforcement Procedures.** The Commissioner shall be responsible for the administration of Conference enforcement procedures.

> **5.2.1 Infractions of Conference Rules.** If a member institution fails to apply the provisions of the Conference Handbook, the institution is deemed to be in violation of the Conference rules and shall be subject to the Conference enforcement procedures.

>> **5.2.1.1 Allegations of Infractions.** The Commissioner (or designee) shall inform the institution of any information indicating alleged infractions of Conference rules. The institution shall investigate the matter and inform the Commissioner (or designee) of its findings.

>> **5.2.1.2 Self-Reported Infractions of the Conference Handbook.** An institution shall self-report any infraction of the Conference Handbook to the Commissioner (or designee). The self-report shall be in writing and shall specify the rule that was violated, the circumstances surrounding the infraction and the corrective action taken by the institution to ensure that such an infraction will not occur in the future. The Commissioner shall apply any pre-approved penalties. The Mountain West Board of Directors Executive Committee shall determine all other penalties.

>> **5.2.1.3 Modified Decisions and Penalties.** The Mountain West Board of Directors Executive Committee may, if it so chooses, modify the decision or penalty but may not increase the penalty.

> **5.2.2 Appeals.** The decision of the Commissioner may be appealed to the Board of Directors Executive Committee. Such an appeal shall be made by the involved institution within 14 days after receiving the notice of the Commissioner's decision.

>> **5.2.2.1 Scope of Appeal.** The scope of an appeal shall be limited to a review of the record. The decision shall be rendered only after affording an institution an opportunity to present oral or written arguments concerning the record. All decisions on appeal are final and are not subject to further review except under the provisions of Rule 5.2.2.2.

**5.2.2.2 New Evidence or Prejudicial Error.** The Board of Directors Executive Committee shall consider a request to reopen a case upon receipt of new evidence of fact or of prejudicial error in the hearing or appeals procedure. A decision not to reopen a case is not subject to further appeal.

**5.3 Infractions of NCAA Rules.** The investigation of alleged infractions and the reporting of infractions are an institutional obligation. Once it has been determined that an infraction occurred, the institution shall be subject to NCAA enforcement procedures. The Commissioner (or designee) may assist the institution in processing infractions of NCAA rules by assisting the institution in:

    a.   Determining whether the infraction will be viewed as secondary or major by the NCAA Enforcement staff;

    b.   Identifying any mitigating circumstances;

    c.   Determining the appropriate institutional action that should be taken;

    d.   Determining appropriate penalties that would likely be accepted by the Enforcement staff, the NCAA Committee on Infractions, the NCAA Student-Athlete Reinstatement staff or the NCAA Student-Athlete Reinstatement Committee;

    e.   Processing major infractions through summary disposition or the Committee on Infractions; or

    f.   Processing any eligibility appeals through the NCAA Student-Athlete Reinstatement staff or the NCAA Student-Athlete Reinstatement Committee.

**5.3.1 Self-Reported Infractions – Levels I-III.** An institution shall report all Level I (severe breach of conduct), Level II (significant breach of conduct) and Level III (breach of conduct) infractions to the Commissioner (or designee). The self-report shall be in writing and shall specify the rule that was violated, the circumstances surrounding the infraction and the corrective action taken by the institution to ensure that such an infraction will not occur in the future. Once reviewed by the Conference office, the institution shall report the infraction(s) to the NCAA Enforcement staff via the NCAA's online self-reporting program. The institution shall list the Conference office as an additional contact so the Conference may receive follow-up correspondence from the NCAA on the infraction(s) reported to the Enforcement staff. *(Revised August 2013, August 2014)*

**5.3.2 Level I or Level II Infractions.** An institution involved in a Level I or Level II infractions case shall inform the Commissioner on the actions of the NCAA and shall provide the Commissioner with copies of all written correspondence forwarded to and received from the NCAA. *(Revised April 2006, August 2013)*

    **5.3.2.1 Reporting of Level I and Level II Infractions.** The Commissioner shall inform the chair of the Board of Directors of all Level I and Level II infractions involving a member institution. *(Revised August 2013)*

**5.3.3 Repeated Infractions.** The Commissioner (or designee) shall receive copies of all self-reports to the NCAA.  If there is a pattern of repeated infractions, the Commissioner shall inform the chair of the Board of Directors. (See NCAA Bylaw 19.1 for additional information on NCAA Level I-Level III infractions.) *(Revised August 2013)*

**5.4 Communication and Correspondence.** Communication with the Conference office by member institutions, or between member institutions, regarding possible infractions of the Conference Handbook or NCAA rules shall be initiated by the director of athletics or designated representative. In the event a Conference member discovers a potential infraction of the Handbook or NCAA rules and wishes to make allegations against that member to the Conference, the director of athletics must present such charges in a written statement to the Conference office with a copy to the President of his/her institution. This report must be accompanied by any letters or newspaper accounts, videotapes or other supporting documents. Any written charges of alleged infractions shall be stated with such particularity as the circumstances may permit. The Conference office shall forward the report to the director of athletics and the President of the institution accused of the infractions.

**5.5 Annual Report – Commissioner.** The Commissioner shall present an annual report to the Board of Directors during its spring meeting. The report shall include a summary, by institution, of all infractions of NCAA legislation and/or Conference rules and any action taken by the NCAA or the Commissioner (in Conference matters) as well as any other information relevant to compliance.

## Rule 6
# INTERPRETIVE POLICIES

**6.1 Interpretations.** Interpretations of any rule or provision of the Mountain West Handbook or the NCAA Manual may be requested by any member institution's chief executive officer, director of athletics, senior woman administrator, faculty athletics representative, compliance administrator or the Conference Commissioner. Interpretations shall include a determination of applicability of a rule to an actual or hypothetical situation. All authorized institutional representatives must seek interpretations in all cases for which they are in doubt.

**6.1.1 Verbal Requests.** The Commissioner (or designee) shall make verbal interpretations in response to verbal requests for interpretation. In response to a verbal request, the Commissioner (or designee) may require that the request be submitted in writing.

**6.1.2 Written Requests.** The following procedures must be followed when written requests are received by the Conference office.

**6.1.2.1 Requests Initiated by the Commissioner.** If the Commissioner (or designee) determines that a ruling or provision of the Handbook needs clarification, he or she may make written explanation for the need for the clarification on his or her own initiative.  It will then be handled as any other written request.

**6.1.2.2 Requests Initiated by an Institution.** Written requests initiated by member institutions shall be signed by either the chief executive officer, director of athletics, senior woman administrator, faculty athletics representative or compliance administrator.

**6.1.2.3 Responses to Written Requests.** Within five working days of receipt of a written request, the Commissioner (or designee) shall issue a written response. A copy will be retained in the Conference office to be available upon request.

**6.2 Appeals of Mountain West Handbook Interpretations and Rulings.**

**6.2.1 Appeal of the Commissioner's (or Designee's) Interpretation or Ruling.** Appeals of interpretations or rulings made by the Commissioner (or designee) may be made in the following situations: *(Revised April 2006)*

a.     For matters of student-athlete eligibility, the Commissioner's (or designee's) rulings and interpretations may be appealed. The appeal must be presented in writing to the faculty athletics representatives' designated governance group within five working days of receipt of the written interpretation or ruling. The appeal must include the original written request and the Commissioner's (or designee's) response and must be forwarded to the chair of the faculty athletics representatives' designated governance group. The committee shall meet either by telephone conference or in person and issue a written ruling on the appeal within 30 days;

b.     For other rules and interpretations, the Commissioner's (or designee's) rulings and interpretations may be appealed in writing to the faculty athletics representatives' designated governance group within five working days of receipt of the written

interpretation or ruling. The appeal must include the original written request and the Commissioner's (or designee's) response and must be forwarded to the chair of the faculty athletics representatives' designated governance group. The group shall meet either by telephone conference or in person and issue a written ruling on the appeal within 30 days;

c.    The ruling of the Commissioner (or designee) shall stand until such time as the faculty athletics representatives' designated governance group has ruled on the appeal; and

d.    The decision of the faculty athletics representatives' designated governance group shall become effective immediately and shall not be retroactive. If, however, an institution appeals the decision of the group, the decision of the Commissioner (or designee) shall stand until such time as the Joint Council renders a decision on the matter under the provisions of Rule 6.2.2.

**6.2.2 Appeal of Committee Decisions.** The following procedures must be followed when appealing the decision of a designated governance group: *(Revised April 2006)*

a.    An appeal of a governance group decision may be made to the Joint Council. The appeal must be in writing and received by the Joint Council within five working days of receipt of the governance group's decision. The appeal must include the original request, the Commissioner's (or designee's) response, the appeal to the governance group, and the group's decision. This information shall be forwarded to the chair of the Joint Council for consideration at its next meeting or conference call. All members of the Joint Council shall receive all information related to the appeal prior to the next meeting or conference call of the Joint Council.

b.    No representative of an appellant institution may vote on the appeal.

c.    Votes shall be by secret ballot. A majority vote of those present is required for each finding.

d.    The decision of the Joint Council shall become effective immediately or at a time specified by the Joint Council. The decision shall not be retroactive.

## Rule 7
# AWARDS

**7.1 Mountain West Scholar-Athlete Award.** Student-athletes who participate in a Mountain West-sponsored sport shall be named Mountain West Scholar-Athletes provided they meet the following criteria:

    a.  Completed at least two semesters or three quarters at the certifying institution; and

    b.  Earned at least a 3.5 cumulative grade-point average at the certifying institution (including graduate and undergraduate work).

The institution's faculty athletics representative shall be responsible for informing the Conference office of the student-athletes who qualify for the award. Scholar-Athlete Award recipients shall receive an engraved award from the Conference office. Those who participate in multiple sports (e.g., cross country and track and field) shall receive a single award. *(Revised August 2022)*

**7.2 Mountain West Academic All-Conference.** Student-athletes who participate in a Mountain West-sponsored sport shall be named Mountain West Academic All-Conference provided they meet the following criteria:

    a.  Participated significantly in at least 50 percent of their team's contests (25 percent for baseball and softball pitchers); and

    b.  Earned a cumulative grade-point average of 3.0 at the certifying institution.

The institution's faculty athletics representative, after consultation with coaches to ascertain "significant" participation, shall be responsible for informing the Conference office of the students who qualify for the award. Academic All-Conference honorees shall receive a certificate from the Conference office. Those who participate in both indoor and outdoor track shall receive a single award. *(Revised May 2013)*

**7.3 Mountain West Scholar-Athlete of the Year Award.** Two awards shall be presented annually to the male and female student-athletes who best exemplify the term "scholar-athlete" by achieving excellence in academics, athletics and community/campus service over the course of their career. *(Revised May 2010)*

    **7.3.1 Criteria.** The awards shall be presented to one male and one female student-athlete who meet the following criteria: *(Revised May 2013)*

        a.  Participated in a Mountain West-sponsored sport(s);

        b.  Exhausted athletics eligibility in all varsity sports in which they participated;

        c.  Academic Achievement: All nominees shall have earned at least a 3.5 cumulative GPA at the recommending institution (including undergraduate and graduate work);

        d.  Athletics Achievement: All nominees shall have demonstrated athletics achievement and brought recognition to his/her institution; and

e.  Community/Campus Service: All nominees shall have demonstrated significant contributions to the campus or community through service opportunities.

**7.3.2 Procedures.** *(Revised April 2006, July 2011)*

a.  The faculty athletics representative at each member institution shall serve as the point person for receiving and completing the nomination packets.

b.  The nominee shall complete applicable forms.

c.  The nominee shall submit an official academic transcript with his or her nomination form.

d.  The Conference office shall distribute the nomination packet to the faculty athletics representative at each member institution in April of each year. Nominations shall be forwarded to the Conference office no later than June 30. *(Revised June 2023)*

*e.*  The Recognition Committee shall review all nominations and select the award winners. Recognition Committee members may vote for their own student-athletes. The award shall be presented on campus the following fall.  *(Revised July 2021)*

**7.4 Mountain West Athlete of the Year Award.** Two awards shall be presented annually to the male and female student-athletes who achieved athletics excellence during the current academic year. *(Adopted May 2010)*

**7.4.1 Criteria.** The awards shall be presented to one male and one female student-athlete who meet the following criteria: *(Revised July 2011, May 2013)*

a.  Participated in a Mountain West-sponsored sport(s);

b.  Athletics Achievement: All nominees shall have demonstrated superior athletics achievement and brought significant recognition to his/her team, institution and the Conference;

c.  Academic Achievement: All nominees shall be in good academic standing with the nominating institution and meet all NCAA, Mountain West and institutional academic eligibility requirements through the completion of their season of competition; and

d.  Character/Conduct: All nominees shall demonstrate good character and conduct on and off the playing field.

**7.4.2 Procedures.** *(Revised July 2011)*

a.  The sports information director at each member institution shall serve as the point person for receiving and completing the nomination packets.

b.  The nominee shall complete applicable forms.

   c. The Conference office shall distribute the nomination packet to the sports information director at each member institution in April of each year. Nominations shall be forwarded to the Conference office no later than June 30. *(Revised June 2023)*

   d. Award winners shall be selected by a majority vote of the member institutions. Each institution will submit one vote per award. Institutions shall not vote for their own school/nominee. The award shall be presented on campus the following fall. *(Revised July 2021)*

**7.5 Mountain West Hal Rothman Sportsmanship Award.** Two awards may be presented annually to the male and female student-athletes who best exemplify the term "sportsmanship" as defined in the nomination criteria for the annual NCAA Sportsmanship Award. *(Adopted April 2005)*

   **7.5.1 Procedures.**

   a. The faculty athletics representative at each member institution shall serve as the point person for receiving and completing the nomination packets.

   b. Although the Committee on Sportsmanship and Ethical Conduct eliminated its requirement for a "demonstrative sportsmanship act," in order to maximize the recognition of student-athletes who are outstanding contributors to their sports, teams and institutions, such acts shall be weighted more heavily when evaluating candidates.

   c. The Recognition Committee shall select one male and female winner from nominations submitted by the membership to represent the Conference among a national pool of candidates for the national and divisional awards, which are chosen by the Committee on Sportsmanship and Ethical Conduct. The award shall be presented on campus the following fall.

**7.6 Albert C. Yates Distinguished Service Award.** The Albert C. Yates Distinguished Service Award shall be presented to an individual who has performed significant service in support of the Mountain West.

   **7.6.1 Criteria.** The award shall be presented in the spring to the individual who meets the following criteria:

   a. The award recipient shall be a current or former athletics administrator, faculty athletics representative, other institutional staff member, or another individual who has supported and promoted the Mountain West; and

   b. The award recipient shall be an individual who has served, supported, and promoted the goals and ideals of the Mountain West or member institution and who, through personal effort and dedication, has enhanced the ability of the Conference and/or its member institutions to provide a positive experience for the student-athletes enrolled at any member institution.

**7.6.2 Procedures.** *(Revised April 2006, June 2007)*

    a.  Each Joint Council member may nominate one individual each year with a maximum of three nominations per institution each year. Any individual who meets the criteria may be nominated regardless of their affiliation.

    b.  The Conference office shall send nomination forms to Joint Council members during the first week in February. Nominations shall be forwarded to the Conference office and postmarked no later than April 1.

    c.  Nomination forms shall be signed by the president/chancellor of the nominating institution BEFORE the nominees are submitted for consideration. In the event one or more nominees are presented by a Mountain West institution other than their own, the president/chancellor of the nominating institution(s) shall contact the president/chancellor of the nominees' institutions for their approval prior to submitting the application.

    d.  The Recognition Committee shall annually review the nominations and make the selection.

    e.  The award recipient shall be recognized at the spring meeting of the Joint Council.

    f.  In an effort to recognize only one award winner per academic year, nominees not selected for that year's award may be submitted in subsequent years, provided they continue to meet the criteria for selection.

    g.  The award recipient shall receive an appropriate award to recognize receipt of this award.

    h.  It shall not be mandatory that the award be presented each year.

**7.7 Commissioner's Award.** The Commissioner's Award shall be presented to an individual who achieved a singularly distinguished accomplishment that significantly enhanced the Mountain West or a member institution.

**7.7.1 Criteria.** The award shall be presented in the spring to the individual who meets the following criteria:

    a.  The award recipient may be any person associated with the Mountain West and may be a current or former athletics administrator, faculty athletics representative, coach, Conference office staff member or an individual not associated directly with any institution or the Conference office; and

    b.  The award recipient shall be an individual who, through dedicated effort and service, achieved a singularly distinguished accomplishment during the current academic year that significantly enhanced the Mountain West or a member institution.

**7.7.2 Procedures.** *(Revised April 2006)*

    a.  Each Joint Council member may nominate one individual each year with a maximum of three nominations per institution each year. Any individual who meets the criteria may be nominated regardless of their affiliation.

b.  The Conference office shall send nomination forms to Joint Council members during the first week in February. Nominations shall be forwarded to the Conference office and postmarked no later than April 1.

c.  The Recognition Committee shall annually review the nominations and make the selection.

d.  The award recipient shall receive an appropriate award to recognize receipt of this award.

e.  It shall not be mandatory that the award be presented each year.

f.  This award shall not generally be given to coaches solely for achieving an outstanding record or having a very successful year since the "Coach-of-the-Year" award in each sport is designed to recognize these achievements. This award shall be given to a coach for achievements other than team success or in very unusual circumstances (i.e., a national championship) for team-related accomplishments.

**7.8 Sport Awards.** Official Conference awards shall be presented in all sports. The awards for each sport are set forth in the sport regulations section of this Handbook.

<u>Rule 8</u>

# HANDBOOK AMENDMENT PROCESS

**8.1 Amendment Process.** A proposed amendment to the rules of the Handbook shall be submitted in writing to the faculty athletics representatives' designated governance group. All proposals shall be referred to the faculty athletics representatives' designated governance group to develop appropriate language. *(Revised April 2006)*

**8.1.1 Amendment to Amendment.** A proposed amendment to a provision of the Articles, Bylaws or Handbook may be amended at any annual or called meeting. A proposed amendment requires a 75 percent vote of Conference member institutions in good standing.

**8.1.2 Effective Date.** Amendments approved by the Board of Directors shall become effective immediately unless otherwise specified.

Rule 9
# BROADCAST POLICIES

**9.1 Broadcasts**. Mountain West policies and procedures relative to the broadcasting of Conference championships or regular-season competition involving member institutions shall be under the jurisdiction of the director of athletics' designated governance group. The senior woman administrators' designated governance group shall have responsibilities in matters related to the broadcasting of sports it oversees. Actions of both groups shall be subject to the oversight of the Joint Council. Television policies adopted by the Joint Council shall be considered as regulations guiding the conduct of Conference broadcast operations. Significant policy issues and contract ratification decisions shall be forwarded to the Board of Directors as necessary and appropriate. *(Revised April 2006, October 2017)*

**9.2 Conference Broadcast Contracts.** Broadcast rights to all Conference championships and all institutional events involving sports sponsored by the Conference are the exclusive property of the Mountain West. Entities that have not purchased the rights to broadcast Mountain West content shall not air, either live or delayed, description of any game action. Broadcast rights encompass linear television, radio and digital rights. The Mountain West has contractual agreements with various linear and digital networks which grant these entities rights for Mountain West programming. The agreements are legally binding with regard to the rights and responsibilities of the parties. The policies and procedures for implementation of these agreements shall be coordinated by the Conference office in accordance with the respective contractual provisions. Conference members shall not enter into agreements that conflict with the contractual rights of the parties and/or existing Conference policies. *(Revised April 2006, August 2013, October 2017)*

**9.3 Disputes Involving Broadcast Rights.** Any disputes involving broadcast rights of member institutions and potential conflicts with the Mountain West contractual agreements shall be resolved through appropriate Conference channels. *(Revised April 2006, August 2013, October 2017)*

**9.4 Non-Conference Game Contract Requirements.** Conference institutions shall include a clause in non-conference game contracts which states that "the television, digital and radio rights shall reside with the host conference and institution in accordance with their contractual agreements in effect at the time." *(Revised August 2013, October 2017)*

**9.5 Visiting Radio Broadcast Rights.** Broadcasting rights shall be jointly granted by the directors of athletics of the host and visiting Conference institutions for Conference contests. Neither party shall permit its radio entity to broadcast into the home area of the other party without approval of the other party. This in no way precludes the broadcasting of events by stations in the same market or the overlapping of radio signals from different markets. Granting of broadcasting rights to a visiting non-conference institution shall be at the discretion of the host institution's director of athletics. *(Revised August 2013)*

 **9.5.1 Broadcast Facilities.** A visiting Conference team shall be provided normal facilities for one official flagship radio outlet by the home institution at no charge. For Conference contests, member institutions may provide available press box space to a second official non-institution radio outlet, provided the outlet is a non-English speaking station. Provision of facilities for visiting non-

conference institutions shall be at the discretion of the host institution's director of athletics. *(Revised August 2013, October 2017)*

**9.5.2 Rights Fees.** The host Conference institution shall determine the rights fees to be charged to visiting broadcasting entities (both primary and secondary/unofficial), but the philosophy shall be not to charge a rights fee to the flagship station of a visiting Conference institution.

**9.6 National Radio Broadcast Rights – All Sports.** The following shall govern Mountain West national and satellite radio broadcasts in all sports: *(Revised April 2002, April 2006, August 2013)*

 a. The Mountain West owns the exclusive rights (subject to existing contractual provisions with television rights holders) to distribute all Mountain West events via national and international over-the-air and satellite radio;

 b. The Conference office shall serve as the contact for national radio broadcast arrangements. All agreements for national radio broadcasts shall be negotiated and coordinated through the Conference office. There shall be no agreements for national radio broadcasts in basketball and/or football entered into at the institutional level; and

 c. Revenues generated from such agreements shall accrue to the Conference office.

<u>Regulation 1</u>

# GENERAL REGULATIONS

**1.1 General.** The Administrative Sport Regulations shall become effective upon the adoption by an affirmative vote of three-fourths of the Board of Directors to become effective on the date provided in the vote adopting the amendment. A proposed amendment may be initiated and submitted in writing to the Board of Directors by any member of the Board of Directors or by action of the Joint Council. If action favorable to an amendment is taken by an affirmative vote of a majority of the members of the Joint Council, the same shall be adopted only after it has been confirmed at the following regular meeting of the Joint Council or approved by the Board of Directors. Unless otherwise stated, actions of governance groups and committees shall be determined by a majority vote. *(Clarified September 2017)*

> **1.1.1 Governing Playing Rules and Regulations.** All regular-season competition and Conference championships shall be conducted under NCAA rules, regulations, and format except when specifically modified by Joint Council action. Any additional rules or regulations made by the Joint Council shall be more stringent than those of the NCAA.

**1.2 Minimum Sports Sponsorship.** Each full member institution shall field varsity teams in football, women's volleyball, men's and women's basketball, one women's team sport and additional men's and women's sports as prescribed by the NCAA to maintain Football Bowl Subdivision (FBS) membership.

**1.3 Adding or Discontinuing a Conference Championship Sport.** A member institution must notify the Commissioner no later than one year prior to the start of the applicable sports season if the institution intends to begin a Conference-sponsored sport during the ensuing academic year. A member institution must notify the Commissioner no later than February 1 if the institution intends to discontinue a Conference-sponsored sport. (*Revised January 2013, effective July 1, 2013, for institutions adding or discontinuing a Conference championship sport on or after July 1, 2013)*

**1.4 Sport Committees.** Each Conference sport shall have a sport committee consisting of the head coach from each Conference institution. Each sport committee shall have an administrative liaison who is a member of the Joint Council. Administrative liaisons shall attend the respective mandatory coaches meetings. The Conference office shall pay (in accordance with established policies) the travel expenses of the administrative liaison to travel to coaches meetings. *(Revised April 2006)*

> **1.4.1 Institutional Voting.** Voting during coaches meetings is governed by the "one vote per sport per institution" premise. If an issue relates only to women's programs, those institutions with women's programs may vote. Conversely, if an issue relates only to men's programs, those institutions with men's programs may vote. If an issue impacts both the men's and women's programs, those institutions with both programs may cast two votes.

> **1.4.2 Reintroduction of Issues**. Sport committees shall not reintroduce issues that previously have been resolved for a minimum of two years. If new information becomes available or if changes to NCAA rules impact the original decision, the issue may be reviewed prior to the end of the two-year period. *(Adopted April 2007)*

**1.5 Artificial Noisemakers.** Artificial noisemakers are prohibited during athletics competition in all sports (except women's soccer, which defers to NCAA always playing rules); this includes non-conference as well as Conference competition. An institution shall not distribute or cause to be distributed artificial

noisemakers. Reasonable efforts shall be made by the institution to confiscate artificial noisemakers brought into athletics competitions. Institutions shall submit to the Conference office for review items with noisemaking implications prior to purchasing or entering into an agreement for purchase of such items. An institution that violates this provision shall be subject to the following: *(Revised October 2003, April 2004, December 2012, August 2018)*

    a.  First offense: Warning from the Conference office.

    b.  Second and subsequent offenses: A financial penalty determined by the Conference Commissioner.

**1.6 Meeting of Coaches.** All head coaches in all Conference sports shall attend/participate in one annual mandatory Conference coaches meeting unless prior approval for being absent is granted by the Commissioner. A head coach who fails to attend a mandatory meeting/conference call shall have written notification sent to their director of athletics and institutional sport administrator. In the case of an excused absence, an assistant coach may represent the head coach as an approved substitute. Additional information regarding the meeting of coaches can be found in the respective sport-specific regulation and handbook. *(Revised April 2006, June 2017)*

    **1.6.1 Mandatory Participation in Pre-Championship Meetings/Conference Calls.** A head coach who fails to attend a mandatory pre-championship meeting/conference call shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall attend the meeting. Additional information regarding mandatory participation in pre-championship meeting and conference calls can be found in the respective sport-specific regulation and handbook. *(Adopted October 2006; Revised June 2017)*

    **1.6.2 Institutional Votes from Members not in Attendance at Meetings or on Conference Calls.** Coaches and administrators, or designees, must be present at the meeting or on the conference call when voting commences to be included in the recorded action. *(Adopted October 2006)*

**1.7 Interrupted Contest Procedures.** All personnel, including game officials, coaches, players, athletics directors, game management personnel and Conference office staff, are required to use their best efforts to see that each Conference regular-season or championship contest is played to its conclusion. The Conference recognizes, however, that emergencies may arise which make a contest's start or completion impossible or inadvisable. Such circumstances may include, but are not limited to, severely inclement weather, natural or man-made disasters, power failure and spectator interference. In all instances, only the Commissioner or their designee, has the sole authority to declare a game cancelled, postponed, rescheduled or terminated.

Subject to the applicable NCAA playing rules of the particular sport, the procedures shall be as follows:

    **1.7.1 Definitions.**

        **1.7.1.1 Suspend.** To suspend a contest is to temporarily halt play for a short duration or to delay the start of a contest temporarily.

**1.7.1.2 Cancel.** To cancel a contest is to nullify it either before or after it begins and to make no provision for rescheduling it or for including its score or other performance statistics in Conference records.

**1.7.1.3 Postpone.** To postpone a contest is to (a) defer it to a later date, or (b) suspend it after play has begun and make provision to resume it at a later date with all scores and other performance statistics up to the point of postponement added to those achieved in the resumed portion of the contest. *(Revised February 2005)*

**1.7.1.4 Reschedule.** To reschedule a contest is to start the contest on another date or time that is mutually agreed upon by the institutions or determined by the Commissioner or their designee.

**1.7.1.5 Terminate.** To terminate a contest is to end it short of completion, officially record it as a completed contest, and make no provision to resume it later.

**1.7.2 Suspension, Cancellation, Postponement, Reschedule or Termination.** Contests should be suspended, cancelled, postponed, rescheduled or terminated when circumstances exist such that commencement or continuation of play would pose a threat to the safety of the constituent groups involved with the contest (e.g., student-athletes, coaches, officials, trainers, managers, facility personnel, staff, band, cheerleaders, mascots and fans). In the event a contest is suspended, the athletics directors of both participating institutions, game management personnel and the Conference office representative shall consult with the head official. The Conference office representative shall be responsible for communicating with the Commissioner or their designee, who has the sole authority to declare a contest cancelled, postponed, rescheduled or terminated. If a Conference office representative is not on-site, the host institution's athletics director (or designee) shall communicate with the Commissioner or their designee prior to any final decisions. The home team game management, in consultation with the Conference office representative, shall be responsible for disseminating information regarding such a decision to the teams, media and general public. *(Revised November 2003 and February 2005)*

**1.7.3 Authority.** The authority to cancel, postpone or terminate a contest is vested only in the Commissioner or their designee. Authority to suspend a contest is vested in the head official.

**1.7.4 Guidelines.**

**1.7.4.1 Contest Suspended Prior to Start.** If a contest is suspended prior to its start for any reason, every effort shall be made to begin and complete the contest within the existing circumstances and in accordance with the guidelines of this section. *(Revised February 2005)*

**1.7.4.2 Contest Suspended After Play Has Begun.** If a contest is suspended for any reason after play has begun, it should be resumed as soon as conditions are deemed safe by the head official (referee) in consultation with the home team game management personnel, the Conference office and the athletics directors from the participating institutions (as prescribed above). *(Revised February 2005)*

**1.7.4.3 Contest Suspended Prior to Start – Resumed.** A contest that is suspended prior to the start shall not be resumed after midnight local time. A contest that is suspended after play has begun shall not be resumed beyond two hours following the point of suspension and no

later than midnight local time, unless otherwise deemed necessary by the Commissioner, in consultation with the two participating institutions. *(Revised February 2005)*

**1.7.4.4 Contest Suspended Prior to Start – Not Resumed.** If a contest is suspended prior to the start for any reason and cannot resume under the applicable guidelines, the participating institutions, in consultation with the Commissioner or their designee, shall attempt to declare the contest postponed and reschedule the contest at a later date. If the Commissioner determines the game cannot be rescheduled, it will be considered a cancelled game. *(Revised February 2005)*

**1.7.4.5 Contest Suspended After Play Has Begun – Resumed.** If a contest is suspended after play has begun and cannot resume under applicable guidelines, the two institutions, in consultation with the Commissioner or their designee, shall attempt to declare the contest postponed and resume it at a later date. *(Revised February 2005)*

**1.7.4.6 Rescheduling.** If a game needs to be rescheduled, the institutions involved should attempt to determine the next available, mutually-agreeable date and time. If a decision cannot be reached between the participating institutions, the Commissioner or their designee shall be empowered to designate a new competition date and communicate that to the participating institutions.

**1.8 Inclement Weather.** All weather-related decisions during a game shall be made by the head official. The host institution shall be responsible for tracking lightning and other weather-related factors and communicating those to the head game official (Referee). *(Revised February 2005)*

a.  The officials shall inform both teams that ALL constituent groups involved with the contest (e.g., student-athletes, coaches, officials, trainers, managers, facility personnel, staff, band, cheerleaders, mascots and fans) will go immediately to the designated safe structure or location.

b.  Play will be resumed only when the head official has been notified that at least 30 minutes have passed after the last flash of lightning or sound of thunder.

c.  Suspended play beyond this point is covered by NCAA and Conference rules.

**1.8.1 Lightning Safety – NCAA Guidelines.** In collaboration with its television partners and other FBS conferences, the Mountain West has adopted a common threshold for the stoppage of play and the implementation of fan safety measures. Immediate action should be taken when lightning is determined to be eight miles away (or greater depending on institutional protocol). All personnel should be in a safe shelter when the lightning is six miles away or less. The primary detection mechanism for contest controlled by the Mountain West shall be Weather Sentry/DTN which is the official weather tracking service of the Conference. Each institution has been provided licenses and logins that must be utilized on game day to monitor atmospheric conditions. Institutions shall communicate with the televising entity to confirm detection and communication protocols before and during the contest.

When lightning strikes are not detected for a 30-minute continuous period within this range, the "all clear" notification can be given. Additional information regarding lightning safety can be found on the NCAA website: www.ncaa.org

**1.8.2 Air Quality Thresholds for Mountain West Competition – Recommended Guidelines.** Information regarding air quality thresholds for competition in Mountain West venues can be found in the respective sport-specific game management handbook and real-time Air Quality Index site-specific data at PurpleAir.com. *(Adopted July 2016, Revised July 2019)*

**1.9 Conference Championship Sports.** Conference championships shall be held in the following varsity sports. *(Revised March 2007, June 2008, December 2010, January 2013, July 2021, December 2021)*

| WOMEN'S TEAM SPORTS | MEN'S TEAM SPORTS |
|---|---|
| Basketball | Baseball |
| Soccer | Basketball |
| Volleyball | Football |
| Softball | |
| | |
| WOMEN'S INDIVIDUAL SPORTS | MEN'S INDIVIDUAL SPORTS |
| Cross Country | Cross Country |
| Golf | Golf |
| Swimming & Diving | Tennis |
| Gymnastics | |
| Tennis | Indoor Track & Field |
| Indoor Track & Field | Outdoor Track & Field |
| Outdoor Track & Field | |

**1.10 Championship Regulations.**

**1.10.1 Teams Subject to Postseason Competition Restrictions.** Teams subject to postseason competition restrictions (NCAA or Conference) shall not be eligible to participate in Conference championship competition until the restriction expires. In sports where the automatic qualifier is determined by regular-season Conference competition, if the regular-season champion is subject to postseason competition restrictions, the second-place team in the regular-season Conference standings will be the league's automatic qualifier. If tie-breaking is necessary to determine the second-place team, existing procedures will be applied. The Board of Directors will determine the revenue distribution formula for all member institutions in all sports, including those with teams subject to postseason restrictions. *(Codified March 2012)*

**1.10.2 Awards Selection.** Awards shall be selected and purchased by the Conference office. Awards shall be shipped by the awards supplier directly to the host institution or championship site. Only official Conference awards may be presented at the site of the championship.

**1.10.3 Broadcast Rights.** All radio, television and digital media broadcast rights to championships shall be negotiated by the Conference office. Radio rights are to be on a non-exclusive, stated fee basis. Television and digital media broadcast rights are to be on a competitive bid basis.

**1.10.4 Budgeting to Host a Conference Championship.** Expenses for hosting a Conference championship shall be funded through the Conference office budget. The host institution shall

prepare a proposed budget for approval, and once approved, the expenses shall be paid by the Conference office.

**1.10.5 Dates and Sites.** Dates and sites for championships shall be determined by the Joint Council. In the event an institution has inadequate facilities to properly conduct a championship, or for other acceptable reasons, it may pass its scheduled turn in the rotation. In that event, the institution next in the rotation shall be the host institution. *(Revised July 2021)*

**1.10.6 Championship Participation.** Member institutions participating in a recognized sport during the regular season must compete in the Conference championship and take the minimum number of participants to the respective championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the championship site. The Conference office shall determine the cost of traveling to the championship site. If failure of the member institution to bring the minimum number of participants to the Conference championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If the failure to bring the minimum number of participants to the Conference championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum numbers of participants rule may be granted by the Commissioner.

**1.10.7 Championship Sponsorship.** The Conference shall initiate a championship only when at least fifty percent of the member institutions participate in a sport.

**1.10.8 Championship Management.** The director of athletics, senior woman administrator or the designated representative of the host institution shall be the championship manager. This individual shall be responsible for conducting the business details according to the adopted administrative policies and any additional directions provided by the Conference office.

**1.10.9 Championship Meeting.** A meeting of the institutional representatives and officials shall be held to review championship procedures, local rules and policies.

**1.10.10 Equipment.** The host institution shall be responsible for providing all necessary equipment for the championship. Equipment shall follow all NCAA regulations.

**1.10.11 Game Management.** The championship shall be properly staffed with appropriate officials, administration, timers, scorers, ticket managers, maintenance and security personnel.

**1.10.12 Hospitality.** A hospitality room for contest administration and selected officials and judges shall be provided as appropriate.

**1.10.13 Media Relations/Promotions.** Media relations staff, trained statistical crews and sports information services shall be provided. Results are to be distributed to the Conference office and each participating institution.

**1.10.14 Medical, Physician, Certified Athletics Trainer.** Adequate medical and training facilities shall be provided. A certified athletics trainer shall be available at all championship competitions. Training facilities shall be made available to visiting teams. Each competing institution shall be informed as to the availability of training equipment and responsible for its own training supplies. There shall be planned access to a physician and a medical facility, including communication and

transportation between the championship site and the medical facility, so that prompt medical service shall be available.

**1.10.15 Practice.** Participants shall be allowed to practice at the championship site, if possible.

**1.10.16 Pre-Championship Information.** Prior to the championship, each competing institution shall be provided with information on location and times of meetings, publicity needs, key contacts, deadline for entries, practice areas and parking availability.

**1.10.17 Photographers.** All photographers in the competition area must be approved by the host institution and/or the Conference office.

**1.10.18 Public Address System.** A public address system shall be provided for each championship.

**1.10.19 Records.** Records for championships shall be kept on file in the Conference office.

**1.10.20 Starting Times.** Starting times for each championship shall be determined by the Conference office.

**1.10.21 Travel Arrangements.** All teams are responsible for their own reservations for hotel and air and ground transportation, using the Conference travel service where appropriate.

## 1.11 Regular-Season Regulations.

**1.11.1 Crowd Control.** Officials in team sports shall use all the rules and authority vested in them and enforce the following crowd control procedures in the event of stadium or arena disorder:

**1.11.1.1 Football.** When the referee calls a time out due to any disruptive activity, the public address announcer shall read a prepared statement requesting that the disruptive activity cease immediately. While the public address announcement is being made, the head coach and team captains shall provide visual sideline support for the announcement.

**1.11.1.2 Basketball.** When the referee calls a time out due to any disruptive activity, the head coach and/or director of athletics and/or captain shall appeal to the crowd for the activity to cease.

**1.11.1.3 Special Notes.** Once the contest is under way, the referee/head official has the responsibility to determine if the situation is too detrimental to continue play and has the authority to stop the contest. If a contest has been terminated by the referee, the decision to continue the contest is solely the authority of the director of athletics or his/her designee.

**1.12 Refusal to Play.** At no time is either the home or visiting coach vested with the authority to stop or discontinue play. A coach unilaterally taking his/her team from the playing area or refusing to play may be subject to Conference sanctions and possible forfeiture of the contest.

**1.13 Game Contracts.** Game contracts shall not be exchanged for any Conference contest in any sport. Changes to a regularly scheduled contest date, time or location shall be submitted to the Conference office for approval by the Commissioner or their designee via the Master Schedule Change Form (more information can be found in sport-specific game management handbooks).

**1.14 Competition Rosters. (Revised, August 2023)**

**1.14.1 Regular Season Competition Rosters** – Home Teams. There shall be no competition roster-size limit on the home team and no limit on the number of student-athletes who may sit in the bench area.

**1.14.1.1 Baseball.** In baseball home team competition rosters shall consist of 27 eligible student-athletes for a Conference series and shall remain the same for the duration of the series regardless of the number of games played. <u>See MW Baseball Game Management Handbook for rule implementation.</u>

**1.14.2 Regular Season Competition Roster – Visiting Teams.** A competition roster shall be defined as the maximum number of student-athletes who shall be allowed to participate in regular season Conference competition.

| Sport | Regular Season |
|-------|----------------|
| Baseball | 27 |
| Men's Basketball | 15 |
| Women's Basketball | 15 |
| Football | 74 |
| Women's Soccer | 22 |
| Softball | 22 |
| Men's Tennis | 9 |
| Women's Tennis | 9 |
| Volleyball | 16 |

**1.14.2.1 Eligibility.** Only eligible (pursuant to applicable NCAA, Conference, and institutional rules) student-athletes designated as a part of an institution's competition roster (home and visiting team) shall be permitted to compete in Conference competition.

**1.14.3 Nonconference Competition.** There shall be no competition roster limitations for nonconference competition.

**1.14.4 Championship Competition Roster and Travel Party.** Championship competition rosters shall be applicable to championship competition. Sports shall adhere to Travel Party Size Limitations at MW championships, but there shall be no limit on the number of student-athletes that make up the travel party list.

| Sport | Competition Roster | Travel Party |
|-------|--------------------|--------------|
| Baseball | 27 | 38 |
| Men's Basketball | 15 | 25 |
| Women's Basketball | 15 | 25 |
| Cross Country | 10 | 15 |
| Football | 74 | 130 |
| Men's Golf | 6 | 10 |
| Women's Golf | 6 | 10 |

| Women's Gymnastics | 15 | 25 |
|---|---|---|
| Women's Soccer | 22 | 30 |
| Softball | 22 | 30 |
| Swimming & Diving | Maximum 30<br>24 competitors (divers count ½) | 35 |
| Men's Tennis | 9 | 15 |
| Women's Tennis | 9 | 15 |
| Indoor Track and Field | 28 | 42  for single gender programs<br>38 per gender for dual programs (76 max per institution) |
| Outdoor Track and Field | 30 | 44 for single gender programs<br>40 per gender for dual programs (80 max per institution) |
| Volleyball | 16 | 26 |

**1.14.4.1 Eligibility.** Only eligible (pursuant to applicable NCAA, Conference, and institutional rules) student-athletes shall be permitted to travel to a Conference Championship.

**1.14.4.2 Travel Party Size.** A travel party size shall be defined as the total number of individuals, including student-athletes, coaches and administrators, who receive credentials for a Conference championship event. Credentials shall not be provided to boosters or donors.

**1.14.4.2.1 Travel Party Size – Football, Men's Basketball and Women's Basketball.** See Mountain West championships handbooks for travel party size regulations for football, men's basketball and women's basketball.

**1.14.4.3 Process.** Institutions shall submit their competition roster and travel part list to the Conference office by the designated deadline (dates varies per sport). Sports with separate entry deadlines or final declarations (e.g., cross country, indoor and outdoor track and field, swimming and diving) shall use those dates as the deadlines to submit competition rosters. Once the championship begins, no changes shall be made to the competition roster for any reason.

**1.14.4.4 Non-Participating Student-Athletes.** See Mountain West championships handbooks for sport-specific regulations for non-participating student-athletes.

**1.14.4.5 Host Institution.** There shall be no limit to the travel party size for the host institution. However, the host institutions shall follow the competition roster limits.

**1.14.4.6 Championships Awards.** Institutions shall be provided championships awards equal to the maximum number of student-athletes permitted on a competition roster. Additional awards may be purchased by institutions.

**1.15 Ticket Policy.**

**1.15.1 Conference Championships.** Complimentary tickets shall not be issued for championship events. Admission prices for championship events shall be set by the Conference office. Students shall be admitted at no less than one-half the general admission price.

**1.15.2 Regular Season.** The number of complimentary tickets for visiting teams for regular-season contests is as follows: *(Revised January 2012; June 2023)*

| SPORT | COMPLIMENTARY TICKETS |
|---|---|
| Baseball | 50 |
| Men's and Women's Basketball | 75 (24 of which are located directly behind the visiting team bench) |
| Football | 300 |
| Women's Soccer | 44 |
| Softball | 36 |
| Men's and Women's Tennis | 20 |
| Volleyball | 24 |
| Women's Gymnastics | 60 |

**1.15.3 Game Officials.** Institutions shall provide officials with two complimentary tickets to the contest he or she is working, provided the tickets are available.

<u>Regulation 2</u>
# BASEBALL

**2.1 General Rules.** Baseball Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook, and the Mountain West Baseball Game Management Handbook.

**2.2 Format.** The Conference regular-season champion shall be determined by a modified double-round-robin schedule (double round robin against three Conference opponents plus a single round-robin against four Conference opponents). *(Revised February 2013, November 2018, March 2021; August 2024)*

**2.3 Non-Conference Schedule.** In order to continue to improve the institutional and Conference Rating Percentage Index (RPI), each team shall schedule and play no more than four regular season non-Division I contests per season. *(Revised September 2014)*

> **2.3.1 Penalty – Exceeding Maximum Number of Non-Conference Opponents.** If a team schedules and plays more than four regular-season, non-Division I contests (defined as opponents that count in the determination of NCAA RPI) in a given year, the institution shall be assessed a penalty of $50,000 per occurrence. *(Revised April 2003, October 2003)*

**2.4 Regular-Season Champion.** The regular-season champion shall be determined based on Conference winning percentage. In the event of a tie between two or more teams, such teams shall be considered co-champions. However, the tie shall be broken for purposes of determining the seeding for the Championship. *(Revised October 2016, February 2018)*

**2.5 Playing Rules.** All Conference baseball contests shall be conducted according to NCAA Baseball Rules except as modified by Conference regulations.

**2.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**2.7 Video/Scouting Report Exchange.** A coach shall not send film, video, or give a written or verbal scouting report on a Conference team to any institution outside the Conference.

> **2.7.1 Violations of Video/Scouting Report Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of baseball with institutions outside the Conference shall be subject to the following:
>
> a. **First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.
>
> b. **Second Offense.** Written notice to the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.
>
> c. **Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**2.8 Championship Tournament.** A six-team, modified double-elimination Conference tournament shall be conducted to determine the automatic representative to the NCAA Division I Baseball Championship. *(Revised October 2016; August 2024)*

> **2.8.1 Minimum Number of Participants.** Member institutions that sponsor the sport of baseball shall take a minimum of nine participants to the Conference Baseball Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Baseball Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Baseball Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**2.9 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Men's Baseball Championship. Other Conference teams may accept invitations to participate in postseason tournaments only when conducted or approved by the NCAA.

**2.10 Tournament Date.** The Conference Baseball Championship shall be held the Wednesday through Saturday of the week immediately preceding the day of selection for the NCAA Division I Baseball Championship. *(Revised August 2024)*

**2.11 Tournament Seeding.** The tournament seeding shall be based on regular-season winning percentage in Conference competition with the top six teams advancing to the Championship. *(Revised August 2024)*

> **2.11.1 Two-Way Ties.** In the case of a two-way tie in the final standings, seeding in the tournament bracket shall be determined in the following order: *(Revised September 2005)*
>
> a. Comparison of head-to-head competition in regular season Conference play.
>
> b. Evaluation of results from contests of those teams tied during regular season Conference play against those teams finishing ahead of the tied position (utilizing winning percentage, if necessary, when evaluating results against those teams), beginning at first place and working down the standings to the tied position or until the tie is broken (when comparing tied teams against positions higher in the standings that are also tied, those tied positions shall be considered a single position for the purposes of comparison).
>
> c. Evaluation of results from contests of those teams tied during regular season Conference play against those teams finishing below the tied position (utilizing winning percentage, if necessary, when evaluating results against those teams), beginning at the tied position and working through last place, until the tie is broken (when comparing tied teams against positions lower in the standings that are also tied, those tied positions shall be considered a single position for the purposes of comparison).
>
> d. A drawing by the Commissioner.

**2.11.2 Multiple-Team Ties.** In the case of a multiple-team tie in the final standings, position in the tournament bracket shall be determined in the following order: *(Revised September 2005)*

    a.   Comparison of head-to-head competition in regular season Conference play.

    b.   If a tie still exists between three or more teams, evaluation of results from contests of those teams tied during regular season Conference play against those teams finishing ahead of the tied position (utilizing winning percentage, if necessary, when evaluating results against those teams), beginning at first place and working down the standings to the tied position or until the tie is broken (when comparing tied teams against positions higher in the standings that are also tied, those tied positions shall be considered a single position for the purposes of comparison).

    c.   Evaluation of results from contests of those teams tied during regular season Conference play against those teams finishing below the tied position (utilizing winning percentage, if necessary, when evaluating results against those teams), beginning at the tied position and working through last place, until the tie is broken (when comparing tied teams against positions lower in the standings that are also tied, those tied positions shall be considered a single position for the purposes of comparison).

    d.   A drawing by the Commissioner.

**2.11.3 Guidelines.** If at any time during this analysis, any team(s) should have an advantage over the other team(s) tied at that position, the team(s) holding the advantage shall assume a position higher than the other team(s). If it is reduced to a two-team tie at any point, the process shall then revert to the beginning of the tie-breaking procedures and shall be applied (in order) until the two-team tie is broken.

**2.12 Cancellation of Championship.** In the event any contest of the Conference championship is postponed as a result of inclement weather, it shall be made up or completed on the following day in addition to the regularly-scheduled contest(s). A day-night doubleheader may be scheduled, if possible. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Baseball Championship Handbook. *(Revised October 2015, October 2016)*

**2.13 Championship Game Ball.** The official game ball for all Championship contests shall be determined by the Conference office.

**2.14 Pre-Championship Meeting.** A pre-championship meeting shall be held the day prior to the start of the Championship. The head coaches of all participating institutions shall attend the meeting. A head coach who fails to attend the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall be in attendance at the meeting. *(Adopted October 2006; Revised February 2018)*

**2.15 Awards.** The Conference baseball head coaches shall select recipients for all awards. Head coaches shall not vote for themselves or for their own student-athletes for any of the awards. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an

award. Policies and procedures governing awards selection are outlined in the Mountain West Baseball Championship Handbook.

**2.15.1 All-Conference Team.** The All-Conference team shall consist of 26 players: 13 first-team and 13 second-team members. All positions should be represented with the following minimums: *(Revised October 2015, October 2016)*

- Nine by Position
- Four pitchers

Note: The head coaches will discuss the composition and select the All-Conference team at their in-person meeting at the Mountain West Baseball Championship and make sure deserving student-athletes are represented. The three (3) head coaches not participating in the Championship are welcome to attend the meeting in person or shall participate in the selection process via phone.

**2.15.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Tony Gwynn Player of the Year, Freshman of the Year and Pitcher of the Year. Head coaches shall be the only viable coach of the year candidates. There may not be a tie for MW Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients. To be considered for the Tony Gwynn Player of the Year and the Pitcher of the Year, the recipient shall have been a first-team All-Conference selection. To be considered for the Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team. *(Revised October 2006; Clarified August 2017)*

**2.15.3 All-Tournament Team.** The All-Tournament team shall consist of 11 players regardless of position. *(Revised October 2015)*

**2.15.4 Individual Tournament Award.** An individual award shall be provided to the Most Valuable Player. To be considered for Most Valuable Player, the recipient shall have been a member of the All-Tournament team.

**2.16 Meeting of Coaches.** There shall be an annual meeting of the baseball coaches to be held each year. Any changes shall be subject to approval by the Joint Council.  Attendance by each head coach is mandatory.

<u>Regulation 3</u>
# MEN'S BASKETBALL

**3.1 General Rules.** Men's basketball Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook, the Mountain West Basketball Game Management Handbook and the Mountain West Basketball Championship Handbook.

**3.2 Format.** A regular-season champion shall be determined through a 20-game conference schedule in which each team plays 10 Conference opponents twice (one home, one away). *(Revised May 2013, April 2024)*

**3.3 Regular-Season Champion.** The regular-season champion shall be determined based on Conference winning percentage. In the event of a tie between two or more teams, such teams shall be considered co-champions.

**3.4 Championship Tournament.** An 11 team, single-elimination Conference tournament shall be conducted to determine the automatic representative to the NCAA Division I Men's Basketball Championship. *(Revised 2011, 2012, May 2013)*

> **3.4.1 Minimum Number of Participants.** Member institutions that sponsor the sport of men's basketball shall take a minimum of five participants to the Conference Men's Basketball Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Men's Basketball Championship results in a loss to the Conference, the fine shall be used to cover the expenses incurred by the Conference. If failure to bring the minimum number of participants to the Conference Men's Basketball Championship does not result in a loss to the Conference, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

> **3.4.2 Open Practice/Media Session.** Institutions participating in the Men's Basketball Conference Championship may participate in the open practice session and the media session that occurs prior to the Championship. The Conference office shall determine the time and location of the open practice and media session.

> **3.4.3 Arrival at Championship Site.** Time of arrival for institutions participating in the Men's Basketball Conference Championship shall be left to the discretion of the institution.   However, a team shall arrive no earlier than after classes two days prior to the team's first contest (i.e., Tuesday evening for a Thursday contest). Institutional oversight shall be provided by each director of athletics, senior woman administrator and faculty athletics representative. The intent is for all student-athletes to complete classes on the day prior to departure to the Championship site. *(Revised April 2004, May 2006)*

**3.5 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Men's Basketball Championship. Other Conference teams may accept invitations to participate in postseason tournaments only when conducted or approved by the NCAA.

**3.6 Cancellation of Championship.** In the event the Conference championship cannot be started or, if started, cannot be completed, the Conference regular-season champion shall represent the Conference as the automatic bid representative to the NCAA Division I Men's Basketball Championship. In the event two or more teams tied for the regular-season championship, Tournament Seeding will be used to determine the Conference's automatic bid representative to the NCAA Division I Men's Basketball Championship. *(Revised October 2001)*

**3.7 Tournament Seeding.** Tournament Seeding shall be based on regular-season winning percentage in Conference competition. Additional information regarding seeding policies can be found in the Mountain West Basketball Championship Handbook.

**3.8 Arrival at Contest Site - Conference Competition.** The visiting team shall arrive at the contest site prepared to compete at the scheduled start time. A visiting team that does not arrive at the contest site prepared to compete at the scheduled time shall incur the following penalties: *(Revised October 2002, October 2003)*

    a. Forfeiture of the contest at the moment the scheduled start time is reached, subject to the approval of the Conference office.

    b. A financial penalty equal to the amount of documented losses incurred by the host institution and the Conference, including but not limited to, ticket refunds, concession losses, facility rental, personnel expenses, television contract rebates, officiating fees and game operations costs.

**3.9 Scheduling.**

    **3.9.1 Conference Schedules.** Scheduling of regular-season Conference contests shall begin no later than May 1. The Conference office shall determine the date on which the schedule is released to the institutions and media. *(Revised April 2006, July 2013, July 2021, May 2022)*

    **3.9.2 Non-Conference Schedule.** Each team shall schedule and play no more than one regular season non-Division I contest per season. *(Revised May 2017, July 2021)*

        **3.9.2.1 Penalty – Exceeding Maximum Number of Non-Conference Opponents.** If a team schedules and plays more than one regular-season non-Division I contest (defined as opponents that count in the determination of the NET ranking) in a given year, the institution shall be assessed a penalty of $50,000 per occurrence. *(Revised October 2003, May 2017, July 2021)*

    ***3.9.3 Guarantee Games.*** Institutions shall commit sufficient resources to enable teams to secure at least four Division I regular-season home guarantee games annually. At a minimum one of the four guarantee games shall be against a team with a three-year NET average of at least 250. Teams shall share their schedules with the Conference office which will serve as schedule clearinghouse. Institutions should consult with the Conference office during the development of their non-conference schedules. This legislation will serve as a recommendation for the 2023-24 season but will become mandatory for the 2024-25 season and beyond. *(Adopted, June 2023)*

**3.10 Starting Times for Contests.** Host institutions shall determine start times for all contests, except those selected for television, and report the times to the Conference office no less than three weeks prior to the first game date of the basketball season. (Revised September 2023)

> **3.10.1 Contest Time for Doubleheaders – Broadcast.** The first contest of a doubleheader shall begin three hours prior to the second contest if the second contest is to be broadcast. If the second contest is not broadcast, the first contest shall begin no less than two and one-half hours prior to the second contest. If the first contest is broadcast, the second contest may begin immediately thereafter at the discretion of the institution. Institutions shall work with broadcast entities to allow for unobtrusive setup of broadcast requirements during the first contest of a doubleheader, should the second contest be the contest being broadcast.

**3.11 Playing Rules.** All Conference men's basketball contests shall be conducted according to the NCAA Men's Basketball Rules except as modified by Conference regulations.

**3.12 Scouting Reports.** A basketball coach shall not send film, video, or give a written or verbal scouting report on a Conference member to any institution outside the Conference.

**3.13 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**3.14 Tickets.**

> **3.14.1 Complimentary Tickets.** The visiting institution shall be provided 75 complimentary tickets by the host institution, 24 of which shall be located in the area directly behind the visiting team bench. *(Revised June 2023)*

> **3.14.2 Student Ticket Exchange.** There shall be no student exchange ticket arrangement between institutions in the Conference.

**3.15 Video/Scouting Report Exchange.** The dissemination of game video and/or scouting information on member institutions to non-conference institutions is prohibited. Video, film, or motion pictures shall not be taken for scouting purposes unless the team recording is one of the competing teams. Exchanging video among Conference teams shall be governed by the policies outlined in the Mountain West Basketball Game Management Handbook.

> **3.15.1 Violations of Video/Scouting Report Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of men's basketball with institutions outside the Conference shall be subject to the following:

> > **a. First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.

> > **b. Second Offense.** Written notice from the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.

> > **c. Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**3.16 Video.** Video, film, or motion pictures shall not be taken for scouting purposes unless the team recording is one of the competing teams. Recording shall occur from a center perspective and shall follow the policies outlined in the Mountain West Basketball Game Management Handbook.

**3.17 Awards.** The Mountain West will recognize two separate postseason All-Conference teams and individual selections. Recipients for the postseason All-Conference teams and individual awards shall be selected by two separate groups – the Conference head men's basketball coaches and a select media panel. Honorees of both groups will be recognized publicly by the Conference; however, plaques and certificates will only be presented to the individuals selected by the coaches. The Conference office will manage the coaches' selection process, while the media selections will be managed by members of the media who cover the league.

Coaches shall not vote for themselves or for their own student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Complete policies and procedures governing selection of the All-Conference and All-Defensive teams, as well as the individual awards, are outlined in the Mountain West Basketball Game Management Handbook. Policies and procedures governing selection of the All-Tournament team are outlined in the Mountain West Basketball Championship Handbook. *(Revised May 2015)*

> **3.17.1 All-Conference Team.** The All-Conference team shall consist of five first-team, five second-team, five third-team student-athletes and select honorable mention. A five-member All-Defensive team is also recognized. Each individual selected by the coaches' panel shall be provided an award from the Conference except honorable mention. *(Revised May 2008, May 2015, June 2017)*

> **3.17.2 Individual Awards.** Individual awards shall be provided to the Steve Fisher Coach of the Year, Player of the Year, Newcomer of the Year, Freshman of the Year, Defensive Player of the Year and Sixth Man of the Year. *(Revised December 2001, May 2008, June 2017)*

> Only head coaches are viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there shall not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

> To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for the Defensive Player of the Year, the recipient shall have been a first-team All-Defensive team selection.  To be considered for Freshman and/or Newcomer of the Year, the recipient shall have been the highest-ranking freshman and/or newcomer on any All-Conference team.  Additionally, to be considered for Freshman of the Year, the recipient shall be on the All-Freshman team.  *(Clarified August 2015)*

> **3.17.3 Tournament Awards.** An All-Tournament team shall consist of five student-athletes. A tournament Most Valuable Player shall be chosen from among the five individuals named to the All-Tournament team.

**3.18 Meeting of Coaches.** There shall be an annual meeting of the men's basketball coaches on a date to be determined. Attendance by each head coach at the meeting as well as media day is mandatory. *(Revised July 2021)*

<u>Regulation 4</u>
# WOMEN'S BASKETBALL

**4.1 General Rules.** Women's basketball Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook, the Mountain West Basketball Game Management Handbook and the Mountain West Basketball Championship Handbook.

**4.2 Format.** A regular season champion shall be determined through a 20-game conference schedule in which each team plays 10 Conference opponents twice (one home, one away). *(Revised May 2013, April 2024)*

**4.3 Regular-Season Champion.** The regular-season champion shall be determined based on Conference winning percentage. In the event of a tie between two or more teams, such teams shall be considered co-champions.

**4.4 Championship Tournament.** An 11 team single elimination Conference tournament shall be conducted to determine the automatic representative to the NCAA Division I Women's Basketball Championship. *(Revised, 2011, 2012, May 2013)*

> **4.4.1 Minimum Number of Participants.** Member institutions that sponsor the sport of women's basketball shall take a minimum of five participants to the Conference Women's Basketball Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Basketball Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Basketball Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

> **4.4.2 Open Practice/Media Session.** Institutions participating in the Women's Basketball Conference Championship may participate in the open practice session and the media session that occurs prior to the Championship. The Conference office shall determine the time and location of the open practice and media session.

> **4.4.3 Arrival at Championship Site.** Time of arrival for institutions participating in the Women's Basketball Conference Championship shall be left to the discretion of the institution. However, a team shall arrive no earlier than after classes two days prior to the team's first contest (i.e., Tuesday evening for a Thursday contest). Institutional oversight shall be provided by each director of athletics, senior woman administrator and faculty athletics representative. The intent is for all student-athletes to complete classes on the day prior to departure to the Championship site. *(Revised April 2004, May 2006)*

**4.5 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Women's Basketball Championship. Other Conference teams may accept invitations to participate in postseason tournaments only when conducted or approved by the NCAA.

**4.6 Cancellation of Championship.** In the event the Conference championship cannot be started or, if started, cannot be completed, the Conference regular season champion shall represent the Conference as the automatic bid representative to the NCAA Division I Women's Basketball Championship. In the event two or more teams tied for the regular-season championship, Tournament Seeding will be used to determine the Conference's automatic bid representative to the NCAA Division I Women's Basketball Championship. *(Revised October 2001)*

**4.7 Tournament Seeding.** Tournament Seeding shall be based on regular season winning percentage in Conference competition. Additional information regarding seeding policies can be found in the Mountain West Basketball Championship Handbook.

**4.8 Arrival at Contest Site - Conference Competition.** The visiting team shall arrive at the contest site prepared to compete at the scheduled start time. A visiting team that does not arrive at the contest site prepared to compete at the scheduled time shall incur the following penalties: *(Revised October 2002, October 2003)*

    a. Forfeiture of the contest at the moment the scheduled start time is reached, subject to the approval of the Conference office.

    b. A financial penalty equal to the amount of documented losses incurred by the host institution and the Conference, including but not limited to, ticket refunds, concession losses, facility rental, personnel expenses, television contract rebates, officiating fees and game operations costs.

**4.9 Scheduling.**

    **4.9.1 Conference Schedules.** Scheduling of regular season Conference contests shall begin no later than May 1. The Conference office shall determine the date on which the schedule is released to the institutions and media. *(Revised April 2006, July 2013, May 2022)*

    **4.9.2 Non-Conference Schedule.** In order to continue to improve institutional and Conference NET rankings, each team shall schedule and play no more than one regular season non-Division I contest per season. *(Revised July 2021, April 2024)*

        **4.9.2.1 Penalty – Exceeding Maximum Number of Non-Conference Opponents.** If a team schedules and plays more than one regular-season non-Division I contest (defined as opponents that count in the determination of the NET rankings) in a given year, the institution shall be assessed a penalty of $50,000 per occurrence. *(Revised October 2003, July 2021, April 2024)*

**4.9.2.3 Non-Conference Scheduling Parameters.** Head Coaches and Athletics Directors will meet with the Conference by August 1st of each year to review the upcoming season's non-conference schedule, align on postseason goals using the nonconference scheduling parameters, and collaborate on the development of the schedule. Subsequent sections to be renumbered.]

Tier 1 Resume (Two-year average NET 1-75)
Teams competing for an at-large NCAA Tournament Bid:
Schedule 4-6 games in the Top 50 of the NET.
Schedule 3-4 games in the Top 51-100 of the NET.

Schedule 3-5 games in NET 101+
Tier 2 Resume (Two-year average NET 76-150)
Teams competing for WBIT postseason play:
Schedule 1-3 games in the Top 50 of the NET.
Schedule 3-5 games in the Top 51-100 of the NET.
Schedule 4-6 games in NET 101+

Tier 3 Resume (Two-year average NET 151+)
Teams competing for other postseason play:
Schedule 0-2 games in the Top 50 of the NET.
Schedule 2-4 games in the Top 51-100 of the NET.
Schedule 6-8 games in NET 101+

It is advised that each team play in a quality MTE and/or neutral site games annually.
Each team should schedule quality home and home series'.

*Tier assignments are subject to change due to roster changes and other factors.

**4.10 Starting Times for Contests.** Host institutions shall determine starting times for all contests, except those selected for television, and report the times to the Conference office no less than three weeks prior to the first game date of the basketball season. *(Revised September 2023)*

> **4.10.1 Contest Time for Doubleheaders – Broadcast.** The first contest of a doubleheader shall begin three hours prior to the second contest if the second contest is to be broadcast. If the second contest is not broadcast, the first contest shall begin no less than two and one-half hours prior to the second contest. If the first contest is broadcast, the second contest may begin immediately thereafter at the discretion of the institution. Institutions shall work with media entities to allow for unobtrusive setup of broadcast requirements during the first contest of a doubleheader, should the second contest be the contest being broadcast.

**4.11 Playing Rules.** All Conference women's basketball contests shall be conducted according to the NCAA Women's Basketball Rules except as modified by Conference regulations.

**4.12 Scouting Reports.** A basketball coaching staff member shall not send film, video, or give a written or verbal scouting report on a Conference team to any institution outside the Conference.

**4.13 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**4.14 Tickets.**

> **4.14.1 Complimentary Tickets.** The visiting institution shall be provided 75 complimentary tickets by the host institution, 24 of which shall be in the area directly behind the visiting team bench. *(Revised June 2023)*

> **4.14.2 Student Ticket Exchange.** There shall be no student exchange ticket arrangement between institutions in the Conference.

**4.15 Video/Scouting Report Exchange.** The dissemination of game video and/or scouting information on member institutions to non-conference institutions is prohibited. Video, film, or motion pictures shall not

be taken for scouting purposes unless the team recording is one of the competing teams. Exchanging video among Conference teams shall be governed by the policies outlined in the Mountain West Basketball Game Management Handbook.

> **4.15.1 Violations of Video/Scouting Report Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of women's basketball with institutions outside the Conference shall be subject to the following:
>
> > **a.  First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.
> >
> > **b.  Second Offense.** Written notice from the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.
> >
> > **c.  Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**4.16 Video.** Video, film, or motion pictures shall not be taken for scouting purposes unless the team recording is one of the competing teams. Recording shall occur from a center perspective and shall follow the policies outlined in the Mountain West Basketball Game Management Handbook.

**4.17 Awards.** The Conference women's basketball coaches shall select recipients for all regular-season awards. Coaches shall not vote for themselves or for their own student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Policies and procedures governing selection of the All-Conference and All-Defensive teams, as well as the individual awards, are outlined in the Mountain West Basketball Game Management Handbook. Policies and procedures governing selection of the All-Tournament team are also outlined in the Mountain West Basketball Championship Handbook.

> **4.17.1 All-Conference Team.** The All-Conference team shall consist of 10 first team student-athletes and select honorable mention. A five-member All-Freshman team and a five-member All-Defensive team also are recognized. Each shall be provided an award from the Conference except honorable mention. *(Revised May 2008, April 2013, June 2017)*
>
> **4.17.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Player of the Year, Newcomer of the Year, Freshman of the Year, Defensive Player of the Year and Sixth Player of the Year. *(Revised May 2008)*

Head coaches shall be the only viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there shall not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for the Defensive Player of the Year, the recipient shall have been a first-team All-Defensive team selection.  To be considered for Freshman and/or Newcomer of the Year, the recipient shall have been the highest-ranking freshman and/or newcomer on any All-

Conference team.  Additionally, to be considered for Freshman of the Year, the recipient shall be on the All-Freshman team.  *(Clarified August 2017)*

**4.17.3 Tournament Awards**. An All-Tournament team shall consist of five players. A tournament Most Valuable Player shall be chosen from among the five individuals named to the All-Tournament team.

**4.18 Meeting of Coaches.** There shall be an annual in-person or virtual meeting of the women's basketball coaches on a date to be determined. Attendance by each head coach at the meeting as well as media day is mandatory. *(Revised November 2003, July 2021)*

<u>Regulation 5</u>
# MEN'S AND WOMEN'S CROSS COUNTRY

**5.1 General Rules.** Cross country Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook and the Mountain West Cross Country Championships Handbook.

**5.2 Championship Determination.** The team and individual Conference champions in men's and women's cross country shall be determined at a Conference championship meet.

**5.3 Conference Schedule.** There shall be no required regular-season Conference schedule in the sport of cross country. Mountain West institutions shall be responsible for scheduling their own regular season competitions.

**5.4 Cross Country Conference Championships**.

**5.4.1 Date and Site.** The Mountain West Cross Country Championships shall be conducted the Friday two weeks prior to the NCAA regional meets. Host institutions are allowed to change the date to the Friday before the originally scheduled date, should there be a conflict with a home football contest. *(Revised April 2010, January 2013)*

**5.4.2 Championships Site.** The Mountain West Cross Country Championships shall be conducted either at a golf course, a permanently dedicated cross country course, or a course that is run on a regular basis at a high level of competition. The site shall rotate among member institutions with facilities of sufficient quality to host the Conference championships as outlined in the Men's and Women's Cross Country Hosting Guidelines. *(Revised January 2013)*

**5.4.3 Minimum Number of Participants.**  Member institutions that sponsor the sport of cross country shall take a minimum of five participants to the Conference Cross Country Championships. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championships site. The Conference office shall determine the cost of traveling to the Championships site. If failure of the member institution to bring the minimum number of participants to the Conference Cross Country Championships results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Cross Country Championships does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**5.4.4 Pre-Championships Meeting.** A pre-championships meeting shall be held the day prior to the Championships in conjunction with final declarations. The head coaches of all participating institutions are required to attend the meeting. A head coach who fails to attend the mandatory pre-championships meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall attend the meeting. *(Adopted October 2006; Revised December 2008, May 2017)*

**5.5 Playing Rules.** The Conference championships shall be conducted according to the NCAA Men's and Women's Track & Field/Cross Country Rules except as modified by Conference regulations.

**5.6  Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**5.7 Awards.**

> **5.7.1 All-Conference Team.** The All-Conference first team shall be the top seven finishers per gender at the Conference championships. The All-Conference second team shall be finishers 8-14 per gender at the Conference championships.

> **5.7.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Athlete of the Year and Freshman of the Year. The Athlete and Freshman of the Year shall be awarded to the top finisher and top freshman finisher, respectively, per gender at the Championships. For the Freshman of the Year award, a freshman shall be a student-athlete competing in their first year (12 calendar months) after the completion of high school. The Coach of the Year shall be voted on by the coaches at the conclusion of the Championships and a coach shall not vote for himself or herself. *(Revised December 2006, January 2010)*

> Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. *(Clarified August 2017)*

**5.8 Voting Procedure.** Each institution that sponsors both men's and women's teams shall have two votes, one each for the men's and women's programs. Institutions sponsoring either men's or women's but not both shall have one vote.

**5.9 Meeting of Coaches.** There shall be an annual conference call of the men's and women's cross country coaches conducted in December of each year. Participation by each head coach is mandatory. *(Revised December 2008)*

<u>Regulation 6</u>
# FOOTBALL

**6.1 General Rules.** Football Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook, the Mountain West Football Game Management Handbook, and the Mountain West Football Championship Game Manual.

**6.2 Championship Game Participants & Hosts Determination.** The two teams that complete the Conference season with the highest winning percentages will be the Mountain West Football Championship Game participants. The team with the highest winning percentage outright shall be declared the host for the Championship Game. The host site shall be determined no later than the Sunday following the conclusion of the regular season. Additional information regarding host determination and host tie-breaking procedures can be found in the Mountain West Football Championship Game Manual. (Adopted January 2013; Revised October 2014, April 2018; August 2023)

> **6.2.1 Incomplete Championship Policy**. In the event the Football Championship Game cannot be started or cannot be completed as a result of inclement weather, COVID-19 or other unforeseen circumstances, the championship game participant with the highest College Football Playoff (CFP) Ranking (or a composite average of selected computer rankings if no MW teams are ranked in the final CFP Top 25) between the two participants shall be declared the Conference champion for CFP purposes only. Otherwise, the two teams will be recognized as co-champions. *(Adopted January 2013; Modified November 2020)*

**6.3 Scheduling.** Each institution shall play eight Conference games (total of four home and four road opponents annually) using an approved three-year rotation. Over the course of a three-year schedule rotation, all teams face nine (9) of 11 opponents twice (one home/one away).  All teams face two (2) of 11 opponents three times *(Adopted June 2022)*

> **6.3.1 Scheduling Parameters.** Specific football scheduling parameters are distributed to the membership on an annual basis as the schedule is being constructed.

**6.4 Arrival at Contest Site – Conference Competition.** The visiting team shall arrive at the contest site prepared to compete at the scheduled start time. A visiting team that does not arrive at the contest site prepared to compete at the scheduled time shall incur the following penalties: *(Revised October 2002, October 2003, July 2021)*

   a. Forfeiture of the contest at the moment the scheduled start time is reached, subject to the approval of the Conference office. (**<u>Note:</u>** Approval by the Conference office shall consider extenuating circumstances beyond the control of a visiting team that has made an appropriate effort to arrive at the game site at the scheduled start time. Involved institutions should try to communicate as early as possible any concerns in this regard.  "Extenuating circumstances" could be affected by whether or not contracted television is involved.)

   b. A financial penalty equal to the amount of documented losses incurred by the host institution and the Conference, including, but not limited to, ticket refunds, concession losses, facility rental, personnel expenses, television contract rebates, officiating fees, and game operations costs.

     c.    Inability by a team/teams to compete, or cancellations due to COVID-19, will not be considered extenuating circumstances. *(Adopted July 2021)*

**6.5 Artificial Noisemakers.** The use of artificial noisemakers or other similar devices is prohibited during game action, particularly at a time that could disrupt the performance of a player. More detailed information regarding the definition and elimination of artificial noisemakers can be found in the Mountain West Football Championship Game Management Handbook.

The prohibition against artificial noisemakers does not preclude the use of institutionally-controlled traditions (e.g., cannons, train whistle). Such items, however, must not be activated during game action or at a time that could disrupt the performance of a team or player. For example, it would be permissible to fire a cannon as the ball was kicked off, but not permissible to fire a cannon as the receiver was attempting to receive the kick.

Cheerleader megaphones and amplified sound systems are also permissible, provided they are utilized in a positive and sporting fashion. Cheerleaders are not permitted to direct amplified sound toward the field and are required to discontinue use of the system when the team(s) breaks the huddle for the next play. Amplified sound may not be utilized during game action or at any time that is disruptive to the competitors.

**6.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**6.7 Complimentary Tickets.** The host institution shall provide 400 complimentary, maximum-priced tickets to the visiting institution. *(Revised June 2022)*

**6.8 Video Exchange Policies and Procedure**s. Each Conference game shall be recorded and exchanged electronically according to Mountain West standards and procedures and the National Football Open Video Exchange program. The video crews from visiting institutions (especially those in the Mountain West) shall be afforded every possible courtesy and professional assistance with regard to moving equipment, camera positions, etc.

Each institution will be responsible for uploading the TV copy of their home game each week for scouting purposes. The home institution/video coordinator will need to capture, mark and upload the TV copy to the open exchange platform by NO LATER than 10 p.m. local time the day after your game as outlined in the Co-Op rules. If the home team fails to upload the copy, your institution's access to all other TV copies in the system will be disabled, and the visitor will be responsible for uploading the game.

For specifics on the video exchange process, please refer to Appendix D of the Mountain West Football Game Management Handbook. *(Revised April 2007; August 2022)*

    **6.8.1  Video/Scouting Report Exchange.** An athletics department representative shall not send a film, video, or scouting report or give a written scouting report on a Conference team to any non-conference institution.

    **6.8.2 Violations of Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of football with institutions outside the Conference shall be subject to the following:

        **a.**    **First Offense.** Private reprimand of the head coach and the individual who sent the items to the institution outside the Conference.

  **b. Second Offense.** Written notice from the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.

  **c. Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**6.9 Visiting Bands and Spirit Squads.** A visiting band and/or spirit squad (e.g., cheerleaders) shall notify its opponent no later than July 1 of its intent to perform at the football contest. Upon timely receipt of such notice, the band/spirit squad shall be admitted to the contest at no cost and shall be permitted to perform. The tickets for the band/spirit squad shall come from the visiting team's allotment of 400 complimentary tickets. Performance on the playing field shall be determined by the home team's game management. The host institution should endeavor to provide adequate seating for visiting band members, including flag and dance lines.

  **6.9.1 Homecoming.** Visiting bands and spirit squads shall be permitted to perform at halftime of an opponent's Homecoming contest, only if the visiting team was invited by its opponent to participate in the Homecoming activities. A visiting band shall not participate in Homecoming activities if it was not invited to do so.

**6.10 Band Performances.** Bands are prohibited from playing during game action or at any time that is disruptive to the competitors. Pregame, postgame, timeouts, halftime, between quarters, or other breaks in the action are permissible times for band activities. In the sport of football, bands must discontinue playing when the team with the ball breaks the huddle until the completion of the play. If a team plays a no-huddle offense, the band shall not play at any time during the offensive possession.

**6.11 Public Address Announcers.** Public address announcers shall NOT be cheerleaders for the home team, exhorting the crowd, or engaging in activities outside their responsibilities in reporting the pertinent facts of the game. Traditional inflections are permissible, but the PA announcers (as outlined in the Mountain West Championship Game Management Handbook) must be cognizant of not "crossing the line." Sound from the public address system must cease when the team with the ball breaks the huddle. If a team plays a no-huddle offense, the public address announcer shall ensure his/her announcements are not disruptive to the offensive team.

**6.12 Coaches Television Shows – Video Reciprocity.** Institutions may use highlight footage from Conference contests for their respective coaches shows, subject to the provisions agreed upon with the Conference broadcast partners. Institutions shall be responsible for making such arrangements with non-conference opponents.

**6.13 Selection/Placement Procedures for Bowl Games.** The Conference office shall coordinate the process for the selection and placement of bowl-eligible institutions in bowl games – either those with which the Mountain West is contracted or for at-large opportunities. The parameters for a member institution's participation in a bowl shall be negotiated and confirmed by the Conference (in accordance with existing agreements for those games with which the Mountain West is contracted).

  **6.13.1 Bowl Promotions.** The Conference should not promote one institution over another. Institutions are responsible for promoting themselves and exchanges of telephone calls, emails, written materials, promotional items, videos, etc., between bowl officials and Mountain West

institutional representatives are not limited.  However, in-person, on-site (site of bowl officials) meetings by institutional staff members with officials of bowl games with which the Conference has a guaranteed relationship is prohibited.  This does not preclude visits by the bowls to the institutions or to contests involving the institutions. Member institutions may also interact with bowl representatives away from their campus if they happen to be in the bowl's location for a regular-season contest or are involved in a function at some location in which a bowl representative is also in attendance.

> **6.13.1.1 Restrictions.** Mountain West institutions shall not attempt to "outbid" fellow Conference members for potential bowl slots by offering financial bonuses, ticket guarantees, or other incentives to bowl officials. *(Revised April 2000, November 2005, and April 2006)*

**6.13.2 Bowl Partners Selection.** Mountain West institutions shall be required to compete in the post-season if selected.  The Mountain West bowl partners are not bound by the final standings and may select participants at their discretion, except as specified in the contractual agreements, in consultation with the Conference office. Every effort shall be made to protect the league champion(s) in the bowl selection process. Co-champions and other ties in the standings shall remain unchanged for Conference awards, records, and revenue distribution purposes.  Eligible Mountain West teams selected for a bowl or CFP game will be expected to travel and compete in the designated post-season game.  Should an institution choose not to be or be unable to participate, they may be subject to penalties. *(Revised April 2006, July 2021)*

**6.13.3 Alternate Bowl Teams (5-7 Regular-Season Record).**  A Mountain West football team which finishes with a 5-7 record may participate in a postseason bowl game at the discretion of the institution -- should the NCAA system have an insufficient number of deserving (6-6) teams and need to utilize the established alternate criteria.  However, said institution must fund its team's participation at its own expense unless it requests a bowl reimbursement subsidy from the Conference.  Any such request requires approval by the Mountain West Board of Directors. *(Adopted June 2016)*

**6.13.4 Additional Bowl Selection Process.**  Mountain West Bowl Placement Protection for championship game participants.  The participants in the MW Football Championship Game shall receive consideration for bowl placement over the remaining bowl-eligible teams, regardless of record.  While not a prescribed selection for any bowl partner, these two teams must be placed and consideration given to destination/match-up.

**Mountain West Bowl Eligibility Guidelines.**  The following criteria will be utilized to determine which teams in the bowl eligibility pool shall have priority to be placed in bowl games in the event the number of bowl-eligible teams in a given year exceeds the number of available bowl slots. Said criteria will be applied in order, until the necessary separation is achieved, to distinguish between eligible teams in a given year. *(Revised August 2014, July 23)*

> a.  Regular-season Conference record (with the stipulation that Mountain West records shall be considered directly comparable, even though teams may have played different opponents depending upon the crossover match-ups for that season).
> b.  Head-to-head results.

    c.   Common opponents (including all Mountain West and non-conference games for that season).

**6.13.4.1 Exception.** The bowl partners may select a team other than that identified via the above process, so long as the team distinguished by the criteria is placed in a bowl.

**6.13.4.2 Exception.** These guidelines shall be subject to review on an annual basis to facilitate the identification of any unintended consequences and/or to discuss necessary adjustments.

**6.14 Awards.** The Conference football coaches and media as selected by the Conference office shall select recipients for all awards.

**6.14.1 All-Conference Team.** The All-Conference team shall consist of 25 first-team and 25 second-team players. There shall be 11 offensive players by position, 11 defensive players by position, one place kicker, one punter and one special teams player on the first team and second team. Select players shall be named honorable mention. Each shall be provided an award from the Conference except honorable mention.

**6.14.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, the Offensive Player of the Year, the Defensive Player of the Year, the Special Teams Player of the Year, and the Freshman of the Year.

Only head coaches are viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Offensive Player of the Year, Defensive Player of the Year, and/or the Special Teams Player of the year, the recipient shall have been a first-team All-Conference selection. To be considered for Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team. *(Clarified August 2017)*

**6.14.3 Championship Game Most Valuable Players.** The outstanding offensive and defensive players from the Mountain West Football Championship Game shall be provided an award from the Conference at the conclusion of the contest.

**6.15 Meeting of Coaches.** There shall be an annual in-person meeting of the head football coaches to be held at the site of the Mountain West Spring Meetings. Attendance by each head coach at the in-person meeting is mandatory. Head football coaches will also be required to participate in meetings (e.g., monthly calls or virtual meetings) during the academic year as scheduled by the Conference office. *(Revised July 2021)*

Regulation 7

# MEN'S GOLF

**7.1 General Rules.** Men's golf Conference competition shall be conducted in accordance with the rules of the NCAA, the United States Golf Association, the Mountain West Handbook and the Mountain West Men's Golf Championship Handbook.

**7.2 Conference Schedule.** There shall be no required regular season Conference schedule in the sport of men's golf.

**7.3 Championship Tournament.** A Conference tournament shall be conducted to determine the Mountain West champion.

**7.3.1 Tournament Dates.** The Conference championship shall be held the Thursday – Sunday one week prior to the NCAA Men's Golf Selections. *(Revised June 2008, January 2011, July 2013, December 2013, April 2018)*

**7.3.2 Automatic Qualification.** The winner of the Conference championship shall be the Conference's automatic representative to the NCAA Division I Men's Golf Regionals.

**7.3.3 Cancellation of Championship.** In the event the Conference championship cannot be completed, the team with the highest national ranking reflected on the official NCAA scoring and ranking provider at the end of the season shall be the Conference's automatic representative to the NCAA Division I Men's Golf Regionals. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Men's Golf Championship Handbook. *(Revised April 2004, June 2005)*

**7.3.4 Minimum Number of Participants.** Member institutions that sponsor the sport of men's golf shall take a minimum of five participants to the Conference Men's Golf Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Men's Golf Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution.  If failure to bring the minimum number of participants to the Conference Men's Golf Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**7.3.5 Tie-Breaking Procedure.** If at the conclusion of 54 holes of play there is a tie for both the team and individual championships, the team championship playoff shall be conducted first. Additional information regarding tie-breaking procedures can be found in the Mountain West Men's Golf Championship Handbook.

**7.3.6 Pre-Championship Meeting.** A pre-championship meeting shall be held the day prior to the start of the Championship. The head coaches of all participating institutions shall attend the

meeting. A head coach who fails to attend the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall attend the meeting. *(Adopted October 2006; Revised May 2017)*

**7.4 Pin Placement Sheets.** Pin placement sheets shall be provided prior to each day of competition to each participant and head coach. The depth of pin placements shall be identified in paces.

**7.5 Playing Rules.** All rules related to Conference championship play shall be conducted according to the NCAA Division I Men's Golf Championship and USGA Rules except as modified by local ground rules or Conference regulations.

**7.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.*)*

**7.7 Disqualification Penalties.** A student-athlete who is disqualified for reasons other than misconduct shall be permitted to resume play in the next and subsequent rounds.

**7.8 Awards.** The Conference golf coaches shall select recipients for all men's golf awards.   Coaches shall not vote for themselves or any of their student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Policies and procedures governing awards selection are outlined in the Mountain West Men's Golf Championship Handbook.

    **7.8.1 All-Conference Team.** The All-Conference team shall consist of 10 players selected on regular-season and championship play.

    **7.8.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, the Golfer of the Year and the Freshman of the Year.

    Head coaches shall be the only viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there shall not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

    To be considered for the Golfer of the Year, the recipient shall have been a first-team All-Conference selection. To be considered for the Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team. *(Clarified August 2017)*

**7.9 Meeting of Coaches.** There shall be an annual meeting of the golf coaches to be held each year at a site and on a date to be determined in consultation with the administrative liaison.  Attendance by each head coach is mandatory. *(Revised November 2019)*

Regulation 8
# WOMEN'S GOLF

**8.1 General Rules.** Women's golf Conference competition shall be conducted in accordance with the rules of the NCAA, the United States Golf Association, the Mountain West Handbook, and the Mountain West Women's Golf Championship Handbook.

**8.2 Conference Schedule.** There shall be no required regular season Conference schedule in the sport of women's golf.

**8.3 Championship Tournament.** A Conference tournament shall be conducted to determine the Mountain West champion.

**8.3.1 Tournament Dates.** The Conference championship shall be held Tuesday – Thursday (or Friday – Sunday when course availability permits) two weeks prior to the NCAA Division I Women's Golf Regionals or earlier as course availability permits. (Revised May 2011, July 2018, April 2022)

**8.3.2 Automatic Qualification.** The winner of the Conference Championship shall be the Conference's automatic representative to the NCAA Division I Women's Golf Regionals.

**8.3.3 Cancellation of Championship.** In the event the Conference championship cannot be completed, the team with the highest national Spikemark ranking at the end of the season shall be the conference's automatic representative to the NCAA Division I Women's Golf Regionals. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Women's Golf Championship Handbook. (Revised April 2004, June 2005, July 2023)

**8.3.4 Minimum Number of Participants.** Member institutions that sponsor the sport of women's golf shall take a minimum of five participants to the Conference Women's Golf Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Golf Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Golf Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**8.3.5 Tie-Breaking Procedure.** If at the conclusion of 54 holes of play there is a tie for both the team and individual championship, the team championship playoff shall be conducted first. Additional information regarding tie-breaking procedures can be found in the Mountain West Women's Golf Championship Handbook.

**8.3.6 Pre-Championship Meeting.** A pre-championship meeting shall be held the day prior to the start of the Championship. The head coaches of all participating institutions shall attend the

meeting. A head coach who fails to attend the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall attend the meeting. *(Adopted October 2006; Revised May 2017)*

**8.4 Pin Placement Sheets.** Pin placement sheets shall be provided prior to each day of competition to each participant and head coach. The depth of pin placements shall be identified in paces.

**8.5 Playing Rules.** All rules related to Conference championship play shall be conducted according to the NCAA Division I Women's Golf Championship and USGA Rules except as modified by local rules or Conference regulations.

**8.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**8.7 Disqualification Penalties.** A student-athlete who is disqualified for reasons other than misconduct shall be permitted to resume play in the next and subsequent rounds.

**8.8 Awards.** The Conference golf coaches shall select recipients for all women's golf awards based on a predetermined set of criteria. Coaches shall not vote for themselves or for their own student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Policies and procedures governing awards selection are outlined in the Mountain West Women's Golf Championship Handbook.

> **8.8.1 All-Conference Team.** The All-Conference team shall consist of five first-team and five second-team recipients for a total of 10 student-athletes. Each shall be provided an award from the Conference. *(Revised August 2012)*

> **8.8.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, the Golfer of the Year, and the Freshman of the Year.

> Head coaches shall be the only viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

> To be considered for the Golfer of the Year, the recipient shall have been a first-team All-Conference selection. To be considered for Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team. *(Clarified August 2017)*

**8.9 Meeting of Coaches.** There shall be a virtual meeting of the women's golf head coaches to be held annually. Any changes shall be subject to approval by the Joint Council. Attendance by each head coach is mandatory.

Regulation 9

# WOMEN'S GYMNASTICS

**9.1 General Rules.** Women's gymnastics Conference competition shall be conducted in accordance with the rules of the NCAA as well as Mountain West Bylaws, Handbook, and Women's Gymnastics Championship Handbook.

**9.2 Championship Meet.** The Championship meet shall conform to the NCAA Women's Gymnastics Regional rules and format except where otherwise noted in these Bylaws and Mountain West Women's Gymnastics Championship Handbook. There shall be no qualifying standards. The five highest individual scores count for each team scoring event. The individual champions will be determined based on the highest score in each event.

**9.2.1 Championship Site Rotation.** The host site of the Championship meet will rotate amongst the participating institutions as follows:

> 2025: San José State
> 2026: Boise State
> 2027: Air Force

**9.2.2 Meet Date and Time.** The Mountain West Women's Gymnastics Championship shall be held the Saturday two weeks prior to the NCAA regionals. The meet time will be set by the host institution in collaboration with Mountain West sport administrator(s).

**9.2.3 Format**. The Championship meet will be conducted in one session and all four Conference teams will compete. The order of events will follow the Olympic order (Vault, Uneven Bars, Balance Beam, Floor). A random draw will determine the starting event rotation in 2024 (year one). Team event starting positions will rotate from the 2024 assignments in future years.

**9.2.4 Travel Party and Competition Roster.** The travel party limit for the championship shall consist of a maximum of 25 total individuals who will attend the Championship in a working or team capacity. There is no limit on the number of student-athletes who may be included within the travel party maximum of 25. The competition roster of student-athletes who are eligible to compete shall not exceed 15. Additional non-competing student-athletes may march out with their team and be announced during introductions. They are to remain with the team in the corral areas during competition except for when assisting the team as needed. All members of the championship travel party shall receive credentials and be permitted on the floor during competition within the corrals. Staff on the floor must be in appropriate attire.

**9.2.5 Entries.** Coaches shall submit the list of entries for the championship at least 48 hours prior to the Championship.

**9.2.6 Lineups**. Lineups must be turned in to the championship director at least one hour prior to the start of the championship. Changes in the lineup shall be made prior to the beginning of each event as long as the order remains in compliance with NCAA rules.

**9.2.7 Introductions.** Before the start of the meet, teams shall march in by competitive order according to their starting event rotation. All student-athletes, competing or not, may march in and be announced. Student-athletes will be introduced shortest to tallest, followed by the name of the head coach.

**9.2.8 Team Corrals.** There will be a designated team corral at each event. Teams must keep their bags and equipment inside their corrals. Teams will move to the respective event corral after each rotation and must take all belongings with them. Non-competing student-athletes are to stay with the team but can help as needed.

**9.2.9 Uniforms.** All competitors must wear, exclusively, the official uniform of their institution in competition, warm-ups, and during the award ceremony. Uniforms must conform to NCAA requirements, including jewelry being limited to one pair of stud earrings.

**9.2.10 Warm-Ups.** In the warm-up prior to the start of competition, a 20-minute general stretch and four 15-minute rotations, with two-minute transition between rotations, shall take place on the competitive floor. Teams will be assigned to a practice session according to their competitive starting events. As competitors arrive at each event for competition, there will be a four-minute touch warm-up on each event.

**9.2.11 Practice.** A two-hour practice matching the NCAA regional format will take place the Friday before the Championship. The host shall set the time in collaboration with the other coaches and Mountain West sport administrator(s).

**9.2.12 Pre-Championship Meeting.** A pre-championship meeting shall be held in person on the Friday prior to the start of the Championship. The head coaches of all participating institutions are required to participate in the meeting. A head coach who fails to participate in the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence from the meeting, the Commissioner (or designee) may approve a substitute. Conference office staff and an institutional representative shall also participate in the meeting.

**9.3 Judges.** Judges for Mountain West competition shall be selected as follows:

**9.3.1 Championship.** Judges shall be secured by the Mountain West through the NCAA judges assigning system. Sixteen (16) (four per event) judges and one meet referee will be selected for the championship with the request that individuals from each of the four states in which Mountain West teams reside are selected.

**9.3.2 Regular Season.** The host institution is responsible for securing and covering the cost of all judges for meets during the regular season.

**9.4 Awards.** The Conference women's gymnastics awards shall be determined as set forth below. Policies and procedures governing selection of the regular season and championship awards are outlined in the Mountain West Women's Gymnastics Championship Handbook.

**9.4.1 All-Conference Team.** The MW women's gymnastics all-conference team is based on National Qualifying Scores.

**9.4.1.1 First Team.**  Gymnasts ranked 1-3 on each apparatus (all-around, vault, bars, beam, floor), according to National Qualifying Scores, shall be named First-Team All-Mountain West.

**9.4.1.2 Second Team.**  Gymnasts ranked 4-6 on each apparatus (all-around, vault, bars, beam, floor), according to National Qualifying Scores, shall be named Second-Team All-Mountain West.

**9.4.2 Individual Awards.**  Individual awards shall be provided to the Coach of the Year, Gymnast of the Year, Freshman of the Year, and Specialist of the Year on each apparatus.

Head coaches shall be the only viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. In the event of a tie for an "Of the Year" award, the coaches shall re-vote to determine the winner.

**9.5 Meeting of Coaches.** There shall be two virtual meetings of the gymnastics coaches each year. The meetings shall be in addition to the meeting that takes place at the annual coaches' convention. Attendance by each head coach at all meetings referenced in this regulation is mandatory.

Regulation 10
# WOMEN'S SOCCER

**10.1 General Rules.** Women's soccer Conference competition shall be conducted in accordance with the rules of the NCAA and the Bylaws, the Mountain West Handbook, the Mountain West Women's Soccer Game Management Handbook and the Mountain West Women's Soccer Championship Handbook.

**10.2 Format.** The Conference regular-season champion shall be determined through a single round-robin schedule.

**10.3 Regular-Season Team Champion.** The regular-season team champion shall be the institution with the highest number of points accumulated in Conference competition (3 points for a win, 1 for a tie, 0 for a loss). In the event of a tie, there shall be co-champions.

**10.4 Championship Tournament.** A six-team, single-elimination Conference tournament shall be held with the tournament champion representing the Conference as its automatic representative to the NCAA Division I Women's Soccer Championship. *(Revised October 2005, December 2012, February 2014)*

> **10.4.1 Minimum Number of Participants.** Member institutions that sponsor the sport of women's soccer shall take a minimum of 11 participants to the Conference Women's Soccer Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Soccer Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Soccer Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

> **10.4.2 Cancellation of Championship.** In the event the Conference championship cannot be started or, if started, cannot be completed, the Conference regular-season champion shall represent the Conference as the automatic representative to the NCAA Division I Women's Soccer Championship. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Women's Soccer Championship Handbook. *(Revised October 2001)*

> **10.4.3 Championship Game Ball.** The official game ball for all Championship contests shall be determined by the Conference.

> **10.4.4 Tournament Date.** The Conference championship shall be held the Sunday – Saturday immediately preceding the day of selection for the NCAA Division I Women's Soccer Championship. *(Revised December 2010, February 2013, February 2014, April 2022)*

> **10.4.5 Tournament Seeding.** Tournament Seeding shall be determined based on the final regular-season Conference results. Teams shall be seeded according to the number of Mountain West points accumulated (3 points for a win, 1 for a tie, 0 for a loss). Additional information regarding tournament seeding can be found in the Mountain West Women's Soccer Championship Handbook.

**10.4.6 Pre-Championship Meeting.** A pre-championship meeting shall be held on the Saturday prior to the start of the Championship. The head coaches of all participating institutions are required to participate in the conference call. A head coach who fails to participate in the mandatory pre-championship conference call shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence from the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall participate in the conference call. *(Adopted October 2006; Revised December 2010, February 2013, February 2014, May 2017)*

**10.5 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Women's Soccer Championship.

**10.6 Playing Rules.** All Conference soccer contests shall be conducted according to the NCAA Women's Soccer Rules except as modified by Conference regulations.

**10.7 Video Exchange.** The dissemination of game video and/or scouting information on member institutions to non-conference institutions is prohibited. Video, film or motion pictures shall not be taken for scouting purposes unless the team recording is one of the competing teams. Exchanging video among Conference teams shall be governed by the policies outlined in the Mountain West Women's Soccer Game Management Handbook. *(Revised October 2001, December 2007 and January 2009).*

**10.7.1 Violations of Scouting Report Exchange Policy.** A member institution that exchanges scouting reports in the sport of soccer with institutions outside the Conference shall be subject to the following:

    **a. First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.

    **b. Second Offense.** Written notice to the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.

    **c. Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**10.7.2 National Video Exchange.** Member institutions will comply with the NCAA DI Women's Soccer National Exchange Bylaws. Every home match is to be uploaded to Wyscout by 10 a.m. local time the day after the match to adhere to the deadline outlined in the Nation Exchange Bylaws. Non-compliance may result in penalties set forth within the NCAA DI Women's Soccer National Video Exchange Bylaws.

**10.8 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**10.9 Awards.** The women's soccer coaches shall select recipients for Conference awards at the conclusion of the regular season. Nominees will be submitted by the coaches and distributed by the Mountain West media relations staff in conjunction with Conference-only stats at the end of the season. Should a coach

fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Awards shall be based on regular-season Conference-only performances. Coaches shall not vote for themselves or for their own student-athletes. Additional awards policies and procedures can be found in the Mountain West Women's Soccer Game Management and Championship Handbooks. *(Revised November 2014)*

**10.9.1 All-Conference Team.** The All-Conference team shall consist of 11 first-team student-athletes, 11 second-team student-athletes and 11 Newcomers-team student-athletes, regardless of position. There shall be a designated goalkeeper on each team. Each student-athlete shall be provided an award from the Conference. *(Revised January 2006, February 2013, December 2014, February 2016)*

**10.9.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, the Offensive and Defensive Player of the Year and the Newcomer of the Year.

Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Offensive Player of the Year and/or Defensive Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for Newcomer of the Year, the recipient shall have been the highest-ranking freshman or first year playing in the Mountain West on any All-Conference team.  *(Clarified August 2017)*

**10.9.3 All-Tournament Awards.** An all-tournament team shall consist of 11 student-athletes, regardless of position. In addition, a tournament Most Valuable Player shall be chosen.

The all-tournament team shall be selected by the coaches as follows: the coaches of the teams losing in the semifinals shall select two student-athletes each from their respective teams, the coach of the runner-up team shall select three student-athletes from its team and the winning coach shall select four student-athletes from its team, including a Most Valuable Player. *(Revised March 2006)*

**10.10 Meeting of Coaches.** There shall be an annual meeting of the soccer coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Attendance by each head coach is mandatory. *(Revised December 2014, January 2018, July 2021)*

<u>Regulation 11</u>
# SOFTBALL

**11.1 General Rules.** Softball Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook and the Mountain West Softball Game Management Handbook.

**11.2 Format.** The Conference regular-season champion shall be determined through a single round-robin schedule. *(Revised December 2010)*

**11.3 Regular-Season Champion**. The regular-season champion shall be the institution with the highest regular-season winning percentage in Conference competition. In the event of a tie, there shall be co-champions. *(Revised June 2008)*

**11.4 Championship Tournament.** A six-team, single into double elimination Conference tournament shall be held with the tournament champion representing the Conference as its automatic representative to the NCAA Division I Softball Championship. (Revised June 2022)

    **11.4.1 Minimum Number of Participants.** Member institutions that sponsor the sport of softball shall take a minimum of nine (9) participants to the Conference Softball Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Softball Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Softball Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

    **11.4.2 Cancellation of Championship.** In the event the Conference championship cannot be started or, if started, cannot be completed, the Conference regular-season champion shall represent the Conference as the automatic representative to the NCAA Division I Softball Championship. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Softball Championship Handbook. (Revised October 2001)

    **11.4.3 Championship Game Ball.** The official game ball for all Championship contests shall be determined by the Conference.

    **11.4.4 Tournament Date.** The Conference championship shall be held the Thursday − Saturday immediately preceding the day of selection for the NCAA Division I Softball Championship. (Revised December 2010, February 2013, February 2014, April 2022)

    **11.4.5 Tournament Seeding.** Tournament Seeding shall be determined based on the final regular-season Conference results. Teams shall be seeded according to regular season winning percentage. Additional information regarding tournament seeding can be found in the Mountain West Softball Championship Handbook.

    **11.4.6 Pre-Championship Meeting.** A pre-championship meeting shall be held prior to the start of the Championship. The head coaches of all participating institutions are required to participate in the

meeting. A head coach who fails to participate in the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence from the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall participate in the conference call. (Adopted October 2006; Revised December 2010, February 2013, February 2014, May 2017)

**11.5 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Softball Championship.

**11.6 Playing Rules.** All Conference softball contests shall be conducted according to NCAA Softball Rules, including rules adopted for NCAA tournament competition, except as modified by Conference regulations.

**11.7 Scouting of Opponents.** Scouting of a Conference opponent is prohibited.  Coaches and/or administrators may attend contests versus a Conference opponent that involves a member of the coach's or administrator's immediate family provided no scouting activities take place. *(Revised July 2002, June 2008)*

**11.8 Video/Scouting Report Exchange.** A coach shall not send film, video or give a written or verbal scouting report on a Conference team to any institution outside the Conference.

> **11.8.1 Violations of Video/Scouting Report Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of softball with institutions outside the Conference shall be subject to the following:
>
> > **a.** **First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.
> >
> > **b.** **Second Offense.** Written notice to the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.
> >
> > **c.** **Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**11.8 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**11.9 Time Between Contests.** The time between contests of a doubleheader shall be a minimum of 15 minutes and a maximum of 30 minutes. The host institution shall inform the umpires as to the time between contests.

**11.10 Awards.** The softball coaches shall select recipients for each Conference award. Coaches shall not vote for themselves or for their own student-athletes for any of the awards. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Policies and procedures governing awards selection are outlined in the Mountain West Softball Game Management Handbook.

**11.10.1 All-Conference Team.** The All-Conference team shall consist of 30 student-athletes (15 first-team and 15 second-team members). Each student-athlete shall be provided an award from the Conference. *(Revised July 2013)*

**11.10.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Player of the Year, Pitcher of the Year, Defensive Player of the Year and Freshman of the Year. *(Revised July 2013)*

Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team.  *(Clarified August 2017)*

**11.10.3 All-Tournament Awards.** An 11-person all-tournament (nine players, one designated player, and a Tournament Most Valuable Player) shall be selected.

The all-tournament team shall be selected by the coaches as follows: the coaches of the teams losing in game 6 and 7 shall select two student-athletes each from their respective teams, the coach of the runner-up team shall select three student-athletes from their team and the winning coach shall select four student-athletes from its team, including a designated player and Most Valuable Player.

**11.11 Meeting of Coaches.** There shall be an annual meeting of the softball coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Attendance by each head coach is mandatory. *(Revised April 2006, July 2021)*

## Regulation 12
# WOMEN'S SWIMMING AND DIVING

**12.1 General Rules.** Women's swimming and diving Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook and the Mountain West Women's Swimming and Diving Championship Handbook.

**12.2 Championship Meet.** The team Conference champion and individual event champions in women's swimming and diving shall be determined at a Conference championship meet. *(Revised December 2010)*

**12.2.1 Minimum Number of Participants.** Member institutions that sponsor the sport of women's swimming and diving shall take a minimum of 11 participants to the Conference Women's Swimming and Diving Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Swimming and Diving Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Swimming and Diving Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner. *(Revised December 2010)*

**12.3 Conference Swimming and Diving Championship Policies.**

**12.3.1 Date and Site.** The Conference championship shall be held a minimum of four weeks prior to the NCAA Division I Women's Swimming and Diving Championship during dates that do not conflict with the WAC Men's Swimming & Diving Championships. It is recommended that the Conference championship be conducted only in indoor facilities that provide adequate length and width as well as adequate competition areas for all events in both swimming and diving. Additionally, it is recommended that the facility have locker rooms as well as spectator facilities. *(Revised October 2001, October 2006; November 2018, October 2023)*

**12.3.2 Pre-Championship Meeting.** A pre-championship meeting shall be held the day prior to the start of the Championship. The head coaches of all participating institutions shall attend the meeting. A head coach who fails to attend the mandatory pre-championship meeting shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence at the meeting, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall attend the meeting. *(Adopted October 2006; Revised May 2017)*

**12.4 Site Responsibilities.** The Conference office, in conjunction with the Championship site, shall notify the participating institutions of the time schedule for the meet, giving details on the meet and related information regarding hotel headquarters and the coaches' meeting. This shall be done at least one month in advance of the Championship.

**12.5 Playing Rules.** The Conference Women's Swimming and Diving Championship shall be conducted according to the NCAA Division I Women's Swimming and Diving Rules except as modified by Conference regulations. *(Revised December 2010)*

**12.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**12.6.1 Additional Student-Athletes at Swimming Championships.** Student-athletes who are not a part of the championship squad shall not travel to the site of the Conference championship at their own expense to compete in time trials to qualify for the NCAA championships. Participation in the Conference championship by student-athletes who are not a part of the institution's championship squad is prohibited.

**12.7 Awards.** The Conference women's swimming and diving coaches shall select recipients for all women's swimming and diving awards. Coaches shall not vote for themselves or for any of their student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Co-awards for the individual awards are permitted, but there shall not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients. Additional information regarding awards policies and procedures can be found in the Mountain West Women's Swimming and Diving Championship Handbook. *(Revised December 2010)*

**12.7.1 Coach of the Year.** The Swimming Coach of the Year and the Diving Coach of the Year shall be voted upon during the week following the NCAA championships. *(Revised April 2016; Clarified August 2017)*

Only head coaches are viable coach of the year candidates. There shall not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers.

**12.7.2 Outstanding Performer of the Meet.** The Outstanding Swimmer, Diver and Freshman of the Meet shall be awarded at the conclusion of the Mountain West Women's Swimming and Diving Championships. *(Revised April 2016; Clarified August 2017)*

**12.7.3 Individual Awards.** The Swimmer of the Year and Diver of the Year shall be voted upon during the week following the NCAA championships. The Senior Recognition Award shall be based on performance during the entire academic year and will be presented at the conclusion of the Mountain West Women's Swimming and Diving Championship. Additional information regarding awards policies and procedures can be found in the Mountain West Women's Swimming and Diving Championship Handbook. *(Revised October 2001, December 2010, October 2013, April 2016; Clarified August 2017)*

**12.7.4 All-Conference Team – Individual.** The All-Conference team shall consist of the top eight finishers in each event. *(Revised April 2005)*

**12.7.5 All-Conference Team – Relays.** The All-Conference team shall consist of the top three finishers in each relay. *(Revised April 2005)*

**12.8 Meeting of Coaches.** There shall be an annual meeting of the women's swimming and diving coaches to be held each year on a date to be determined in consultation with the administrative liaison. Attendance by each head coach is mandatory. *(Revised December 2010, May 2017, July 2021)*

Regulation 13
# MEN'S TENNIS

**13.1 General Rules.** Men's tennis Conference competition shall be conducted in accordance with the rules of the NCAA, Intercollegiate Tennis Association, the Mountain West Handbook, the Mountain West Men's Tennis Game Management Handbook and the Mountain West Men's Tennis Championship Handbook.

**13.2 Format.** The Conference regular-season champion shall be determined through a single round-robin schedule. *(Revised February 2013)*

**13.3 Championship Tournament.** A Conference tournament shall be held to determine the automatic representative to the NCAA Division I Men's Tennis Championship.

**13.3.1 Regular-Season Tiebreaker.** Conference tournament seeding shall be based on regular-season winning percentage in Conference competition. Additional information regarding tie-breaking procedures can be found in the Mountain West Men's Tennis Championship Handbook.

**13.3.2 Championship Tournament Dates.** The men's tennis championship shall be conducted the Wednesday – Friday, two weeks prior to the start of NCAA postseason competition.  (Revised December 2010, August 2013, May 2018, September 2023)

**13.3.3 Automatic Qualification.** The winner of the Conference tournament champion shall be the Conference's automatic representative to the NCAA Division I Men's Tennis Championship.

**13.3.4 Cancellation of Championship.** In the event the Conference championship cannot be completed, the Conference regular-season champion shall be the Conference's automatic representative to the NCAA Division I Men's Tennis Championship. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Men's Tennis Championship Handbook. *(Revised April 2004, July 2013)*

**13.3.5 Minimum Number of Participants.** Member institutions that sponsor the sport of men's tennis shall take a minimum of five participants to the Conference Men's Tennis Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Men's Tennis Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Men's Tennis Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**13.3.6 Championship Game Ball.** The official game ball for all Championship contests shall be determined by the Conference.

**13.3.7 Pre-Championship Meeting.** A pre-championship conference call shall be held prior to the start of the Championship. The head coaches of all participating institutions are required to participate in the conference call. A head coach who fails to participate in the mandatory pre-

championship conference call shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence from the conference call, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall participate in the conference call. *(Adopted October 2006; Revised May 2017)*

**13.4 Playing Rules.** All Conference men's tennis contests shall be conducted according to the rules of the NCAA and ITA except as modified by Conference regulations.

**13.5 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**13.6 Awards.** The Conference men's tennis coaches shall select recipients for all men's tennis awards. Coaches shall not vote for themselves or any of their student-athletes for any of the awards.  Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Additional information regarding awards policies and procedures can be found in the Mountain West Men's Tennis Championship Handbook.

**13.6.1 All-Conference Team.** The All-Conference team shall consist of 12 singles student-athletes and six doubles teams selected based on Conference and non-conference results. *(Revised May 2005)*

**13.6.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Player of the Year, and the Freshman of the Year.

Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team.  *(Clarified August 2017)*

**13.6.3 All-Tournament Team.** The all-tournament team shall consist of 6 singles players and three doubles teams. A tournament MVP shall be selected from among the all-tournament team members. (Revised September 2023)

**13.7 Meeting of the Coaches.** There shall be an annual conference call of the men's tennis coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Participation by each head coach is mandatory. *(Revised July 2006, July 2008, July 2012, July 2021)*

<u>Regulation 14</u>
# WOMEN'S TENNIS

**14.1 General Rules.** Women's tennis Conference competition shall be conducted in accordance with the rules of the NCAA, Intercollegiate Tennis Association, the Mountain West Handbook, the Mountain West Women's Tennis Game Management Handbook and the Mountain West Women's Tennis Championship Handbook.

**14.2 Format.** The Conference regular-season champion shall be determined through a single round-robin pod schedule. *(Revised July 2015, November 2018)*

**14.3 Championship Tournament.** A Conference tournament shall be held to determine the automatic representative to the NCAA Division I Women's Tennis Championship.

> **14.3.1 Championship Tournament Seeding.** Conference tournament seeding shall be based on Conference winning percentage. Additional information regarding seeding can be found in the Mountain West Women's Tennis Championship Handbook. *(Revised February 2014, July 2014, November 2019)*

> **14.3.2 Championship Tournament Dates.** The women's tennis championship shall be conducted the Wednesday – Saturday, two weeks prior to the start of NCAA postseason competition. *(Revised December 2010, August 2013, November 2018, September 2023*

> **14.3.3 Automatic Qualification.** The Conference tournament champion shall be the Conference's automatic representative to the NCAA Division I Women's Tennis Tournament.

> **14.3.4 Cancellation of Championship.** In the event the Conference championship cannot be completed, the number one seeded team at the Conference championship shall be the Conference's automatic representative to the NCAA Women's Tennis tournament. Additional information and exceptions regarding the cancellation of the Championship can be found in the Mountain West Women's Tennis Championship Handbook. *(Revised April 2004, July 2013)*

> **14.3.5 Minimum Number of Participants.** Member institutions that sponsor the sport of women's tennis shall take a minimum of five participants to the Conference Women's Tennis Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Tennis Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Tennis Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

> **14.3.6 Championship Game Ball.** The official game ball for all Championship contests shall be determined by the Conference.

**14.3.7 Pre-Championship Meeting.** A pre-championship conference call shall be held prior to the start of the Championship. The head coaches of all participating institutions are required to participate in the conference call. A head coach who fails to participate in the mandatory pre-championship conference call shall have written notification sent to their director of athletics and institutional sport administrator. If a head coach provides the Conference office advanced notification of their absence from the conference call, the Commissioner (or designee) may approve of a substitute. Conference office staff and an institutional representative also shall participate in the conference call. *(Adopted October 2006; Revised May 2017)*

**14.4 Playing Rules.** All Conference women's tennis contests shall be conducted according to the rules of the NCAA and ITA except as modified by Conference regulations.

**14.5 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**14.6 Awards.** The Conference women's tennis coaches shall select recipients for all women's tennis awards. Coaches shall not vote for themselves or any of their student-athletes for any of the awards. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Additional information regarding awards policies and procedures can be found in the Mountain West Women's Tennis Championship Handbook.

**14.6.1 All-Conference Team.** The All-Conference team shall consist of 16 singles student-athletes and eight doubles teams selected based on Conference and nonconference results. *(Revised May 2005, June 2007, June 2013)*

**14.6.2 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Player of the Year and Freshman of the Year. *(Revised May 2004)*

Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection.  To be considered for Freshman of the Year, the recipient shall have been the highest-ranking freshman on any All-Conference team.  *(Clarified August 2017)*

**14.6.3 All-Tournament Team.** The all-tournament team shall consist of 6 singles players and three doubles teams. A tournament MVP shall be selected from among the all-tournament team members. *(Revised September 2023)*

**14.7 Meeting of the Coaches.** There shall be an annual meeting of the women's tennis coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Participation by each head coach is mandatory.  *(Revised July 2006, July 2008, July 2012, July 2014, July 2021)*

<u>Regulation 15</u>

# MEN'S AND WOMEN'S TRACK AND FIELD

**15.1 General Rules.** Conference track and field competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook, the Mountain West Indoor Track and Field Championships Handbook and the Mountain West Outdoor Track and Field Championships Handbook.

**15.2 Conference Schedule.** There shall be no required regular-season Conference schedule in the sports of men's and women's track and field.

**15.3 Championship Determination.** The team and individual Conference champion in men's and women's track and field shall be determined at a Conference championship meet. Indoor track and field and outdoor track and field shall be considered separate sports and a Conference championship shall be held in each sport.

**15.4 Conference Championship.**

    **15.4.1 Date and Site.**

        **15.4.1.1 Indoor.** The Conference Indoor Track and Field Championships shall be conducted the Thursday – Saturday two weeks prior to the start of NCAA postseason competition. Additional information regarding hosting requirements can be found in the Men's and Women's Indoor Track and Field Championships Hosting Guidelines.

        **15.4.1.2 Outdoor.** The Conference Outdoor Track and Field Championships shall be conducted the Thursday – Saturday two weeks prior to the start of NCAA postseason competition. Additional information regarding hosting requirements can be found in the Men's and Women's Outdoor Track and Field Championships Hosting Guidelines. (Revised September 2023)

    **15.4.2 Minimum Number of Participants.**

        **15.4.2.1 Indoor.** Member institutions that sponsor the sport of indoor track and field shall take a minimum of 14 participants to the Conference Indoor Track and Field Championships. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championships site. The Conference office shall determine the cost of traveling to the Championships site. If failure of the member institution to bring the minimum number of participants to the Conference Indoor Track and Field Championships results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Indoor Track and Field Championships does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

        **15.4.2.2 Outdoor.** Member institutions that sponsor the sport of outdoor track and field shall take a minimum of 14 participants to the Conference Outdoor Track and Field Championships.

Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championships site. The Conference office shall determine the cost of traveling to the Championships site. If failure of the member institution to bring the minimum number of participants to the Conference Outdoor Track and Field Championships results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Outdoor Track and Field Championships does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**15.4.3 Pre-Championship Meeting.** A mandatory pre-championship meeting shall be conducted on Thursday two hours prior to the start of combined events in indoor and the evening prior to the start day of combined events in outdoor track. Each institution shall have at least one representative participate in the meeting. Should an institution fail to participate in the mandatory pre-championship meeting, the head coach shall have written notification sent to their director of athletics and institutional sport administrator. Conference office staff and an institutional representative shall also participate in the meeting. *(Adopted October 2006; Revised February 2008, April 2009, January 2012, September 2015, May 2017, September 2023)*

**15.5 Playing Rules.** The Conference championships shall be conducted according to the NCAA Men's and Women's Track & Field/Cross Country Rules except as modified by Conference regulations.

**15.6 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**15.7 Awards.**

**15.7.1 Coach of the Year.** The Coach of the Year shall be voted on by the coaches at the conclusion of the Championships. A coach shall not vote for himself or herself. Only head coaches are viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. *(Clarified August 2017)*

**15.7.2 Outstanding Performer of the Indoor or Outdoor Track and Field Championships.** The Outstanding Performer of the Indoor or Outdoor Track and Field Championships shall be voted on by the coaches at the conclusion of the Championships. In the event of a tie, the coaches shall re-vote between the two (or more) highest vote receivers. *(Revised February 2013, November 2019, July 2021)*

**15.7.3 Student-Athlete of the Year.** The Student-Athlete of the Year shall be selected by Mountain West track and field coaches. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Co-awards for the individual student-athlete awards are permitted, but there shall not be more than two. In the event of a three-way tie for an "Of the Year" award, coaches shall re-vote between the three to get to one or two recipients. Additional information regarding awards policies and procedures can be found in the applicable Mountain West Indoor Track and Field Championships Handbook or Mountain West Outdoor Track and Field Championships Handbook. *(Revised December 2004, January 2007; Clarified August 2017)*

**15.7.4 All-Conference Team.** The All-Conference team shall consist of the top three finishers in each event.

**15.7.5 All-Conference Team – Relays.** The All-Conference team shall consist of the top three finishers in each relay.

**15.8 Meeting of Coaches.** There shall be an annual meeting of the men's and women's track and field coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Attendance by each head coach is mandatory. *(Revised July 2006, July 2012, November 2014, July 2021)*

Regulation 16

# WOMEN'S VOLLEYBALL

**16.1 General Rules.** Women's volleyball Conference competition shall be conducted in accordance with the rules of the NCAA, the Mountain West Handbook and the Mountain West Women's Volleyball Game Management Handbook.

**16.2 Format.** The Conference regular-season champion shall be determined through a modified double round-robin schedule.

**16.3 Regular-Season Champion.** The regular-season champion shall be the institution with the highest regular-season winning percentage in Conference competition. In the event of a tie, there will be co-champions.

**16.4 Championship Tournament.** A six-team single elimination Conference tournament shall be conducted to determine the automatic representative to the NCAA Division I Women's Volleyball Championship. *(Revised March 2007, July 2021)*

> **16.4.1 Minimum Number of Participants.** Member institutions that sponsor the sport of women's volleyball shall take a minimum of six participants to the Conference Women's Volleyball Championship. Institutions that do not meet the minimum number of participants requirement shall be assessed a fine of $5,000 plus the costs associated with the team traveling to the Championship site. The Conference office shall determine the cost of traveling to the Championship site. If failure of the member institution to bring the minimum number of participants to the Conference Women's Volleyball Championship results in a loss to the host institution, the fine shall be used to cover the expenses incurred by the host institution. If failure to bring the minimum number of participants to the Conference Women's Volleyball Championship does not result in a loss to the host institution, the fine shall be included in the Conference championships budget. Waivers of the minimum number of participants rule may be granted by the Commissioner.

**16.5 Automatic Qualifier.** The Conference tournament champion shall be the automatic representative to the NCAA Division I Women's Volleyball Championship. Other Conference teams may accept invitations to participate in postseason tournaments only when conducted or approved by the NCAA.  *(Revised March 2007, July 2021)*

**16.6 Cancellation of Championship.** In the event the Conference championship cannot be started or, if started, cannot be completed, the Conference regular season champion shall represent the Conference as the automatic bid representative to the NCAA Division I Women's Volleyball Championship. In the event two or more teams tied for the regular-season championship, Tournament Seeding will be used to determine the Conference's automatic bid representative to the NCAA Division I Women's Volleyball Championship. *(Revised July 2021)*

**16.7 Tournament Seeding.** Tournament Seeding shall be based on regular season winning percentage in Conference competition. Additional information regarding seeding policies can be found in the Mountain West Women's Volleyball Game Management Handbook and the Mountain West Women's Volleyball Championship Handbook.

**16.8 Playing Rules.** All Conference volleyball contests shall be conducted according to NCAA Women's Volleyball Rules except as modified by Conference regulations.

**16.9 Scheduling.** To continue to improve institutional and conference RPI, each team shall schedule and play no non-Division I opponents and no more than two provisional or reclassifying Division I opponents per year.

**16.9.1 Penalty – Exceeding Maximum Number of Non-Conference Opponents.** The institution shall be assessed a penalty of $50,000 per occurrence if a team schedules and plays in a given year: (1) any non-Division I opponents, and/or (2) more than two provisional or reclassifying Division I opponents per year. *(Revised October 2004, August 2004)*

**16.10 Complimentary Admissions.** Twenty-four complimentary tickets shall be provided for the visiting team. The official party size entering without tickets shall be 18 individuals.

**16.10.1 Ticket Distribution.** Complimentary tickets shall be distributed according to the policies of the host institution's ticket office. These policies must be included in the event management information.

**16.11 Competition Roster.** Regulations for competition rosters are set forth in Regulation 1.14.

**16.12 Video/Scouting Report Exchange.** The dissemination of game video and/or scouting information on member institutions to non-conference institutions is prohibited. Only representatives of the competing teams may record the contest. Exchanging video among Conference teams shall be governed by the policies outlined in the Mountain West Women's Volleyball Game Management Handbook.

**16.12.1 Violations of Video/Scouting Report Exchange Policy.** A member institution that exchanges video or scouting reports in the sport of volleyball with institutions outside the Conference shall be subject to the following:

a. **First Offense.** Private reprimand of the head coach and the individual who sent the video/report to the institution outside the Conference.

b. **Second Offense.** Written notice from the Conference of the second offense. A copy of the notice shall be kept in the personnel file of the individual in the office of the institution's director of athletics.

c. **Third Offense.** The Commissioner shall suspend the head coach for one contest. Such suspension shall occur immediately following receipt of notice by the Commissioner.

**16.13 Awards.** The Conference volleyball coaches shall select recipients for all awards. Coaches shall not vote for themselves or for their own student-athletes. Should a coach fail to complete the entire ballot, the student-athletes from that team shall not be eligible to receive an award. Additional information regarding awards policies and procedures can be found in the Mountain West Women's Volleyball Game Management Handbook. *(Revised February 2016)*

**16.13.1 All-Conference Team.** The All-Conference Team shall consist of 18 student-athletes. Each student-athlete shall receive an award from the Conference. *(Revised February 2007, April 2014)*

**16.13.2 All-Conference Honorable Mention.** Up to six student-athletes may receive All-Conference Honorable Mention recognition. *(Revised April 2014)*

**16.13.3 Individual Awards.** Individual awards shall be provided to the Coach of the Year, Player of the Year, Newcomer of the Year and Freshman of the Year.

Head coaches shall be the only viable coach of the year candidates. There may not be a tie for Mountain West Coach of the Year. In the event of a tie, coaches shall re-vote between the two (or more) highest vote receivers. Co-awards for the individual student-athlete awards are permitted, but there must not be more than two. In the event of a three-way tie for an "Of the Year" award, the coaches shall re-vote amongst the three to get to one or two recipients.

To be considered for the Player of the Year, the recipient shall have been a first-team All-Conference selection. To be considered for Freshman and/or Newcomer of the Year, the recipient shall have been the highest-ranking freshman and/or newcomer on any All-Conference team. *(Revised January 2010; Clarified August 2017)*

**16.13.4 All-Tournament Team.** The all-tournament team shall consist of 8 players. A tournament MVP shall be selected from among the 8 all-tournament team members. *(April 2022)*

**16.11    Meetings of Coaches.** There shall be an annual meeting of the women's volleyball coaches to be held each year on a date to be determined in consultation with the administrative liaison. Any changes shall be subject to approval by the Joint Council. Attendance by each head coach is mandatory (*Revised November 2018*).

**APPENDICES**

Appendix A – Chair of the Board of Directors Rotation ⸺⸺⸺⸺⸺⸺⸺ Appendix A-1

Appendix B – Joint Council Executive Committee Rotation ⸺⸺⸺⸺⸺⸺ Appendix B-1

Appendix C – Committees ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ Appendix C-1

Appendix D – Recognition Committee Composition ⸺⸺⸺⸺⸺⸺⸺⸺ Appendix D-1

Appendix E – Sport Committees ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ Appendix E-1

Appendix F – National Letter of Intent Signing Dates ⸺⸺⸺⸺⸺⸺⸺ Appendix F-1

Appendix G – Championships ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ Appendix G-1

Appendix H – Air Force Academy Third Verse ⸺⸺⸺⸺⸺⸺⸺⸺⸺ Appendix H-1

Appendix I – Staff Holiday Calendar ⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ Appendix I-1

APPENDIX A

**Chair of the Board of Directors**

The President of a Mountain West (MW) institution shall serve as the chair of the Board of Directors and Board of Directors Executive Committee each academic year and shall rotate as listed below. A president new to the MW shall not serve as chair of the Board of Directors until his or her respective institution has been a member of the MW for at least one academic year. A newly appointed president shall not serve as chair of the Board of Directors until at least one academic year has passed since the beginning of his or her tenure. If the new president's tenure begins during a year in which the former president was scheduled to rotate onto the Board of Directors Executive Committee (and ultimately into the Board of Directors chair position), the Board of Directors shall adjust the rotation accordingly to allow the new president sufficient time to acclimate. In the event the current chair is unable to complete his or her term as chair, the incoming chair shall move into the chair position and the remainder of the rotation shall be moved upward for that academic year. At the conclusion of that academic year, the Board of Directors shall review the Board of Directors Executive Committee composition and the chair position to determine the Board of Directors Executive Committee and chair rotation for the next and subsequent academic years.

| | |
|---|---|
| 2024-2026: | UNLV |
| 2026-2028: | Wyoming |
| 2028-2030: | Air Force |
| 2030-2032: | Colorado State |
| 2032-2034: | Nevada |
| 2034-2036: | Boise State |
| 2036-2038: | San Diego State |
| 2038-2039: | Fresno State |
| 2039-2040: | Utah State |
| 2040-2042: | San José State |
| 2042-2044: | New Mexico |

Committee terms shall be a minimum of two years.

**Effective July 1, 2024, the composition of MW Board of Directors committees is as follows**:

**Executive Committee**
Keith Whitfield – Chair
Marlene Tromp – NCAA Board Representative
Edward Seidel – Incoming Chair
Garnett Stokes – Immediate Past Chair

**Legal and Finance Committee**
Amy Parsons
Elizabeth Cantwell
David Lassner
Adela de la Torre

**Strategic Vision Committee**
Cynthia Teniente-Matson
Tony Bauernfeind
Brian Sandoval
Saúl Jiménez-Sandoval

**APPENDIX B**

Joint Council Executive Committee Rotation

2024-25                FAR – Boise State
                       AD – Wyoming
                       SWA – Nevada

2025-26                FAR – Nevada
                       AD – Air Force
                       SWA – San José State

2026-27                FAR – San José State
                       AD – Boise State
                       SWA – Fresno State

2027-28                FAR – Utah State
                       AD – Colorado State
                       SWA – Boise Sate

2028-29                FAR – UNLV
                       AD – Fresno State
                       SWA – San Diego State

2029-30                FAR – Wyoming
                       AD – New Mexico
                       SWA – Utah State

2030-31                FAR – San Diego State
                       AD – Nevada
                       SWA – Air Force

2031-32                FAR – Air Force
                       AD – Utah State
                       SWA – Wyoming

2032-33                FAR – New Mexico
                       AD – San Diego State
                       SWA – Colorado State

**APPENDIX C**

Committees

| **Joint Council Executive Committee** | **(Rule 1.3.7.1)** | **Institution** |
|---|---|---|
| FAR | Roger Munger  (Chair) | BSU |
| AD | Tom Burman | WYO |
| SWA | Casey Stangel | NEV |

Conference Liaisons – ~~Bret Gilliland~~/Julie Owen

| **Directors of Athletics Competition Committee** | **(Rule 1.3.7.3.5)** | **Institution** |
|---|---|---|

*Not Currently Active*

Conference Liaison – Bret Gilliland

| **Directors of Athletics Media Rights Committee (Rule 1.3.7.3.6)** | | **Institution** |
|---|---|---|

*Not Currently Active*

Conference Liaison – Bret Gilliland

| **Recognition Committee** | **(Rule 1.3.7.6)** | **Institution** |
|---|---|---|
| Jeff Konya | | SJSU |
| Carrie Coll | | FS |
| TBD | | USU |
| Roger Munger | | BSU |
| Erick Harper | | UNLV |
| Taylor Stuemky | | WYO |
| Kyle Saunders | | CSU |

Conference Liaison –  Chris Brown

| **Student-Athlete Advisory Committee** | **(Rule 1.3.7.7)** | **Institution** |
|---|---|---|
| Alexis Odom | | AFA |
| Milahnie Perry | | |
| | | |
| Annie Buffolino | | BSU |
| Maggie Shirazi | | |

Giles Pooler
Elijah Scott*                                                                                     CSU

Ella Rud                                                                                          FS
Garrett Otrinski

Hannah Hartley (NCAA Division I SAAC Representative)          NEV
Jasmine Harris

Georgi Samaha                                                                             UNM
Sophia Zamarripa

Bright Thongsom                                                                          SDSU
Hannah Waller

Kayla Fortenberry                                                                        SJSU
TBD

Pilar Cohen                                                                                   UNLV
Erica Collins

Kaylee Erickson                                                                           USU
Joshua Hartvigsen

Allyson Fertig                                                                              WYO
Hannah Giles

Paul Mitchell (Mountain West Joint Council Liaison)             NEV

        *MW SAAC Chair
        ^MW SAAC Vice-Chair

        Conference Liaison – Andrew Simms/Jessica FitzWilliam

**APPENDIX D**

Recognition Committee Rotation

**2024-25**

| | | |
|---|---|---|
| UNLV AD | WYO SWA | CSU FAR |
| BSU AD | NEV SWA | UNM FAR |

**2025-26**

| | | |
|---|---|---|
| BSU AD | NEV SWA | UNM FAR |
| USU AD | AFA SWA | FS FAR |

**2026-27**

| | | |
|---|---|---|
| USU AD | AFA SWA | FS FAR |
| CSU AD | UNM SWA | SDSU FAR |

**2027-28**

| | | |
|---|---|---|
| CSU AD | UNM SWA | SDSU FAR |
| WYO AD | BSU SWA | NEV FAR |

**2028-29**

| | | |
|---|---|---|
| WYO AD | BSU SWA | NEV FAR |
| FS AD | SDSU SWA | SJSU FAR |

**2029-30**

| | | |
|---|---|---|
| FS AD | SDSU SWA | SJSU FAR |
| AFA AD | CSU SWA | UNLV FAR |

**2030-31**

| | | |
|---|---|---|
| AFA AD | CSU SWA | UNLV FAR |
| NEV AD | SJSU SWA | USU FAR |

**2031-32**

| | | |
|---|---|---|
| NEV AD | SJSU SWA | USU FAR |
| UNM AD | UNLV SWA | WYO FAR |

**APPENDIX E**

Sport Committees

| **Baseball** | **Institution** |
|---|---|
| Mike Kazlausky | Air Force |
| Ryan Overland | Fresno State |
| Jake McKinley | Nevada |
| Tod Brown | New Mexico |
| Shaun Cole | San Diego State |
| Brad Sanfilippo | San José State |
| Stan Stolte | UNLV |
| Nathan Choate | Washington State |

       Conference Liaison – Sean Harris
       Joint Council Administrator – Jenny Bramer

| **Men's Basketball** | **Institution** |
|---|---|
| Joe Scott | Air Force |
| Leon Rice | Boise State |
| Niko Medved | Colorado State |
| Vance Walberg | Fresno State |
| Steve Alford | Nevada |
| Richard Pitino | New Mexico |
| Brian Dutcher | San Diego State |
| Tim Miles | San José State |
| Kevin Kruger | UNLV |
| Danny Sprinkle | Utah State |
| Jeff Linder | Wyoming |

       Conference Liaison – Niko Roberts
       Joint Council Administrator – John David Wicker

| **Women's Basketball** | **Institution** |
|---|---|
| Stacy McIntyre | Air Force |
| Gordy Presnell | Boise State |
| Ryun Williams | Colorado State |
| Jaime White | Fresno State |
| Amanda Levens | Nevada |
| Mike Bradbury | New Mexico |
| Stacie Terry-Hutson | San Diego State |
| April Phillips | San José State |
| Lindy La Rocque | UNLV |
| Kayla Ard | Utah State |
| Heather Ezell | Wyoming |

       Conference Liaison – Julie Owen
       Joint Council Administrator – Stephanie Rempe

| **Football** | **Institution** |
|---|---|
| Troy Calhoun | Air Force |
| Spencer Danielson | Boise State |

| | |
|---|---|
| Jay Norvell | Colorado State |
| Tim Skipper | Fresno State |
| Timmy Chang | Hawaii |
| Jeff Choate | Nevada |
| Bronco Mendenhall | New Mexico |
| Sean Lewis | San Diego State |
| Ken Niumatalolo | San José State |
| Barry Odom | UNLV |
| Nate Dreiling | Utah State |
| Jay Sawvel | Wyoming |

       Conference Liaison – John Sullivan
       Joint Council Administrator – Tom Burman

| **Men's Golf** | **Institution** |
|---|---|
| Tyler Goulding | Air Force |
| David Trainor | Boise State |
| Luke Vivolo | Colorado State |
| Chad Spencer | Fresno State |
| Trake Carpenter | Nevada |
| Jake Harrington | New Mexico |
| Ryan Donovan | San Diego State |
| John Kennaday | San José State |
| Jean-Paul Hebert | UNLV |
| Dean Johansen | Utah State |
| Joseph Jensen | Wyoming |

       Conference Liaison – Sean Harris
       Joint Council Administrator –  Laura Alexander

| **Women's Golf** | **Institution** |
|---|---|
| Kailin Downs | Boise State |
| Laura Cilek | Colorado State |
| Lisa Ferrero | Fresno State |
| Kathleen Takaishi | Nevada |
| Jill Trujillo | New Mexico |
| Lauren Dobashi | San Diego State |
| Dana Dormann | San José State |
| Amy Bush-Herzer | UNLV |
| Josey Stender | Wyoming |

       Conference Liaison – Sean Harris
       Joint Council Administrator – Amy Beggin

| **Women's Gymnastics** | **Institution** |
|---|---|
| Jennifer Green | Air Force |
| Tina Bird | Boise State |
| Joanne Bowers | San José State |
| Kristin White | Utah State |

       Conference Liaison – Macy Gilliland
       Joint Council Administrator – Jennifer Block/Christina Van Tol

| **Women's Soccer** | **Institution** |
|---|---|
| Laura Busby | Air Force |
| Jim Thomas | Boise State |
| Keri Sanchez | Colorado College |
| Keeley Hagen | Colorado State |
| Brian Zwaschka | Fresno State |
| Vanessa Valentine | Nevada |
| Heather Dyche | New Mexico |
| Mike Friesen | San Diego State |
| Tina Estrada | San José State |
| Jenny Ruiz Williams | UNLV |
| Manny Martins | Utah State |
| Josh Purdum | Wyoming |

Conference Liaison – Macy Gilliland
Joint Council Administrator – Jen Block

| **Softball** | **Institution** |
|---|---|
| Justin Shults | Boise State |
| Jen Fisher | Colorado State |
| Stacy May-Johnson | Fresno State |
| Victoria Hayward | Nevada |
| Nicole Dickson | New Mexico |
| Stacey Nuveman Deniz | San Diego State |
| Tammy Lohmann | San José State |
| Kristie Fox | UNLV |
| Todd Judge | Utah State |

Conference Liaison – Macy Gilliland
Joint Council Administrator – Shalini Shanker

| **Women's Swimming and Diving** | **Institution** |
|---|---|
| Colleen Murphy | Air Force |
| Chris Woodard | Colorado State |
| Jeanne Fleck | Fresno State |
| Brendon Bray | Nevada |
| Naya Higashijima | New Mexico |
| Mike Shrader | San Diego State |
| Sage Hopkins | San José State |
| Ben Loorz | UNLV |
| Russell Whitaker | Washington State |
| Dave Denniston | Wyoming |

Conference Liaison –  Macy Gilliland
Joint Council Administrator – Laura Alexander

| **Men's Tennis** | **Institution** |
|---|---|
| Evan Urbina | Air Force |
| Luke Shields | Boise State |
| Sylvain Malroux | Nevada |
| Rob Bareford | New Mexico |

| | |
|---|---|
| Gene Carswell | San Diego State |
| Andy Jackson | UNLV |
| Aaron Paajanen | Utah State |

Conference Liaison – Lance Pedersen
Joint Council Administrator – Casey Stangel

**Women's Tennis** — **Institution**

| | |
|---|---|
| Taylor Hollander | Air Force |
| Beck Roghaar | Boise State |
| Mai-Ly Tran | Colorado State |
| Denise Dy | Fresno State |
| Guillaume Tonelli | Nevada |
| Vicky Maes | New Mexico |
| Peter Mattera | San Diego State |
| Chad Skorupka | San José State |
| Kevin Cory | UNLV |
| Veronika Golanova | Utah State |
| Dean Clower | Wyoming |

Conference Liaison – Lance Pedersen
Joint Council Administrator – Christina Van Tol

**Men's and Women's Track and Field/Cross Country** — **Institution**

| | |
|---|---|
| Ryan Cole (T&F/CC) | Air Force |
| Pat McCurry (T&F/CC) | Boise State |
| Brian Bedard (T&F) | Colorado State |
| Kelly Hart (CC) | Colorado State |
| Jason Drake (T&F/CC) | Fresno State |
| Shantel Twiggs (T&F) | Nevada |
| Kirk Elias (CC) | Nevada |
| Darren Gauson (T&F/CC) | New Mexico |
| Shelia Burrell (T&F/CC) | San Diego State |
| Charles Ryan (T&F) | San José State |
| Charmaine Darden (CC) | San José State |
| Carmelita Jeter (T&F/CC) | UNLV |
| Artie Gulden (T&F/CC) | Utah State |
| Bryan Berryhill (T&F) | Wyoming |
| Scott Dahlberg (CC) | Wyoming |

Conference Liaison – Sean Harris (T&F)  Lance Pedersen (CC)
Joint Council Administrator – Mallory Poole/Taylor Stuemky

**Volleyball** — **Institution**

| | |
|---|---|
| Macey Donathan | Air Force |
| Shawn Garus | Boise State |
| Emily Kohan | Colorado State |
| Leisa Rosen | Fresno State |
| Shannon Wyckoff-McNeal | Nevada |
| Jon Newman-Gonchar | New Mexico |
| Brent Hilliard | San Diego State |
| Todd Kress | San José State |

| | |
|---|---|
| Malia Shoji | UNLV |
| Rob Neilson | Utah State |
| Kaylee Prigge | Wyoming |

Conference Liaison – Sean Harris
Joint Council Administrator – Carrie Coll

**APPENDIX F**

National Letter of Intent Signing Dates for Division I Student-Athletes Signing 2024-25 and Enrolling
2025-26

| Sport(s) | Initial Signing Date | Final Signing Date |
|---|---|---|
| Division I Basketball (Early Period) | November 13, 2024 | November 20, 2024 |
| Division I Basketball (Regular Period) | April 16, 2025 | May 21, 2025 |
| Division I Football (Early Period) | December 4, 2024 | December 6, 2024 |
| Division I and II Football (Midyear JC Transfer) | December 4, 2024 | January 15, 2025 |
| Division I and II Football (Regular Period) | February 5, 2025 | |
| Division I: | | April 1, 2025 |
| Division II: | | August 1, 2025 |
| All Other Division I and II Sports | November 13, 2024 | August 1, 2025 |

APPENDIX G

MOUNTAIN WEST CHAMPIONSHIPS

2024-25

| Date | Sport | Location | Host |
|------|-------|----------|------|
| November 1 | M/W Cross Country | Colorado Springs, CO | Air Force |
| November 3 - November 9 | Women's Soccer | San Diego, CA | San Diego State |
| November 27-30 | Women's Volleyball | Las Vegas, NV | UNLV |
| December 6 | Football Championship | TBD | TBD |
| February 19-22 | Women's Swimming & Diving | Houston, TX | MW/University of Houston |
| February 27- March 1 | M/W Indoor Track & Field | Albuquerque, NM | New Mexico |
| March 9-15 | M/W Basketball | Las Vegas, NV | MW/TMC |
| March 22 | Women's Gymnastics | San Jose, CA | San Jose State |
| April 15-17 | Women's Golf | Rancho Mirage, CA | MW/Mission Hills CC |
| April 23-26 | Women's Tennis | Las Vegas, NV | MW Darling Tennis Center |
| April 23-25 | Men's Tennis | Las Vegas, NV | MW Darling Tennis Center |
| April 25-27 | Men's Golf | Eugene, OR | MW/Emerald Valley Golf Club |
| May 9-11 | M/W Outdoor Track & Field | Clovis, CA | Fresno State |
| May 8-10 | Softball | San Diego, CA | San Diego State |
| May 23-26 | Baseball | Mesa, AZ | MW/Sloan Park |

APPENDIX H

**Air Force Academy Third Verse**

**Mountain West Policy Regarding Air Force Academy Third Verse**

All teams visiting the Air Force Academy in the following Mountain West sponsored sports are encouraged to participate as outlined below in the Third Verse ceremony at the conclusion of the contest. During its December 10, 2018, meeting, the MW Board of Directors reaffirmed its support for the Air Force Academy Third Verse (which was originally endorsed by the Mountain West Joint Council).

**Basketball (Men's), Basketball (Women's), Football, Soccer (Women's) & Volleyball –**
Air Force team will form and hold hands in front of the Cadet Drum and Bugle Corp (band) or, if the band is not present, in front of the Air Force cheering section.

**Swimming & Diving (Women's) –** Air Force team will line-up on the Western bulkhead of the natatorium.

**Tennis (Men's), Tennis (Women's)** – Air Force team will line-up on Court Two.

At the present time, teams in the sports of baseball, men's and women's track and field, men's and women's cross country and men's and women's golf do not sing the Third Verse after competitions.

In each case where the Third Verse is played, the visiting team should line up behind the Air Force team (or in an appropriate location if that is not possible) while the song is being played/sung. Information will be provided by Air Force in its game management documents and an Air Force representative will work with visiting teams to further explain the process and specifics for each sport.

After the song is finished, the Air Force team will raise arms as a final salute to those brave men and women who have fallen in the line of duty.

[NOTE: The Air Force football team is the only team which participates in the singing of the Third Verse at away games. When this occurs, fellow Conference teams are encouraged to take the same approach as they would for a game at the Air Force Academy. The respective administrators should communicate in advance to confirm plans – including if there is a home team fight song/alma mater which may be played first.]

Participation by opposing teams in the Third Verse ceremony is not required nor is this policy intended to be prescriptive. How each fellow Conference member chooses to approach the Third Verse shall be determined via guidance from the institution's administration (e.g., president, director of athletics). Those teams or individuals who choose not to participate are asked to exit the competition venue immediately or, at a minimum, provide two minutes of quiet for the completion of the song. If fellow Conference member institutions have similar traditions for which they would like to experience reciprocation, they are encouraged to communicate this with Air Force and other league opponents.

Finally, during the Mountain West Men's & Women's Basketball Championships **no alma maters (including the Third Verse) will be permitted**.

**Background and Context for The Third Verse: A Toast to the Host**

In order to facilitate education and understanding, the following background information is provided regarding the Third Verse.

Singing the Third Verse of the Air Force Song is a time-honored tradition at many Air Force home sporting events. The Third Verse is part of the original Air Force Song and is sung as a separate piece. The verse honors those who have fallen in service to our great nation. It's not a song to honor the game that Air Force just played, but to honor those who have given the ultimate sacrifice to protect freedoms everyone in our great nation enjoys.

**Verse Three**
*Here's a toast to the host*
*Of those who love the vastness of the sky.*
*To a friend we send a message of his brother men who fly.*
*We drink to those who gave their all of old,*
*Then down we roar to score the rainbow's pot of gold.*
*A toast to the host of men we boast, the U.S. Air Force!*

**History of the Air Force Song**

In 1938, Liberty magazine sponsored a contest for a spirited, enduring musical composition to become the official Army Air Corps song. Robert Crawford's song was selected from 757 scores submitted. The song was officially introduced at the Cleveland Air Races on September 2, 1939.
Fittingly, Crawford sang it in its first public performance. The first page of the score, which Crawford submitted to the selection committee in July 1939, was carried to the surface of the moon on July 30, 1971, aboard the Apollo 15 "Falcon" lunar module by Colonel David R. Scott and Lieutenant Colonel James B. Irwin.

Interestingly, at the moment the "Falcon" blasted off the surface of the moon with Scott and Irwin on board, a rendition of the "Air Force Song" was broadcast to the world by Major Alfred M. Worden, who had a tape recorder aboard the "Endeavor" command module which was in orbit around the moon. Scott, Irwin and Worden comprised the first and only "All-Air Force" Apollo crew and arranged to take the page of sheet music with them as a tribute to Crawford and the United States Air Force.

This video link provides additional context: [Air Force Third Verse](Air Force Third Verse)

**APPENDIX I**

Conference Office Holiday Schedule

The Conference office will be closed on the following holidays:

New Year's Day

Martin Luther King Jr.'s Birthday

Memorial Day

Independence Day

Labor Day

Thanksgiving Day

Thanksgiving Friday

Christmas Eve

Christmas Day

Day After Christmas

1. If a holiday falls on a Saturday, the office will be closed the preceding Friday.

2. If a holiday falls on a Sunday, the office will be closed the following Monday.

3. The office will be closed on the workday immediately preceding and the workday immediately following Christmas; this action results in the following Christmas holiday schedule:

   a. 2024 – December 24, 25, 26

   b. 2025 – December 24, 25, 26

## Appendix J

### Mountain West Transgender Participation Policy

The focus of the Conference policy will be on-site competition considerations.

Conference game management procedures and the existing provisions of MW Rule 4 – Sportsmanship will also be applicable if necessary.

The decision as to whether a transgender athlete(s) will be permitted to participate in intercollegiate athletics for a particular MW member shall be a matter of that individual institution's discretion in the context of its interaction with the individual, the application of state law, etc.  A MW member may not, however, preclude student-athletes from other MW member institutions from participation in accordance with the policy outlined herein.

The institution shall be responsible for identifying transgender student-athletes in its program.  Just as is the case for all other areas of eligibility, the institution shall be responsible for certifying the student-athlete's eligibility for competition per the applicable NCAA transgender participation standards and procedures and competing with only those individuals who are eligible.  Failure to do so could result in consequences related to NCAA championships participation.

In the interest of inclusion, a transgender student-athlete may be a member of a team and participate in practice activities without certification of eligibility.  To compete, however, the student-athlete must complete the NCAA process and meet the applicable eligibility threshold.

For intraconference competition, a transgender athlete who has been deemed eligible by the NCAA and has been included on a MW member institution's team shall be permitted to  participate in all Conference competitions.

If a MW member institution's team refuses to compete in an intraconference contest against a fellow MW member institution's team which includes an eligible transgender student-athlete(s), the team refusing to participate shall be deemed to have forfeited the contest.  The forfeiting team will be charged with a loss and the opposing team credited with a win – for the purposes of Conference records, standings, tie-breaking formulas and MW championships participation.

The status of any such contest with regard to NCAA records, statistics and postseason eligibility shall be determined by the NCAA standards in effect.

The application of the policy is straightforward for team sports competition.  For individual sports which involve both individual results and a team score component, an institution (or its individual student-athletes) may choose to withdraw from a particular event(s) without triggering the team forfeit provision.  Should the entire team choose not to compete, it would forfeit its position in the event/final standings.

For interconference competition, the applicable NCAA playing rules for the sport shall apply should a non-conference opponent refuse to compete.

Any questions regarding the status or eligibility of a transgender student-athlete shall be directed to the certifying institution, not the Conference nor the NCAA. Given the privacy considerations involved, the certifying institution is not obligated to proactively notify the Conference nor other institutions (Conference or non-conference) regarding the status of a transgender student-athlete.  An opposing institution wishing to confirm the status of a student-athlete may inquire and it shall be the discretion of the certifying institution whether or not to provide pertinent information.  The certifying institution may simply respond that it has ensured all of its student-athletes are eligible prior to competition.  The NCAA will not entertain inquiries or challenges regarding the eligibility of transgender student-athletes.

Appendix K

## Board of Directors Conflict of Interest Policy

Board Members must carefully balance their fiduciary responsibilities to their respective institutions and the Mountain West. While the fiduciary obligations of Board Members to their own institutions and Mountain West are ordinarily not in conflict, integrity is critical to the decision-making process and includes transparency, trust, confidentiality and honesty in all issues and aspects of service and representation. Board Members must disclose any conflict or potential conflict of interest between their respective personal, professional, institutional, Conference or business interests that may affect or otherwise threaten such integrity.

A Board Member is responsible for advising the Chair of any actual or potential conflicts of interest or obligations which he/she may have hereunder, and should recuse him/herself from participating in proceedings, as may be warranted by this policy. A Board Member shall not participate in any discussion or vote on any action that might bring direct or indirect personal financial benefit to the member or any organization (other than the member's institution) in which the member is financially interested. A Board Member should also not participate in a discussion or vote for which the member's institution is to be accorded a special benefit beyond benefits shared with other institutions or is to receive a penalty or disqualification. A violation of either of the above rules by a Board Member shall not invalidate the action taken by the Mountain West, if, following disclosure of the conflict of interest, the Board authorizes, ratifies or approves the action by a vote sufficient for the purpose, without counting the vote of the member with the conflict of interest.

## Board Member Confidentiality

Board Members have a duty to the Mountain West not to use Confidential Information obtained solely due to service on the Mountain West Board to the disadvantage of Mountain West. Confidential Information includes, but is not limited to business plans, customer lists, marketing programs, price lists, salary and human resource information, technology development information, drawings, reports, inventions, and other material that contain, embody or disclose trade secrets, confidential business technical information and proprietary business information of the Mountain West, its affiliated organizations, athletes, students, customers, or third parties to whom Mountain West owes obligations of confidentiality (collectively, the "Business Confidential Information"), provided, however, that Business Confidential Information does not include information that: (A) is or becomes known to the public, other than as a result of disclosure in violation of this Policy or of any other person's breach of a legal or contractual obligation to Mountain West or its affiliates; (B) was demonstrably known to a Board Member prior to his or her service on the Board and not as a result of anyone else's breach of a legal or contractual obligation or; (C) arises from a Board Member's general training, knowledge, skill or experience; (D) pertains to reports of illegal conduct to any government agency; (E) pertains to discriminatory or unfair employment practices or (F) which a Board Member otherwise has a right to disclose as legally protected conduct.

Board Members must not (i) disclose or furnish to any person any Business Confidential Information; (ii) use any Business Confidential Information for their own benefit or the benefit of others. Board Members may disclose Confidential Information to their own institutions if: (1) they inform the Board that they intend to do so in advance and (2) they disclose the Confidential

Information only to individuals within their own institutions who have a need to know; and (3) they secure an agreement that the individual will maintain the confidentiality in advance of disclosure. Confidential Information must never be disclosed to the media or public without a vote of the Board.

## Annual Disclosure Statement

Each director shall annually sign a statement, which affirms that person:
- Has received a copy of the conflicts of interest and confidentiality policies,
- Has read and understands the policy,
- Has agreed to comply with the policy, and
- Has disclosed any potential conflicts of interest.

**BYLAWS**

**OF**

**MOUNTAIN WEST CONFERENCE**

**A Colorado Nonprofit Corporation**

**ARTICLE I**
**MEMBERS**

1.01  <u>Members: Qualifications</u>.

(a) Initial Members.  Mountain West Conference (the "Conference") shall have eight regular members, hereinafter referred to as the "Member Institutions," which shall be those academic institutions identified in Article V of the Conference's articles of incorporation (as amended from time to time, the "Articles of Incorporation").

(b) Qualifications.  Each Member Institution shall be an institution of higher education which includes within its educational programs intercollegiate athletics under the same or substantially similar administrative and academic controls as exist in its other educational programs.

(c) Compliance with Rules.  All Member Institutions and all future members of the Conference agree to abide by and fully comply with the rules and regulations of the National Collegiate Athletic Association ("NCAA") and the Mountain West Conference Handbook (as described in Section 2.15 and hereinafter called the "Handbook").

1.02  <u>Admission of New Members</u>.  Upon the affirmative vote of three-fourths (3/4) or more of the members of the Conference's board of directors (the "Board of Directors"), an institution of higher education which meets the qualifications set forth in the Articles of Incorporation and these bylaws may be admitted as a new Member.

(a) Entrance Fee.  Upon the affirmative vote of three-fourths (3/4) or more of the members of the Board of Directors, an entrance fee (as determined by the Board of Directors) may be assessed to a new member.  (Adopted June 2011)

1.03  <u>Voting Rights of Members</u>.  Each Member Institution shall be entitled to appoint one (1) director to the Board of Directors in accordance with Section 2.03.  Member Institutions shall be entitled to vote with respect to the dissolution of the Corporation pursuant to C.R.S. § 7-134-102. The affirmative vote of three-fourths (3/4) of the Member Institutions shall be required to dissolve the Conference.  Member Institutions shall have no other voting rights.

1.04  Resignation.

(a)  Any Member Institution may resign from membership in the Conference (such resigning Member Institution, the "Resigning Member") June 30th of each year (the "Effective Date") by delivering (i) written notice (the "Exit Notice") to the Conference and the other Member Institutions on or before June 1st of the preceding year (the "Resignation Deadline") and  (ii) a non-refundable $5,000 payment by wire transfer of immediately available funds to an account specified by the Conference (the "Exit Deposit" and, together with the Exit Notice, the "Notice of Resignation") that will be applied to the Exit Fee (as defined below). Both the Exit Notice and the Exit Deposit must be received for the Notice of Resignation to become effective. The period from the date the Resigning Member delivers the Notice of Resignation (such date, the "Resignation Date") through the Effective Date is referred to herein as the "Interim Period." The resignation of a Member Institution does not relieve the such Resigning Member Institution from any obligations such Resigning Member Institution may have to the Conference as a result of obligations incurred or commitments made prior to the Effective Date. (Revised June 2011, April 2021, December 2023)

(b)  Effective April 30, 2021 and thereafter any notice of resignation given by any Member shall be subject to the Notice Date referenced in subparagraph (a) above and the following:  the resigning Member shall pay to the Conference as an Exit Fee an amount equal to three times the average per Member Conference distribution payment for the preceding year. (the "Timely Notice Exit Fee") If the resigning member gives notice after the established "Notice Date", the resigning Member shall pay to the Conference as an Exit Fee an amount equal to double the Timely Notice Exit Fee.  After receiving Notice of Resignation from a Member, all payments due that Member from the Conference shall be withheld and applied to that Member's Exit Fee. The balance of the Member's Exit Fee as provided above, shall be paid by the Member to the Conference on or before the Effective Date.  (Revised June 2011, January 2013, July 2016, April 2021)

(c)  A resigning Member shall play all athletic competitions included in the Conference schedules until the Effective Date of the resignation.

(d)  On the Notice Date a director appointed by a resigning Member shall be deemed to have resigned as a director effective on the Notice Date.

(e)  During the Interim Period,

(i)  the Board of Directors shall be deemed to be reduced by the number of resigning Members and shall be fully empowered to act, as then constituted, to manage the business and affairs of the Conference; and

(ii)  a resigning Member shall be neither obligated nor entitled to appoint a representative to the Board of Directors.

1.05  Expulsion, Suspension, and Probation.  By the affirmative vote of at least three-fourths (3/4) of the members of the Board of Directors, taken not less than fifteen (15) days after written notice to the Member Institution of the proposed action and the reasons for it and not less than five (5) days after the Member Institution has had an opportunity to be heard by the Board of Directors, the Conference may

expel or suspend a Member Institution, or place such Member Institution on probation, for any violation of any of the provisions of the Code. Expulsion means a permanent and complete severance from the Conference in all sports. Suspension means a temporary severance from the Conference in one (1) or more sports. Probation means that a Member Institution has been informed by the Conference that it has violated one or more provisions of the Handbook and that continuation or recurrence of such violation(s) will be grounds for suspension or expulsion. During any period of suspension or probation, the Member Institution shall continue to be represented on the Board of Directors.

1.06  Reinstatement of Members.  By the affirmative vote of at least three-fourths (3/4) of the members of the Board of Directors, any Member Institution who has resigned or has been expelled or suspended may be restored to full membership.

1.07  Assessments and Distribution.

(a)  Assessments.  Each Member Institution will pay an equal share of any assessment approved by a majority of the members of the Board of Directors, to fund the operations of the Conference.

(b)  Distributions.  Each Member Institution will share equally in all of the Conference's net revenues, except for revenues which the Board of Directors determines (by the affirmative vote of three-fourths (3/4) of the members of the Board of Directors) will be distributed on a performance basis and/or other criteria established by the Board of Directors.  A copy of the Conference revenue distribution parameters shall be kept on file in the Conference office. (Revised January2013)

1.08  No Annual Meeting.  No annual meeting of the Member Institutions shall be required.

1.09  Affiliate Members.  The Board of Directors may, by resolution, establish one or more classes of affiliate members for such purposes, with such designations, manner of election or appointment, qualifications, tenure and terms of membership as the Board of Directors may determine.  Except as may otherwise be permitted by the Mountain West Conference Handbook, the affiliate members shall have no voting rights.

1.10  Member Institutions.  Member Institutions that are governmental agencies of their respective states or the United States do not, and shall not be deemed to, expressly or impliedly, waive the sovereign immunity (including, but not limited to, immunity under the Eleventh Amendment to the Constitution of the United States) of their respective states or the United States, and shall not be deemed to consent to suit or to consent to the jurisdiction of the state of Colorado or any other state in which the Conference is located or to the jurisdiction of their courts.  All Member Institutions that are state or federal governmental agencies expressly disclaim any authority or intent to waive the sovereign immunity of their respective governments.

**ARTICLE II**
**BOARD OF DIRECTORS**

2.01  <u>General Powers</u>.  All corporate powers shall be exercised by or under the authority of, and the business and affairs of the Conference shall be managed under the direction of, the Board of Directors.

2.02  <u>Number</u>.  Subject to subparagraph 1.04(e)(I), the number of members of the Board of Directors shall equal the number of Member Institutions in the Conference.

2.03  <u>Manner of Appointment:  Authority</u>.  Subject to subparagraph 1.04(e)(ii), each Member Institution shall be entitled to appoint one (1) representative to the Board of Directors.  The representative appointed must be the Chief Executive Officer (President, Superintendent, Chancellor or similar position) of the Member Institution.

2.04  <u>Term</u>.  Each Director shall hold office until the earlier of:

(a)  the effective of his or her actual resignation as a director or his or her deemed resignation by virtue of paragraph 1.04(d);

(b)  the effective date of his or her removal by the Member Institution which appointed him or her;

(c)  the date he or she ceases to be the CEO of the Member Institution that appointed him or her;

(d)  the Notice Date of the withdrawal of the Member Institution which appointed him or her from membership in the Conference; or

(e)  the effective date of expulsion of the Member Institution which appointed him or her from membership in the Conference.

2.05  <u>Compensation</u>.  Directors shall not receive compensation from the Conference for their services as members of the Board of Directors, but they shall be reimbursed for reasonable expenses incurred by them in attending meetings of the Board of Directors.

2.06  <u>Regular Meetings</u>.  A regular annual meeting of the Board of Directors shall be held in May or June of each year at the time and place determined by the Board of Directors, for the purpose of electing officers and for the transaction of such other business as may come before the meeting.  The Board of Directors may provide by resolution for the holding of additional regular meetings.

2.07  <u>Special Meetings</u>.  Special meetings of the Board of Directors may be called by or at the request of the Chairperson of the Board or fifty percent (50%) or more of the members of the Board of Directors then in office.  The person or persons authorized to call special meetings of the Board of Directors may determine the place as the place, within or outside Colorado, for holding any special meeting of the board called by them.

2.08  <u>Notice</u>.  Notice of each meeting of the Board of Directors stating the place, date and time of the meeting shall be delivered in accordance with Section 7.03, to all directors at least seven (7) days before the date of the meeting.  The method of notice need not be the same for each director.  The business to

be transacted at and the purpose of any special meeting of the Board of Directors must be specified in the notice or waiver of notice of such meeting.

2.09  Waiver of Notice.  A director may waive any notice of a meeting required by these bylaws before, at or after the date or time of the meeting stated in the notice.  Except as provided in the next sentence, any such waiver must be in writing, signed by the director entitled thereto and delivered to the Conference for filing with the corporate records, but such delivery and filing shall not be conditions to its effectiveness. A director's attendance at or participation in a meeting waives any required notice to such director of the meeting unless, at the beginning of the meeting or promptly upon the director's later arrival, the director objects to holding the meeting or transacting business at the meeting because of lack of notice or defective notice and does not thereafter vote for or assent to action taken at the meeting.

2.10  Quorum and Voting.  Three-fourths (3/4) of members of the Board of Directors shall constitute a quorum for the transaction of business at any meeting of the Board of Directors, and the vote of a majority of the directors present in person at a meeting at which a quorum is present shall be the act of the Board of Directors, except where the vote of a specified percentage of the members of the Board of Directors is required for approval.  The Chairperson shall be counted for purposes of determining a quorum and shall be entitled to vote.  If less than a quorum is present at a meeting, a majority of the directors present may adjourn the meeting from time to time and shall give absent directors notice of each such adjournment. Except as otherwise requested by a director, the vote of individual directors on any matter shall not be recorded in the minutes of the meeting.  The individual votes of directors shall not be divulged in press announcements.  For purposes of determining a quorum with respect to a particular proposal, and for purposes of casting a vote for or against a particular proposal, a director may be deemed to be present at a meeting and to vote if the director has granted a signed written proxy to another director who is present at the meeting, authorizing the other director to cast the vote that is directed to be cast by the written proxy with respect to the particular proposal that is described with reasonable specificity in the proxy. Except as provided in this Section 2.10 and as permitted by C.R.S. section 7-128-202, no director may vote or otherwise act by proxy.

2.11  Presumption of Assent.  A director who is present at a meeting of the Board of Directors at which action on any corporate matter is taken is deemed to have assented to all action taken at the meeting unless the director (a) objects at the beginning of the meeting, or promptly upon the director's arrival, to holding the meeting or transacting business at the meeting and does not thereafter vote for or assent to any action taken at the meeting; (b) contemporaneously requests that his or her dissent or abstention as to any specific action taken be entered in the minutes of the meeting; or (c) causes written notice of such dissent or abstention as to any specific action to be received by the presiding officer of the meeting before adjournment of the meeting or by the corporation within 24 hours after adjournment of the meeting.  The right of dissent or abstention pursuant to this section as to specific action is not available to a director who votes in favor of the action taken.

2.12  Delegation of Authority.  To the extent permitted by law, the Board of Directors may delegate any of its duties to such committees or other advisory councils, auxiliaries or other bodies appointed by it for any designated purpose and any such committee shall have and may exercise all of the powers and authority granted to them by the Board of Directors.  The members, terms and authority of such bodies shall be established by resolution of the Board of Directors; except that, if any such committee or other body has one or more members thereof who are entitled to vote on committee matters and who are not then also directors, such committee or other body may not exercise any power or authority reserved to the Board of Directors under the Colorado Revised Nonprofit Corporation Act as it now exists or may hereafter be amended (the "Act"), in the Articles of Incorporation or in these bylaws.

2.13  <u>Action Without a Meeting</u>.  Any action which is required to be or may be taken at a meeting of the Board of Directors or any committee thereof may be taken without a meeting if Consents in writing, setting forth the action so taken are signed by all of the directors or committee members entitled to vote with respect to the subject matter thereof.  Such consents (which may be signed in counterparts) shall have the same force and effects as a unanimous vote of the directors or committee members.

2.14  <u>Other Authorized Action</u>.  To the extent permitted by law, members of the Board or of any committee created by the Board of Directors may participate in a meeting by, or conduct the meeting through the use of, any means of communication by which all directors participating may hear each other during the meeting.  A director participating in a meeting by this means is deemed to be present in person at the meeting.

2.15  <u>Adoption, Approval of Mountain West Conference Handbook</u>.  The Board of Directors shall promulgate, adopt and approve a Handbook of rules, policies and procedures to govern and control the day-to-day operations of the Conference.  The Handbook may be amended only by the affirmative vote of three-fourths (3/4) of the members of the Board of Directors.  Any provision of the Handbook which is contrary to these bylaws shall be treated as being superseded by these bylaws.

2.16  <u>Actions Requiring Board Approval</u>.  The approval of a majority of a quorum of the Board of Directors, or such higher vote as may be specified by other provisions of these bylaws, shall be required to:

    (a) Employ the Commissioner and other Conference officers, prescribe their duties and fix the compensation, terms and conditions of their employment.

    (b) Approve the terms of major contracts and agreements for the purchase, sale or lease of real property, and television or radio broadcast and bowl contracts.

    (c) Initiate, determine, or repeal any rules, regulations or policies of or pertaining to the Conference.

    (d) Review, approve, revise or disapprove any action taken by any committee, advisory council, auxiliary or other bodies established by it.

    (e) Approve the budget of the Conference and established annual dues for each fiscal year.

    (f) Determine to initiate, defend and settle litigation involving the Conference or submit any such matters to arbitration or mediation.

    (g) Approve the admission of a Member.

    (h) Expel, suspend or place on probation a Member Institution as provided in Section 1.05.

    (i) Authorize the Conference to incur indebtedness for borrowing money.

## ARTICLE III
## OFFICERS

3.01  <u>Officers</u>.  The elected officers of the Conference shall consist of a Chairperson of the Board (the "Chairperson") and President, a Vice-Chairperson, a Secretary, and a Treasurer.  The Board may also elect or the President may appoint, one or more Vice Presidents, one or more Assistant Secretaries, one or more Assistant Treasurers, and one or more subordinate officers.  Any two or more offices may be held by the same person.

3.02  <u>Authority and Duties</u>.  All officers of the Conference shall have the authority and shall exercise the powers and perform the duties specified below and as may be additionally specified by the Board of Directors or these bylaws, except that in any event each officer shall exercise such powers and perform such duties as may be required by law or as are established by resolution of the Board of Directors.

(a)  <u>Chairperson of the Board and President</u>.  The Chairperson and President shall be a member of the Board of Directors and shall be the chief executive officer of the Conference.  Each Chairperson shall serve for a term of one year but may be elected to additional one-year terms provided at least one year elapses between terms.  The initial Chairperson and President shall be elected by the affirmative vote of a majority of the Board of Directors.  Thereafter, the Vice-Chairperson shall succeed to the Chairpersonship and Presidency.  The Chairperson shall preside at meetings of the Board of Directors, and, as President, shall perform such other duties as may be prescribed by the Board of Directors from time to time.

(b)  <u>Vice Chairperson of the Board</u>.  The Vice-Chairperson shall be elected annually from the members of the Board of Directors.  In the absence of the Chairperson at a meeting, the Vice-Chairperson or other member of the Board of Directors designated by the Chairperson shall preside at such meeting.  The vice Chairperson shall be chairperson-elect for the next fiscal year.

(c)  <u>Secretary</u>.  The Secretary shall keep the minutes of the Board of Directors; see that all notices are duly given in accordance with the provisions of these bylaws or as required by law; be custodian of the corporate records and of the seal of the Conference; and in general shall perform all duties customarily incident to the office of Secretary and such other duties as from time to time may be assigned to him or her by the Board of Directors.

(d)  <u>Treasurer</u>.  The Treasurer shall serve as the chief financial officer of the Conference and shall have supervision of the funds, securities, receipts and disbursements of the Conference; cause all moneys and other valuable effects of the Conference to be deposited in its name and to its credit in such depositories as shall be selected by the Board of Directors or pursuant to authority conferred by the Board of Directors; cause to be kept correct books of count, proper vouchers and other papers pertaining to the Conference's business at the accounting office of the Conference; render to the Board of Directors annually an audited account of the financial condition of the Conference; and perform any other duties as from time to time may be assigned by the Board of Directors.

(e)  <u>Assistant Secretary and Assistant Treasurer</u>.  The Assistant Secretary and Assistant Treasurer (or in the event there be more than one Assistant Secretary or Assistant Treasurer, in the order of their seniority, designation or election) shall, in the absence or disability of the Secretary or Treasurer, respectively, perform the duties and exercise the powers of the Secretary or

Treasurer and shall perform such other duties as the Board of Directors or the President shall prescribe.

3.03  Election and Term of Office.  The elected officers of the Conference shall be elected by the Board of Directors at a regular annual meeting.  If the election of officers is not held at such meeting, such election shall be held as soon as convenient thereafter.  Each officer shall hold office until the officer's successor shall have been duly elected and shall have qualified, or until the officer's earlier death, resignation or removal.

3.04  Compensation.  The salaries or other compensation of the officers shall be fixed from time to time by the Board of Directors.  The power to establish salaries of officers, other than the President, may be delegated by the Board of Directors to the President, or a committee of the Board of Directors.

**ARTICLE IV**
**COMMISSIONER**

4.01  Commissioner.  The administrative head of the Conference shall be its Commissioner, who shall report to the Board of Directors.  Subject to the direction and under the supervision of the Board of Directors, and in a manner consistent with these bylaws as they may be amended from time to time, the Commissioner shall:

(a) Serve as the Commissioner and chief operating officer of the Conference and have general charge
of the business, affairs and property of the Conference and control over its agents and employees.

(b) Be responsible for general supervision of the operations of The Conference and employ such support personnel as are necessary, consistent with the bylaws and the Handbook.

(c) Serve as the principal enforcement officer of the Handbook, with responsibility for and authority to provide rulings and interpretations of the Handbook and to conduct such investigations of Member Institutions as may be necessary.

(d) Exercise such power and authority as may be reasonably necessary to discharge the duties and responsibilities of the Commissioner's office in the resolution of a controversy or violation of immediate urgency.

(e) Serve as the principal enforcement officer of the Conference.

(f ) Have charge of the Conference offices and authority to employee office personnel and procure equipment as may be necessary and proper for efficient operation.

(g) Be empowered to enter into contracts and legal documents affecting routine and day-to-day operations and duties of the Conference and the Conference office.  Significant contracts and legal documents that constitute major matters (i.e., television contracts, bowl contracts) shall require approval of a majority of the Directors then in office and the signatures of the President and the Commissioner.

(h) At all times devote best efforts to advance the affairs of the Conference in a manner consistent with the aims, purposes and principles of the Conference, and perform such other duties and exercise such other powers as from time to time may be assigned to him or her by these bylaws or by the Board of Directors.

4.02  Employment Contract:  Term.  Employment of the Commissioner shall be by employment contract. The affirmative vote of not less than three-fourths (3/4) of the members of the Board of Directors shall be required to approve such contract or any modification or renewal thereof.  The Board of Directors, in its discretion, by the affirmative vote of a majority of all directors then in office may determine not to approve any annual automatic extension provided for in the Commissioner's employment contract.

4.03  Termination.  The Board of Directors may terminate the employment of the Commissioner at any time, with or without cause, by the affirmative vote of not less than three-fourths (3/4) of the members of the Board of Directors, but the Conference shall honor its financial obligations, if any, set forth in the Commissioner's employment contract.

**ARTICLE V**
**INDEMNIFICATION**

5.01  Indemnification.  Pursuant to the Articles of Incorporation, the Conference has undertaken an obligation to indemnify members, directors and officers of the Conference to the maximum extent permitted by law.  Such indemnification obligation shall be subject to the following understandings:

(a) Advance of Expenses.  In the event of any proceeding in which a party is involved or which may give rise to a right of indemnification under the Articles of Incorporation, following written request to the Conference by the party, the Conference shall pay to the party, to the fullest extent permitted by law (including without limitation in circumstances in which, in the absence of this Section (a), advance of expenses would be discretionary under the laws of Colorado or limited or subject to particular standards of conduct under such laws), amounts to cover expenses incurred by the party in, relating to or as a result of such proceeding in advance of its final disposition.

(b) Settlements.  The Conference shall not be liable under this Article for any amounts paid in settlement of any proceeding effected without its written consent.

(c) Burden of Proof.  If under applicable law the entitlement of a party to be indemnified or advanced expenses pursuant to this Article depends upon whether a standard of conduct has been met, the burden of proof of establishing that the party did not meet such standard shall rest with the Conference.  A party shall be presumed to have acted in accordance with such standard and to be entitled to indemnification or advance of expenses (as the case may be) unless, based upon a preponderance of the evidence, it shall be determined that the party has not met such standard.  Such determination and any evaluation as to the reasonableness of amounts claimed by a party shall be made by the Board of Directors or such other body or persons as may be permitted by  law.

(d) Notification and Defense of Claim.  Promptly after receipt by a party of notice of the commencement of any proceeding, the party shall, if a claim for indemnification in respect thereof may or will be made against the Conference under this Article, notify the Conference in

writing of the commencement thereof; provided, however, that delay in so notifying the Conference shall not constitute a waiver or release by the party of any rights under this Article. With respect to any such proceeding: (a) the Conference shall be entitled to participate therein at its own expense; (b) any counsel representing the party to be indemnified in connection with the defense or settlement thereof shall be counsel mutually agreeable to the party and to the Conference; and (c) if the Conference admits that such party would be entitled to indemnification under this Article in connection with such proceeding, the Conference shall have the right, at its option, to assume and control the defense or settlement thereof, with counsel satisfactory to the party. If the Conference assumes the defense of the proceeding, the party shall have the right to employ its own counsel, but the fees and expenses of such counsel incurred after notice from the Conference of its assumption of the defense of such proceeding shall be at the expense of the party unless (I) the employment of such counsel has been specifically authorized by the Conference, (ii) the party shall have reasonably concluded that there may be a conflict of interest between the Conference and the party in the conduct of the defense of such proceeding, or (iii) the Conference shall not in fact have employed counsel to assume the defense of such proceeding. Notwithstanding the foregoing, if an insurance carrier has supplied directors and officers liability insurance covering a proceeding and is entitled to retain counsel for the defense of such proceeding, then the insurance carrier shall retain counsel to conduct the defense of such proceeding to the extent the terms of the insurance policy so provide.

(e)  <u>Payment Procedures:  Enforcement</u>.  The Conference shall promptly act upon a party's written request for indemnification or advance of expenses.  The right to indemnification and advance of expenses granted by this Article shall be enforceable in any court of competent jurisdiction if the Conference denies the claim, in whole or in part, or if no disposition of such claim is made within sixty days after the written request for indemnification or advance of expenses is made.  If successful in whole or in part in such suit, the party's expenses incurred in bringing and prosecuting such claim shall also be paid by the Conference.

(f)  <u>Other Payments</u>.  The Conference shall not be liable under this Article to make any payment in connection with any proceeding against or involving a party to the extent the party has otherwise actually received payment (under any insurance policy, agreement or otherwise) of the amounts otherwise indemnifiable hereunder.  A party shall repay to the Conference the amount of any payment the Conference makes to the party under this Article in connection with any proceeding against or involving the party, to the extent the party has otherwise actually received payment (under any insurance policy, agreement or otherwise) of such amount.  In the event of any payment under this Article, the Conference shall be subrogated to the extent of such payment to all of the  rights of recovery of the indemnified party, who shall execute all papers and do everything that may be necessary to assure such rights of subrogation to the Conference.

(g)  <u>Other Rights and Remedies</u>.  The right to indemnification and advance of expenses provided by this Article shall be in addition to, and shall not be in limitation of, any other rights a party may have or hereafter acquire under any law, provision of the Articles of Incorporation, any other or further provision of these bylaws, vote of the directors, agreement or otherwise.

(h)  <u>Applicability:  Effect</u>.  The rights to indemnification and advance of expenses provided by the Articles of Incorporation shall be applicable to acts or omissions undertaken on the Conference's behalf or with a view to furthering the Conference's interests that occurred prior

to the formation of the Conference, shall continue as to any party entitled to indemnification under this Article during the period such party occupies or serves in any one or more the capacities covered by this Article, shall continue thereafter so long as the party may be subject to any possible proceeding by reason of the fact that the party occupied or served in any one or more of the capacities covered by this Article, and shall inure to the benefit of the successors, assigns, estates and personal representatives of such parties. Any repeal or modification of this Article or of any Section or provision hereof shall not adversely affect any rights or obligations then existing. All rights to indemnification under the Articles of Incorporation shall be deemed to be provided by a contract between the Conference and each party covered thereby.

(i)    Severability. If any provision of this Article shall be held to be invalid, illegal or unenforceable for any reason whatsoever (a) the validity, legality and enforceability of the remaining provisions of this Article shall not in any way be affected or impaired thereby, and (b) to the fullest extent possible, the remaining provisions of this Article shall be construed so as to give effect to the intent of this Article that each party covered hereby is entitled to the fullest protection permitted by law. Notwithstanding any other provision of these bylaws, the Conference shall neither indemnify any person nor purchase any insurance in any manner or to any extent that would jeopardize or be inconsistent with the qualification of the Conference as an organization described in section 501(c)(3) of the Internal Revenue Handbook, or that would result in the imposition of any liability under section 4941 of the Internal Revenue Handbook.

(j)    Liability. Liability for indemnification shall be limited to the assets of the Conference and no Member, officer or director of the Conference shall have any liability whatsoever with respect to indemnification.

**ARTICLE VI**
**AMENDMENTS**

These bylaws may be altered, amended or repealed and new bylaws or amendments to the bylaws may be approved at any annual meeting or special meeting of the Board of Directors, called for that purpose, by the vote of three-fourth (3/4) of the members of the Board of Directors. The Board of Directors may also adopt emergency bylaws as provided by law.

**ARTICLE VII**
**MISCELLANEOUS PROVISIONS**

7.01  Books and Records.  The Conference shall keep correct and complete books and records of its accounts and shall keep minutes of the proceedings of the Board of Directors and of any other duly appointed and authorized body or committee when exercising any of the powers of the Board of Directors. The books and records of the Conference may be in written form or in any other form which can be converted within a reasonable time into written form for visual inspection.  Minutes shall be recorded in written form but may be maintained in the form of a reproduction.

7.02  Fiscal Year.  Except as from time to time otherwise provided by the Board of Directors, the fiscal year of the Conference shall extend from July 1 to June 30 of each year, both dates inclusive.

7.03  Manner of Giving Notice:  Effectiveness.  Whenever notice is required by law, the Articles of Incorporation or these bylaws to be given to any Member or director, such notice shall be in writing (unless oral notice is reasonable under the circumstances) and may be given in person or by telephone, telegraph, teletype, electronically transmitted facsimile or other form or wire or wireless communication, first class, certified or registered mail, private courier or in any other manner permitted by law.  If written, notice shall be effective as to each such Member or director, as the case may be made, as follows:  (a) in the case of notice mailed by the Conference to the Members, upon deposit in the United States mail, addressed to the Member at the address as it appears in the Conference's current record of Members and with first class postage prepaid; and (b) in all other cases, the earliest of (I) the date received, (ii) five days after deposit in the United States mail (properly addressed and with first class postage prepaid), and (iii) the date shown on the return receipt, if mailed by registered or certified mail, return receipt requested, and the receipt is signed by or on behalf of the addressee.  Oral notice is effective when communicated.

7.04  Reference to Statute.  Except where a bylaw provision permissibly overrides the default language of the statute, in the event of a conflict between these bylaws and the Act, the Members hereby adopt and agree to abide by the provisions of the Colorado Revised Nonprofit Corporation Act, C.R.S. § 7-121-101, et seq., as it may be amended from time to time.

7.05  Corporate Seal.  The corporate seal of the Conference shall be circular in form and shall contain the name of the Conference and the words "Seal, Colorado."  The seal may be used by causing it or a facsimile thereof to be impressed, affixed, manually reproduced or rubber-stamped with indelible ink.

7.06  Litigation.  In any proceeding against the Conference commenced by a Member, the nonprevailing party shall pay the attorneys' fees and costs of the prevailing party.

7.07  <u>Limited Use of Names, Marks, and Logos</u>.  By becoming a member of the Conference, each Member Institution agrees that it grants the Conference a world-wide fully paid-up right and license to use and to authorize the use of the name, marks and logos associated with the athletic programs of the Member Institution, which conform to the configuration and color officially approved by the trademark licensing office of the Member Institution, for so long as the Member Institution is a member of the Conference, for the following and only the following purposes:

(a)  As a component of a Conference mark or logo approved in writing by the Member Institution.

(b)  For material advertising and promoting a Conference contest, tournament, play-off or championship and for display during the course of such tournament, play-off or championship.

(c)  As an integral part of any television or other media broadcast of a Conference contest, tournament, play-off or championship.

The Conference shall not use or authorize the use of the name, marks, or logos of a Member Institution on any commercial product or merchandise, or for advertising or promoting any commercial product, merchandise, or service of any person, partnership, association, corporation, or other entity; except that the Conference shall not be prohibited from licensing the use of an approved Conference mark or logo that include the name, marks or logos of all of the Member Institutions.

[END]

CONSENT OF DIRECTORS

OF

MOUNTAIN WEST CONFERENCE


Pursuant to Section 7-128-202 of the Colorado Revised Nonprofit Corporation Act, the undersigned, being all of the directors of Mountain West Conference, a Colorado nonprofit corporation (the "Corporation"), hereby consent to, vote in favor of and adopt the following resolutions:

I.

Adoption of Bylaws

RESOLVED, that the Bylaws for the regulation of the affairs of the Corporation, as circulated to the board of directors on November 16, 1998 and containing such amendments as were adopted by the board of directors on December 3, 1998 in substantially the form attached hereto, are hereby approved and adopted as the Bylaws of the Corporation, and that a copy of such Bylaws be certified by the Secretary of the corporation and placed in the Corporation's minute book.

II.

Counterpart Execution

FURTHER RESOLVED that this Consent of Directors may be executed in any number of counterparts, all of which together shall constitute one original, to be effective as of the date of first signature.

**RESOLUTIONS OF**

**THE BOARD OF DIRECTORS OF**

**THE MOUNTAIN WEST CONFERENCE**

WHEREAS, the Board of Directors (the "Board") of the Mountain West Conference (the "Corporation") desires that Boise State University ("BSU") be admitted as a voting member of the Corporation;

WHEREAS, the Board now accepts the admission of BSU (Effective July 1, 2011).

WHEREAS, Brigham Young University (BYU) (effective Jun 30, 2011), Texas Christian University (TCU) (effective June 30, 2012) and the University of Utah (Utah) (effective June 30, 2011) resigned from the Corporation in accordance with the Bylaws of the Corporation;

NOW THEREFORE, the Board hereby accepts the resignations of BYU, TCU and Utah.

WHEREAS, the Board of Directors (the "Board") of the Mountain West Conference (the "Corporation") desires that California State University, Fresno ("FSU") be admitted as a voting member of the Corporation;

WHEREAS, the Board now accepts the admission of FSU (effective July 1, 2012).

WHEREAS, the Board of Directors (the "Board") of the Mountain West Conference (the "Corporation") desires that the University of Nevada ("Nevada") be admitted as a voting member of the Corporation;

WHEREAS, the Board now accepts the admission of Nevada (effective July 1, 2012).

WHEREAS, the Board of Directors (the "Board") of the Mountain West Conference (the "Corporation") desires that San Jose State University ("SJSU") be admitted as a voting member of the Corporation;

WHEREAS, the Board now accepts the admission of SJSU (effective July 1, 2013).

WHEREAS, the Board of Directors (the "Board") of the Mountain West Conference (the "Corporation") desires that Utah State University ("USU") be admitted as a voting member of the Corporation;

WHEREAS, the Board now accepts the admission of USU (effective July 1, 2013).

FURTHER RESOLVED, the voting members of the Corporation shall be as follows:

1.    United States Air Force Academy
2.    Boise State University
3.    California State University, Fresno
4.    Colorado College (women's soccer only)
5.    Colorado State University
6.    University of Nevada, Reno
7.    University of Hawaii (football only)
8.    University of New Mexico
9.    San Diego State University
10.    San ~~Jose~~ José State University
11.    University of Nevada, Las Vegas
12.    Utah State University
13.    University of Wyoming

**EXHIBIT A**

**AMENDMENT TO THE**

**ARTICLES OF INCORPORATION OF**

**THE MOUNTAIN WEST CONFERENCE**

Article V(c) of the articles of incorporation of the Mountain West Conference, a Colorado nonprofit corporation, is hereby amended in its entirety to read as follows:

(c)     The voting members of the Corporation shall be as determined by the Board of Directors of the Corporation from time to time.  Any action by the Board of Directors to admit or remove a voting member of the Corporation must be approved by the vote of at least three fourths (3/4) of the members of the Board of Directors of the Corporation.