# APPENDIX B

**MEMORANDUM OF UNDERSTANDING**
**FOR MOUNTAIN WEST CONFERENCE GRANT OF RIGHTS AGREEMENT**

**THIS MEMORANDUM OF UNDERSTANDING** (this "MOU"), effective on the Effective Date defined below, is by and among the Mountain West Conference, a Colorado nonprofit corporation (the "Conference"), and each of the following entities that sign this MOU: United States Air Force Academy ("Air Force"), University of Hawai'i, Manoa ("Hawai'i"), University of Nevada, Reno ("Nevada"), University of New Mexico ("New Mexico"), San José State University ("San José State"), University of Nevada, Las Vegas ("UNLV"), and University of Wyoming ("Wyoming") (collectively, the "Member Institutions").

**WHEREAS**, because time is of the essence, the Conference and Member Institutions are executing this MOU to memorialize the terms of their agreement;

**WHEREAS**, by execution of this MOU, the Conference and the Member Institutions agree to work cooperatively in the preparation of the formal Grant of Rights Agreement as set out below;

The parties hereto express the following understanding:

1.  The "Term" of this Agreement shall begin on July 1, 2026 and shall continue until June 30, 2032. The "Effective Date" means the date when this Agreement is signed by duly authorized representatives of the Conference, Air Force, UNLV, and at least four of the other five Member Institutions.

2.  The Conference presently owns the exclusive rights to all Conference television, national radio and digital broadcasts, and related intellectual property, through contractual agreements with various linear and digital networks, as set forth more explicitly in the Mountain West Handbook and in the applicable media contracts ("Media Rights");

3.  The Conference and the Member Institutions agree that (a) the Conference and the Member Institutions will execute a Grant of Rights from the Member Institutions to the Conference for the Media Rights during the Term; (b) the Member Institutions will remain in the Conference and (c) the Conference will make certain payments to the Member Institutions as set forth in paragraph 5 below. The Conference and each of the Member Institutions acknowledge that the Conference will retain the Media Rights to be more fully addressed in the Grant of Rights Agreement.

4.  The Conference agrees to maintain the institutional Media Rights revenue distributions to the Member Institutions at no less than current levels, i.e. approximately $3.5 million to each regular Member Institution, during the Term.  If necessary, the Conference will utilize a combination of revenue sources to maintain these distributions.

5.  The Member Institutions acknowledge that the Conference's ability to make the incentive payments set forth in this paragraph 5 ("Incentive Payments") is contingent upon the Conference having collected a sufficient portion of (a) the exit fees owed to the Conference by Colorado State University, Boise State University, California State University, Fresno, San Diego State University, and Utah State University (the "Exiting

1

Schools") based on their decision to terminate membership in the Conference effective July 1, 2026 (the "Exit Fees"), and (b) the withdrawal fees owed to the Conference by the Pac-12 based on its decision to accept the Exiting Schools for membership in the Pac-12 effective July 1, 2026 (the "Withdrawal Fees"). The Conference will use commercially reasonable efforts to collect the Exit Fees and Withdrawal Fees. From the Exit Fees and Withdrawal Fees actually collected by the Conference ("Collected Fees"), the Conference will make the following Incentive Payments to each Member Institution that signs this MOU, with the first Incentive Payments being made as soon as practicable in compliance with the Bylaws of Mountain West Conference but no later than July 1, 2026 ("First Payment Date"):

a. <u>First $61 Million of Collected Fees</u>. The Conference will distribute the first $61 million of Collected Fees ("First Tranche") as follows:

    i. 24.5% to Air Force

    ii. 24.5% to UNLV

    iii. 11.5% to Nevada

    iv. 11.5% to New Mexico

    v. 11.5% to San José State

    vi. 11.5% to Wyoming

    vii. 5% to Hawai'i

b. <u>Next $18 Million of Collected Fees</u>. After paying the First Tranche, the next $18 million of Collected Fees will be held in reserve and used by the Conference to cover the expenses associated with recruiting new member institutions into the Conference ("Recruiting Reserve"). The Conference will use commercially reasonable efforts to minimize these recruiting expenses and to distribute any unused portion of the Recruiting Reserve to the Member Institutions according to the percentages used in the First Tranche.

c. <u>Next $21 Million of Collected Fees</u>. After paying the First Tranche and funding the Recruiting Reserve, the Conference will distribute the next $21 million of Collected Fees ("Second Tranche") according to the percentages used in the First Tranche.

d. <u>Payment of Legal Fees and Expenses</u>. After paying the First Tranche, funding the Recruiting Reserve, and paying the Second Tranche, the Conference will pay all legal fees and expenses incurred by the Conference.

e. <u>Payment of Remaining Collected Dollars</u>. After paying the First Tranche, funding the Recruiting Reserve, paying the Second Tranche, and paying its

5701286.1

legal fees and expenses, the Conference will distribute the remaining Collected Fees ("Third Tranche") as follows:

    i.  15.83% to Air Force

    ii.  15.83% to UNLV

    iii.  15.83% to Nevada

    iv.  15.83% to New Mexico

    v.  15.83% to San José State

    vi.  15.83% to Wyoming

    vii.  5% to Hawai'i

6. If a Member Institution accepts an invitation to join the ACC, Big 10, Big 12, or SEC, such Member Institution shall be released from its obligations under, and shall waive its right to enforce, this MOU and the Grant of Rights Agreement.

7. During the Term of this MOU and the Grant of Rights Agreement, the Conference's basketball championships shall be played in Las Vegas, Nevada.

8. The Conference will move its offices to Las Vegas, Nevada as soon as practicable after the expiration of its existing office lease in Colorado Springs, Colorado, and such Conference offices shall remain in Las Vegas, Nevada at least through the end of the Term of this MOU and the Grant of Rights Agreement.

9. In the event the Exiting Schools do not actually exit from the Conference, this MOU and the associated Grant of Rights Agreement shall remain fully enforceable.

10. This MOU shall not be binding upon nor enforceable by any Member Institution that refuses to sign this MOU.

11. This MOU may not be modified or amended other than by an agreement in writing signed by duly authorized representatives of the Conference and three-fourths (3/4) of the Member Institutions that have signed and are bound by this Agreement.

12. This MOU may be executed in counterparts exchanged by electronic means (such as DocuSign or PDF signature pages exchanged via email), each of which shall be deemed an original.

13. The Conference and Member Institutions acknowledge that while the Grant of Rights Agreement may take a longer period of time for vetting and execution, time is of the essence with this MOU.

5701286.1

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference


_____    _____
Lt. General Tony Bauernfeind    Cynthia Teniente-Matson
Superintendent    President
United States Air Force Academy    San José State University


_____    _____
David Lassner    Keith E. Whitfield
President    President
University of Hawai'i, Manoa    University of Nevada, Las Vegas
(men's football only)


_____    _____
Brian Sandoval    Edward Seidel
President    President
University of Nevada, Reno    University Wyoming


_____
Garnett S. Stokes
President
University of New Mexico

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

---

Gloria Nevarez
Commissioner
Mountain West Conference

---

Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

---

Cynthia Teniente-Matson
President
San José State University

---

David Lassner
President
University of Hawai'i, Manoa
(men's football only)

---

Keith E. Whitfield
President
University of Nevada, Las Vegas

---

Brian Sandoval
President
University of Nevada, Reno

---

Edward Seidel
President
University Wyoming

---

Garnett S. Stokes
President
University of New Mexico

4

5701286.1

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference

_____
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

_____
Cynthia Teniente-Matson
President
San José State University

_____
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

_____
Keith E. Whitfield
President
University of Nevada, Las Vegas

_____
Brian Sandoval
President
University of Nevada, Reno

_____
Edward Seidel
President
University Wyoming

_____
Garnett S. Stokes
President
University of New Mexico

4

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

---
Gloria Nevarez
Commissioner
Mountain West Conference

---
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

---
Cynthia Teniente-Matson
President
San José State University

---
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

---
Keith E. Whitfield
President
University of Nevada, Las Vegas

---
Brian Sandoval
President
University of Nevada, Reno

---
Edward Seidel
President
University Wyoming

---
Garnett S. Stokes
President
University of New Mexico

4

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference


_____
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

_____
Cynthia Teniente-Matson
President
San José State University


_____
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

_____
Keith E. Whitfield
President
University of Nevada, Las Vegas


_____
Brian Sandoval
President
University of Nevada, Reno

_____
Edward Seidel
President
University Wyoming

_____
Garnett S. Stokes
President
University of New Mexico

5701286.1

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference

_____
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

_____
Cynthia Teniente-Matson
President
San José State University

_____
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

_____
Keith E. Whitfield
President
University of Nevada, Las Vegas

_____
Brian Sandoval
President
University of Nevada, Reno

_____
Edward Seidel
President
University Wyoming

_____
Garnett S. Stokes
President
University of New Mexico

4

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference

_____
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

_____
Cynthia Teniente-Matson
President
San José State University

_____
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

_____
Keith E. Whitfield
President
University of Nevada, Las Vegas

_____
Brian Sandoval
President
University of Nevada, Reno

_____
Edward Seidel
President
University Wyoming

_____
Garnett S. Stokes
President
University of New Mexico

4

IN WITNESS WHEREOF, each of the undersigned has executed this Memorandum of Understanding effective as of the Effective Date.

_____
Gloria Nevarez
Commissioner
Mountain West Conference


_____
Lt. General Tony Bauernfeind
Superintendent
United States Air Force Academy

_____
Cynthia Teniente-Matson
President
San José State University


_____
David Lassner
President
University of Hawai'i, Manoa
(men's football only)

_____
Keith E. Whitfield
President
University of Nevada, Las Vegas


_____
Brian Sandoval
President
University of Nevada, Reno

_____
Edward Seidel
President
University Wyoming


_____
Garnett S. Stokes
President
University of New Mexico

4