# APPENDIX F

