# APPENDIX H

**Subject:** FW: Title IX Complaint and request for Investigation

On Oct 31, 2024, at 8:00 AM, Title IX and Equal Opportunity Mailbox <titleixeo@sjsu.edu> wrote:

Hello Melissa,

I am in receipt of your complaint. I appreciate the time you took to document the tremendous difficulties you and some of the players have experienced with the volleyball team. Would you be open to meeting with me so I can better understand your observations and experiences, and to discuss potential next steps? I have copied my colleague, Melissa, to help coordinate a time.

For your awareness, I plan to send individual emails to the players you identified in your complaint who have been experiencing potential discrimination. I am also going to offer them meetings. My hope is that they get back to me.

Looking forward to speaking with you in more detail.

Kindly,
Peter

On Tue, Oct 29, 2024 at 2:24 PM Melissa Batie-Smoose <mbatiesmoose@gmail.com> wrote:

> Peter,
>
> Attached is my complaint about the Title IX violation.
>
> Melissa Batie-Smoose
> Associate Head Volleyball Coach

1