## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-3155-SKC-MDB

BROOKE SLUSSER, *et al.*,

        Plaintiffs,

v.

THE MOUNTAIN WEST CONFERENCE, *et al.*,

        Defendants.

---

### REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE CORRECTED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND CORRECTED APPENDIX TO MOTION

---

Plaintiffs Brooke Slusser, Kaylie Ray, Macey Boggs, Sierra Grizzle, Jordan Sandy, Katelyn Van Kirk and Kiersten Van Kirk (collectively the "Plaintiffs") by and through their counsel, respectfully submit this reply in support of their Motion for Leave to File a Corrected Emergency Motion for Preliminary Injunction and Corrected Appendix (ECF No. 17) ("Motion for Leave").

In their response (ECF No. 18), Defendants Board of Trustees of the California State University ("CSU Board") and individual Defendants from San Jose State University Todd Kress and Laura Alexander (collectively "SJSU Defendants"), split hairs, elevate form over substance, and impose a form pleading standard that this Court has not applied for decades. The Complaint and the Emergency Motion for Preliminary Injunction clearly and plainly identified the injunctive relief requested in a manner that is plausible on its face. *Robbins v. Oklahoma*, 519 F.3d 1242, 1246–

48 (10th Cir. 2008) (citing Fed. R. Civ. P. 8(a)(2) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)).

Plaintiffs are not "amend[ing] their preliminary injunction motion to add an entirely new party." (ECF No. 18 at 2). There is no "entirely new party" to add. The premise of the SJSU Defendants argument is that a motion for preliminary injunction is subject to some kind of form pleading. It is not. All that's required is "notice to the adverse party" of the injunctive relief requested, Fed. R. Civ. P. 65(a), in the form of a motion that is "in writing," states "with particularly the grounds for seeking the order," and "state[s] the relief sought. Fed. R. Civ. P. 7(b). The SJSU Defendants have had more than sufficient notice, and the grounds for relief are crystal clear in the Emergency Motion. The Plaintiffs seek injunctive relief to, among other things, enjoin SJSU from rostering Blaire Fleming pursuant to Title IX.

The Complaint seeks injunctive relief against SJSU under Title IX. It named the CSU Board as the proper defendant to do so under Count I. The Emergency Motion for Preliminary Injunction sought an order to "enjoin SJSU." The Motion for Leave seeks the Court's permission to articulate in form what has always been clear in the substance of the Complaint and the Emergency Motion.

There is no "inexcusable and prejudicial" delay in seeking leave to file a Corrected Emergency Motion for Preliminary Injunction, as the SJSU Defendants' argue. (ECF No. 18 at 4). Defendants' argument goes to the merits of the Emergency Motion, not whether a Corrected Emergency Motion can be filed. As noted above, the relief sought by Plaintiffs has been clear from the outset.

WHEREFORE, Plaintiffs respectfully request that the Court accept the filing of the Corrected Motion and Corrected Appendix attached to the Motion for Leave as **Exhibits A** and **C** and to permit them to be substituted for Plaintiffs' previously filed Emergency Motion for Preliminary Injunction and Movants' Appendix, and grant all necessary and proper relief.

DATED: November 19, 2024

*/s/ William Bock III*

William Bock III, CO Atty. No. 45633
Justin R. Olson, IN No. 31450-49
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Tel: (317) 692-9000
Fax: (317) 264-6832
E-mail:   wbock@kgrlaw.com
E-mail:   jolson@kgrlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on November 19, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system on the following parties who have appeared in this case.

Bryan Heckenlively
MUNGER TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
bryan.heckenlively@mto.com

Jennifer L. Bryant
MUNGER TOLLES & OLSON, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Jennifer.Bryant@mto.com

Helen E. White
MUNGER TOLLES & OLSON, LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
helen.white@mto.com

*Counsel for Board of Trustees of the California University System, Laura Alexander, and Todd Kress*

I also certify that I caused to a true and correct copy of the foregoing to be sent by electronic mail to the following parties who have not yet appeared in this case:

Wesley R. Powell
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
wpowell@willkie.com

*Counsel for The Mountain West Conference*

/s/ William Bock III
William Bock III, CO Atty. No. 45633

## <u>ARTIFICIAL INTELLIGENCE CERTIFICATION</u>

I certify that no portion of this filing was drafted by artificial intelligence.

*/s/ William Bock III*
William Bock III, CO Atty. No. 45633