**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. DISTRICT JUDGE S. KATO CREWS**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  November 20, 2024 |
| Court Reporter:    Mary George | |

**CASE NO.    24-cv-03155-SKC-MDB**

| Parties | Counsel |
|---|---|
| BROOKE SLUSSER, *et al.*, | Justin Olson |
| | William Bock, III |
| Plaintiffs, | |
| | |
| UTAH STATE UNIVERSITY, | Andrew Nussbaum |
| | |
| Intervenor Plaintiffs, | |
| | |
| v. | |
| | |
| THE MOUNTAIN WEST CONFERENCE, *et al.*, | Chad Williams |
| | Kyler Burgi |
| Defendants. | Matt Basil |
| | Wes Powell |
| | Bryan Heckenlively |
| | Helen White |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**
**Court in session:    1:05 p.m.**

Appearances of counsel.   All counsel appear by telephone.

Preliminary remarks made by the Court.

Discussion held and argument given regarding whether testimony will be necessary for the hearing set tomorrow, pending motions, and privacy concerns as to gender identity and medical information.

For reasons stated on the record, it is **ORDERED as follows:**

- The Evidentiary Hearing set for November 21, 2024, is CONVERTED to an Oral Argument Hearing and will begin at **9:00 a.m.** before Judge S. Kato Crews in Courtroom

C-201 of the Byron Rogers Courthouse.
- Any particular evidence counsel would like to submit will be done by an offer of proof.
- Moving Plaintiffs shall have 30 minutes to present opening oral argument.   Defendants shall have up to 30 minutes for argument in response.   Moving Plaintiffs shall have additional time for rebuttal argument, which will be determined after Defendants' argument.   Intervenor Plaintiff shall have 10 minutes to present argument or offers of proof, if any.
- Counsel shall meet and confer regarding the privacy issue as to gender identity and medical information and advise the Court by email how they propose to address those issues.
- Defendants The Mountain West Conference and Gloria Nevarez's Motion In Limine to Exclude Plaintiffs' Expert Reports and Testimony (ECF No. 30) and Plaintiffs' Motion for Leave for Witness to Testify Remotely (ECF No. 31) is DENIED as moot. are DENIED as moot.

The Court reviews Local Rule 7.2 regarding motions to restrict, the Court's practice standards, uniform practice standards, and advises counsel to be familiar with Magistrate Judge Braswell's practice standards.

**Court in recess:**      **1:50 p.m.**
**Total in court time:**   **00:45**
**Hearing concluded.**