IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03155-SKC-MDB

BROOKE SLUSSER, *et al.*,

      Plaintiffs,

v.

THE MOUNTAIN WEST CONFERENCE, *et al.*,

      Defendants.

## PLAINTIFFS' WITNESS & EXHIBIT LIST SUBMITTED IN CONNECTION WITH PLAINTIFFS' OFFERS OF PROOF

Plaintiffs Brooke Slusser, Kaylie Ray, Macey Boggs, Sierra Grizzle, Jordan Sandy, Katelyn Van Kirk and Kiersten Van Kirk (collectively the "Plaintiffs") by and through their counsel, hereby submit their Witness & Exhibit List in support of their anticipated offers of proof at the November 21, 2024, hearing on Plaintiffs' Emergency Motion for Preliminary Injunction.

This matter was originally set for a full day Evidentiary Hearing to occur on November 21, 2024, and that hearing has been converted to argument only on Plaintiffs' Emergency Motion for Preliminary Injunction. The parties were instructed by the Court that if they believe evidentiary materials were necessary for resolution of their motion that they should make an offer of proof. Therefore, Plaintiffs identify and submit to the Court the following witnesses they would have called and the

exhibits which they would have introduced at the hearing and which were relied upon in their offers of proof at the Preliminary Injunction hearing.

### **WITNESSES THAT WOULD HAVE BEEN CALLED BY PLAINTIFFS**

1. **Dr. Tommy Lundberg, PhD** [Verified Expert Report Submitted as Exhibit 33]

2. **Brooke Slusser**, Student-Athlete at San Jose State University [Declaration Submitted as Exhibit 39]

3. **Kaylie Ray**, Student-Athlete at Utah State University [Declaration Submitted as Exhibit 37]

4. **Macey Boggs**, Student-Athlete at Wyoming University [Declaration Submitted as Exhibit 36]

5. **Melissa Batie-Smoose**, Assistant Coach at San Jose State University [Declaration Submitted as Exhibit 35]

6. **Dr. Chad Thomas Carlson**, M.D., FACSM [Verified Expert Report Submitted as Exhibit 41]

7. **Dennis Baskin**, [Verified Expert Report Submitted as Exhibit 42]

8. **Bret A. Gilliland**, Deputy Commissioner of the Mountain West Conference

9. **Gloria Nevarez**, Commissioner of the Mountain West Conference

10. **Sean Harris**, Associate Commissioner for Sports Administration & Championships of the Mountain West Conference

**EXHIBITS THAT WOULD HAVE BEEN SUBMITTED
AND RELIED UPON BY PLAINTIFFS**

| Exhibit No. | Description |
|---|---|
| 1 | 2024-25 Mountain West Handbook |
| 2 | Memorandum of Understanding for Mountain West Conference Grant of Rights Agreement |
| 3 | NCAA's Transgender Student-Athlete Eligibility Policies |
| 4 | *University Of Nevada Will Not Forfeit Against San Jose State, Blaire Fleming* |
| 5 | *Nevada Players Vote To Forfeit Against SJSU, Transgender Player Despite School's Statement* |
| 6 | *University Of Nevada Says Forfeit Against SJSU 'Does Not Represent Position' Of School* |
| 7 | *UNR president Brian Sandoval releases new statement on Nevada-SJSU volleyball match* |
| 8 | *Nevada's controversial volleyball match against San Jose State has moved locations* |
| 9 | San Jose State University's Women's Volleyball Schedule |
| 10 | Mountain West Conference Volleyball Standings |
| 11 | 2024-25 Mountain West Women's Volleyball Conference Leaders in Conference Games, as of Nov. 8, 2024 |
| 12 | 2024-25 Mountain West Women's Volleyball Conference Leaders in Conference Games, as of Oct. 30, 2024 |
| 13 | Rule 1006 Summary of Mountain West Conference Transgender Participation Policies Impact on Conference Wins/Losses |
| 18 | 2022–2023 Mountain West Handbook |
| 19 | 2023-2024 Mountain West Handbook |
| 20 | Demonstrative Video Compiling Footage of SJSU Women's Volleyball Team Competition [pursuant to D.C.COLO.LCivR. 5.1, this video will be filed by delivering a thumb drive to the clerk's office] |
| 21 | *Mountain West Denies It Snuck In New Rule to Punish Boycott Of Trans Player* |
| 22 | Curriculum Vitae of Dr. Chad Thomas Carlson, M.D., FACSM |
| 23 | Screenshots from Mountain West Conference Handbook Metadata |
| 24 | Drafts of Mountain West Conference Transgender Policy Since 2021 |
| 25 | NCAA Transgender Eligibility Policies approved by Mountain West Conference (if different than Exhibit 2) |

| Exhibit No. | Description |
|---|---|
| 26 | SJSU U.S. Department of Education EADA Report for Reporting Year July 1, 2022 to June 30, 2023 |
| 27 | Student Athletics Participation Data Retrieved from U.S. Department of Education for Reporting Year July 1, 2022 to June 30, 2023 |
| 28 | SJSU Athletics Webpage: Gender Equity Reports |
| 29 | (omitted) |
| 30 | Appendix J Mountain West Transgender Participation Policy |
| 31 | Letter to MWC Commissioner from Congress |
|  | Declaration of Kimberly Layton |
|  | Expert Witness Declaration of Dr. Tommy Lundberg, PhD |
|  | Declaration of Dr. Brent Ellis |
|  | Declaration of Melissa Batie-Smoose |
|  | Declaration of Macey Boggs |
|  | Declaration of Kaylie Ray |
|  | Declaration of Aleah Liilii |
|  | Declaration of Brooke Slusser |
|  | Declaration of Katelyn Van Kirk |
|  | Expert Witness Report of Dr. Chad Thomas Carlson, M.D., FACSM |
|  | Verified Expert Report of Dennis Baskin |

Respectfully submitted,

DATED: November 21, 2024.   */s/ William Bock III*
William Bock III, CO Atty. No. 45633
Justin R. Olson, IN No. 31450-49
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Tel: (317) 692-9000
Fax: (317) 264-6832
E-mail:   wbock@kgrlaw.com
E-mail:   jolson@kgrlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on November 21, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system on the following parties who have appeared in this case.

Helen E. White
MUNGER TOLLES & OLSON, LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
helen.white@mto.com

Bryan Heckenlively
MUNGER TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
bryan.heckenlively@mto.com

Jennifer L. Bryant
MUNGER TOLLES & OLSON, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Jennifer.Bryant@mto.com

*Counsel for Board of Trustees of the California University System, Laura Alexander, Todd Kress, and Michelle McDonald Smith*

Kyler K. Burgi
Chad D. Williams
DAVIS GRAHAM & STUBBS L.L.P.
1550 17th Street, Suite 500
Denver, CO 80202
kyler.burgi@davisgraham.com
chad.williams@davisgraham.com

*Counsel for The Mountain West Conference and Gloria Nevarez*

Andrew Nussbaum
First & Fourteenth PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
andrew@first-fourteenth.com

*Counsel for Intervenor-Plaintiff Utah State University*

*/s/ William Bock III*
William Bock III, CO Atty. No. 45633

5

## ARTIFICIAL INTELLIGENCE CERTIFICATION

I certify that no portion of this filing was drafted by artificial intelligence.

                                              */s/ William Bock III*
                                              William Bock III, CO Atty. No. 45633