IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| BROOKE SLUSSER, ALYSSA SUGAI, ELLE PATTERSON, MELISSA BATIE-SMOOSE, ALEAH LIILII, NICANORA CLARKE, KAYLIE RAY, MACEY BOGGS, SIERRA GRIZZLE, JORDAN SANDY, KATELYN VAN KIRK, and KIERSTEN VAN KIRK,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE MOUNTAIN WEST CONFERENCE, GLORIA NEVAREZ, in her official capacity as the Commissioner of The Mountain West Conference,<br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br>LAURA ALEXANDER, in her individual capacity and in her official capacity as the Senior Associate Athletic Director for Student-Athlete Wellness and Leadership Development at San Jose State University,<br>TODD KRESS, in his individual capacity and official capacity as the head coach of the San Jose State University Women's Volleyball Team, and MICHELLE MCDONALD SMITH, in her individual capacity and in her official capacity as the Senior Director of Media Relations at San Jose State University,<br><br>    *Defendants*. | Case No.: 24-cv-3155 |

## APPEARANCE OF COUNSEL

TO: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for Defendants the Board of Trustees of the California State University, Laura Alexander, and Todd Kress.

Dated:  November 21, 2024             */s/ Jennifer L. Bryant*
Jennifer L. Bryant
California Bar No. 293371
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Phone: (213) 683-9100
Email:  Jennifer.Bryant@mto.com

*Attorney for Defendants*