IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. District Judge S. Kato Crews

Courtroom Deputy: Cathy Pearson
Court Reporter: Mary George

Date: November 21, 2024

Case No.: **24-cv-03155-SKC-MDB**

| Parties | Counsel |
|---|---|
| BROOKE SLUSSER, *et al.*, | William Bock |
|  | Justin Olson |
| Plaintiffs, |  |
| UTAH STATE UNIVERSITY, | Andrew Nussbaum |
| Intervenor Plaintiff, |  |
| v. |  |
| THE MOUNTAIN WEST CONFERENCE, *et al.*, | Chad Williams |
|  | Kyler Burgi |
|  | Matt Basil |
| Defendants. | Wes Powell |

## COURTROOM MINUTES

**ORAL ARGUMENT**
**Court in session:** 9:05 a.m.

Court calls case. Appearances of counsel.

The Court advises the audience members, including observes on the phone line, of Local Rule 83.1 regarding prohibition of audio and video recording.

Discussion held and argument given regarding CSU Defendants' oral motion to proceed with pseudonym references with regard to student athletes.

The Court states findings.

**ORDERED:** CSU Defendants' oral motion to proceed with pseudonym references with regard to student athletes is DENIED as stated on the record. However, to the extent that the plaintiffs seek to offer any proffers that involve specific medical information pertaining to any SJSU player or any particular statements or admissions of sorts by any SJSU player not a party to this case, counsel shall alert the Court, and that discussion will be held at sidebar.

Discussion held regarding procedural matters.

The Court proceeds with argument on the Emergency Motion for Preliminary Injunction (ECF No. 14) and Plaintiff-Intervenor's Partial Joinder in Plaintiffs' Emergency Motion for Preliminary Injunction (ECF No. 29).

9:52 a.m.      Argument given by Mr. Olson.

10:14 a.m.     Argument given by Mr. Bock.

**Court in recess:**     **10:26 a.m.**
**Court in session:**    **10:40 a.m.**

Discussion held regarding time allotted for argument.

10:45 a.m.     Continued argument given by Mr. Bock.

11:01 a.m.     Argument given by Mr. Nussbaum.

11:18 a.m.     Argument given by Mr. Powell.

11:44 a.m.     Argument given by Mr. Heckenlively.

11:46 a.m.     Rebuttal argument given by Mr. Bock.

The Court takes the matter under advisement and will issue a written order.

**Court in recess:**     **11:58 a.m.**
Time in court:         2:39
Hearing concluded.