IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03155-SKC-MDB

BROOKE SLUSSER, *et al.*,

    Plaintiffs,

v.

THE MOUNTAIN WEST CONFERENCE, *et al.*,

    Defendants.

---

**NOTICE OF EMERGENCY APPEAL FROM ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

---

    Plaintiffs Brooke Slusser, Kaylie Ray, Katelyn Van Kirk and Kiersten Van Kirk (collectively the "Plaintiffs") appeal to the United States Court of Appeals for the Tenth Circuit from the Order Denying Plaintiffs' Emergency Motion for Preliminary Injunction entered on November 25, 2024.

DATED: November 25, 2024.

    */s/ William Bock III*
    William Bock III, CO Atty. No. 45633
    Kroger Gardis & Regas, LLP
    111 Monument Circle, Suite 900
    Indianapolis, IN 46204
    Tel: (317) 692-9000
    Fax: (317) 264-6832
    E-mail:   wbock@kgrlaw.com

    ATTORNEYS FOR PLAINTIFFS