

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 11/25/2024

☐ Pro Se     ☒ Retained     ☐ CJA     ☐ FPD     ☐ USA or other Federal Agency (Appeal Fee Exempt)

Case No: 24-cv-03155-SKC-MDB     ☐ Amended Notice of Appeal
                                 ☐ Other pending appeals
Date Filed: 11/25/2024           ☐ Transferred Successive §2254 or §2255
Appellant: Katelyn Van Kirk, Kiersten Van Kirk, Brooke Slusser, Kaylie Ray
                                 ☐ Supplemental Record

Pro Se Appellant:
☐ IFP forms mailed/given     ☐ Motion IFP pending     ☐ Appeal fee paid
                             ☐ IFP denied             ☐ Appeal fee not paid

Retained Counsel:
☒ Appeal fee paid     ☐ Appeal fee not paid     ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:   s/T. Lovell
         Deputy Clerk

Rev. 8/17/2017

cc:     Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017