**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-3155-SKC-MDB

BROOKE SLUSSER, et al.,

     Plaintiffs,

     and

UTAH STATE UNIVERSITY,

     Intervenor-Plaintiff,

v.

THE MOUNTAIN WEST CONFERENCE, et al.,

     Defendants.

---

**Notice of Entry of Appearance**

---

     Stanford Purser, of the Utah Attorney General's Office, hereby enters his appearance as additional counsel for Intervenor-Plaintiff Utah State University.

     Respectfully submitted,

     /s/ Stanford Purser
     Stanford Purser
     Office of the Utah Attorney General
     160 E. 300 S., 5th floor
     Salt Lake City, Utah 84111
     Telephone: 801-366-0533
     Email: spurser@agutah.gov

     *Counsel for Intervenor-Plaintiff*
     *Utah State University*

**Certificate of Service**

I hereby certify that on 26 November 2024 a true, correct and complete copy of the foregoing was filed with the Court and served via the court's electronic filing system.

 /s/ Stanford Purser