EXHIBIT A – PLACEHOLDER

EXHIBIT FILED SEPARATELY UNDER RESTRICTION