EXHIBIT B – PLACEHOLDER

EXHIBIT FILED SEPARATELY UNDER RESTRICTION