IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-3155-SKC-MDB

BROOKE SLUSSER, et al.,

    Plaintiffs,

    and

UTAH STATE UNIVERSITY,

    Intervenor-Plaintiff,

v.

THE MOUNTAIN WEST CONFERENCE, et al.,

    Defendants.

---

### Utah State University's Notice of Dismissal

---

Intervenor-Plaintiff Utah State University (USU) hereby provides notice that it voluntarily dismisses its complaint in intervention in this matter. Fed. R. Civ. P. 41(a)(1)(A). USU intervened as a plaintiff in this matter asserting one claim limited solely to seeking certain preliminary injunctive relief related to the 2024 Mountain West Volleyball women's volleyball tournament. The court denied any preliminary injunctive relief and the volleyball tournament has already occurred. In other words, USU's requested relief is now moot.

Because USU files this notice before Defendants have answered USU's complaint in intervention or moved for summary judgment, dismissal occurs without the need for leave of the court or court order. Fed. R. Civ. P. 41(a)(1)(A).

1

Respectfully submitted,

 /s/ Stanford Purser
Stanford Purser
Office of the Utah Attorney General
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
Telephone: 801-366-0533
Email: spurser@agutah.gov

*Counsel for Intervenor-Plaintiff
Utah State University*

## Certificate of Service

I hereby certify that on 11 December 2024 a true, correct and complete copy of the foregoing was filed with the Court and served via the court's electronic filing system.

    /s/ Stanford Purser

3