# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03155-SKC-MDB

BROOKE SLUSSER, *et al.*,

      Plaintiffs,

v.

THE MOUNTAIN WEST CONFERENCE, *et al.*,

      Defendants.

## DECLARATION OF BROOKE SLUSSER

I, Brooke Slusser, under penalties of perjury, affirm that the following statements are true to the best of my knowledge, information, and belief:

1. I am over the age of twenty-one (21).

2. The statements contained in this declaration are based on my personal knowledge and are true and accurate to the best of my knowledge, information, and belief.

3. I understand that the statements made in this declaration will be submitted to the Court in connection with the above-captioned case.

4. It is my firm conviction that women volleyball players who have been denied equal opportunity because of their sex, should not use pronouns inconsistent with biological sex because to do so reflects a lie that sex is malleable and changeable, not anchored to biological reality. As a matter of conscience and

personal and religious belief, I cannot use pronouns inconsistent with biological sex.

5. I am very concerned that the Courts Preferred Pronouns Order ("PPO") could subject me to sanctions merely for adhering to my personal beliefs and convictions stated above.

6. I am further concerned that the PPO reflects that Judge Crews has prejudged key issues in this case, including whether anyone who identifies with the opposite sex becomes a member of that sex, whether sex is immutable and/or whether gender identity is equivalent to "sex."

I swear or affirm under penalties of perjury that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated this 18th day of February, 2025.

Brooke Slusser (Feb 18, 2025 13:05 CST)
Brooke Slusser