FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 19, 2025

_____

Christopher M. Wolpert
Clerk of Court

KIERSTEN VAN KIRK; KATELYN VAN KIRK; BROOKE SLUSSER; KAYLIE RAY,

    Plaintiffs - Appellants,

and

ALYSSA SUGAI; ELLE PATTERSON; MELISSA BATIE-SMOOSE; ALEAH LIILII; NICANORA CLARKE; JORDAN SANDY; SIERRA GRIZZLE; MACEY BOGGS,

    Plaintiffs,

and

UTAH STATE UNIVERSITY,

    Intervenor Plaintiff,

v.

MOUNTAIN WEST CONFERENCE; BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; LAURA ALEXANDER, individually and in her official capacity as the Senior Associate Athletic Director for Student-Athlete Wellness and Leadership Development at San Jose State University; GLORIA NEVAREZ, in her official capacity as the Commissioner of the Mountain West Conference; TODD KRESS, individually and in his official capacity as the head coach of San Jose State University Women's Volleyball

No. 24-1461
(D.C. No. 1:24-CV-03155-SKC-MDB)
(D. Colo.)

Team; MICHELLE MCDONALD SMITH, individually and in her official capacity as the Senior Director of Media Relations at San Jose State University,

    Defendants - Appellees.

_____

**ORDER**

_____

The stipulation filed by the parties to dismiss the captioned appeal is granted. *See* Fed. R. App. P. 42(b). Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk