UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 19, 2025

Matt D. Basil
Willkie Farr & Gallagher
300 North LaSalle Street, Suite 5000
Chicago, IL 60654

William Bock III
Justin Ross Olson
Kroger, Gardis & Regas
111 Monument Circle, Suite 900
Indianapolis, IN 46204

Jennifer Bryant
Munger Tolles & Olson
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-1560

Kyler Karl Burgi
Chad David Williams
Davis Graham & Stubbs
3400 Walnut Street, Suite 700
Denver, CO 80205

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Bryan H. Heckenlively
Munger Tolles & Olson
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907

Wesley Powell
Willke, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Stanford E. Purser
Office of the Attorney General for the State of Utah
160 East 300 South, 6th Floor
P.O. Box 140854
Salt Lake City, UT 84114

Helen E White
Munger Tolles & Olson
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001

**RE:** 24-1461, Van Kirk, et al v. Mountain West Conference, et al
Dist/Ag docket: 1:24-CV-03155-SKC-MDB

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds